**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

ERIC NEAL
188 Boston St.
Middleton, MA 01949

Plaintiff,

v.

VALERIE MCGILVREY a/k/a VALERIE GOOD
12100 Melville Dr., Apt 804
Montgomery, TX 77356

Defendant.



CIVIL ACTION NO. _____

**COMPLAINT**

**JURY TRIAL DEMANDED**

## INTRODUCTION

1. This is an action for defamation per se and intentional infliction of emotional distress stemming from Defendant Valerie McGilvrey's ongoing, malicious campaign of false public accusations and personal attacks against Plaintiff Eric Neal.

2. Defendant has repeatedly published knowingly false statements about Plaintiff, accusing him of abhorrent crimes and unethical behavior, including child predation, distribution of child pornography, domestic violence, and other felonies. These statements are demonstrably false and damaging.

3. Defendant's campaign includes graphic language, targeted harassment, and deliberate association of Plaintiff's name, face, and business with criminal acts. These statements were made in public, online, using accounts controlled by Defendant, and designed to reach a wide audience.

## PARTIES

4. Plaintiff Eric Neal is a natural person and resident of Middleton, Massachusetts. He is an author, educator, and recovery-based investigator operating under the business name PIF Solutions, LLC.

5. Defendant Valerie McGilvrey, also known as Valerie Good, is a resident of Montgomery, Texas.

## JURISDICTION AND VENUE

6. This Court has jurisdiction under 28 U.S.C. § 1332(a) as the parties are citizens of different states and the amount in controversy exceeds $75,000.

7. Venue is proper under 28 U.S.C. § 1391(b)(2) because the harm occurred within this judicial district.

## FACTUAL BACKGROUND

7.5 Plaintiff and Defendant have known each other since approximately 2019 and have previously interacted via text messages, phone calls, and social media platforms including X (formerly Twitter). The two were, at times, cordial.

8. Beginning in or around **September 2024**, Defendant began posting false and defamatory statements about Plaintiff on X, targeting him by name and using Plaintiff's image and verified account references.

9. Defendant has, on separate occasions, accused Plaintiff of being a pedophile, a rapist, a producer of child pornography, a supporter of sex offenders, a domestic abuser, and a fugitive. These statements were made in writing and some in audio or video formats. She has posted using both her primary account (@Skipvue) and an alternate account she confirmed as her own, @the_skiptracer. She has also used other accounts on various social media platforms to spread these defamatory claims.



10. These false claims were posted publicly, using Plaintiff's full name, verified handle, business name, and address, and frequently tagged Plaintiff directly or responded to his public content to increase visibility.



11.     Defendant stated, among many examples:

- That Plaintiff is a pedophile and a "baby raper"

 **The Skip Tracer (Exposing Eric Neal)** @the_skiptracer · Apr 3 
Actually the problem is that Eric Neal has no money.

He's already the defendant in a one million dollar lawsuit he is poised to lose.

No one is going to arrest me. He made 19 videos about me. I will always believe Eric rapes kids.



> **The Skip Tracer** ✓
> @toomuchintel
>
> Well I've been talking with my attorney and the problem is she has no money so I don't know if a defamation lawsuit will actually stop it, although I'm told it'll be very easy because all I have to do is prove one fault said and she's made tons. The harassment prevention order is a little harder, but she could get arrested easily in her home state if she violates it. My purpose isn't trying to try to get money from her, just for her to stop.
>
> 6:17 PM · 4/3/25 · 10 Views
>
> 💬 1    🔁    ♥ 1    🔖    ⬆

💬 1    🔁    ♥ 6    📊 121    🔖 ⬆



- That Plaintiff is on the Epstein list

- That Plaintiff creates child porn and is tied to trafficking

799 posts

**The Skip Tracer (Exposing Eric Neal)** @the_skiptracer · Apr 6

I'm not the only person Eric Neal fights with. All these images are located on my feed for anyone to view and use.

I think it's a deep mental illness to assume that all the people who hate you are me.

I stand firm on my belief that Eric Neal is a hard core pedo child predator



The Skip Tracer ✓ @toomuch... · 4h
It's so weird that my business was added to Yelp after I've taken it down in the past because a certain somebody from Texas likes to add my business to review sites and then review it. The review uses the same talking points and pictures as her. So weird, right?!

💬 1   🔁   ♡ 1   ili 81   🔖 ⬆

💬 1   🔁   ♡ 5   ili 255   🔖 ⬆

- That Plaintiff inherited pedophilia from his father



**The Skip Tracer (Exposing Eric Neal)** @the_skiptracer · Apr 2
A higher percentage of people who commit acts of pedophilia or have thoughts of committing pedophilia are retarded meaning a very low IQ.

We know Eric Neal went to Crossroads School inside Danvers High School by his own admission. It was even on his public resume.

💬 2        ↻        ♡ 7        ᵢₗᵢ 122



**The Skip Tracer (Exposing Eric Neal)** @the_skiptracer · Apr 2
Eric S. Neal may have inherited pedophilia from his daddy according to research.

> A naturalistic, double-blind, family history comparison of sexual deviancy in the first degree relatives of inpatients with pedophilia and nonpedophilic paraphilia was done. Both proband groups were similar in demographic characteristics, except that pedophiles had a later onset of illness and were older during hospitalization. All patients were men. Sexual deviancy was found in 18.5 per cent of the families of paraphiliacs; only 3 per cent of a psychiatric control group had a family member with sexual deviancy. The preponderance of affected relatives were men. The types of sexual deviancy found in the families of the groups differed. Sexual deviancy among the pedophiles' families consisted of pedophilia. In families of nonpedophilic paraphiliacs, sexual deviancy was predominantly a paraphilia not involving children. These data suggest that pedophilia is familial; however, further studies are needed to delineate the manner of transmission. Nonetheless,

💬 1        ↻        ♡ 6        ᵢₗᵢ 144

- That Plaintiff supports sex offenders and defended Jeffrey Sutton



- That Plaintiff is responsible for someone's suicide



- That Plaintiff beat his wife, was on parole, and ran from Marshals



12. These accusations are patently false. Plaintiff has never been charged with or convicted of any such crimes. Plaintiff has no criminal record of any kind.

13. Defendant has also spread these statements using multiple usernames and accounts under her control, including a targeted impersonation account with protected tweets falsely labeling Plaintiff a criminal investigator.



14. Plaintiff has attempted to contact Defendant with opportunities to correct the record. Plaintiff has presented evidence and argued with the Defendant regarding the false statements. The Defendant, in reckless disregard for the truth, refused to change her allegations.

15. Defendant's repeated conduct shows a pattern of intentional malice and calculated efforts to destroy Plaintiff's personal and professional reputation.

## CAUSES OF ACTION

### Count I – Defamation Per Se

16. Plaintiff repeats and realleges paragraphs 1–15.

17. Defendant's statements constitute defamation per se as they accuse Plaintiff of serious criminal acts, including sexual crimes against minors and other felonies.

18. These falsehoods were published publicly and are not protected as opinion or satire.

19. Plaintiff's reputation and standing have been harmed in both personal and professional capacities. Damages are presumed.

## Count II – Intentional Infliction of Emotional Distress (IIED)

20. Plaintiff repeats and realleges paragraphs 1–19.

21. Defendant knew or should have known that repeatedly accusing Plaintiff of being a rapist, pedophile, and producer of child pornography would cause severe emotional distress.

22. Defendant is a licensed private investigator. As a professional in that role, she knew or should have known the seriousness of her statements and the reputational harm they would inflict, particularly when made publicly and repeatedly.

23. These accusations are extreme, outrageous, and well outside the bounds of decency in a civilized society.

24. Defendant often attempted to couch her defamatory remarks in language such as "I believe" or "I think." However, such phrasing does not shield her from liability where the underlying statements imply false, defamatory facts—particularly when framed as firsthand knowledge or insider information.

25. Defendant used inflammatory terms such as "baby raper," "CP connoisseur," and "hardcore predator," and published these comments directly to or about Plaintiff online, tagging him and referencing his business.

26. Defendant's behavior was intended to cause distress, and it did cause Plaintiff severe emotional harm, humiliation, and fear for his reputation and safety.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff and against Defendant;

B. Award compensatory and punitive damages in the amount of **$500,000**;

C. Issue a **permanent injunction** requiring Defendant to remove all defamatory content from all platforms and accounts and cease future defamatory statements;

D. Grant such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

*Eric Neal*

Eric Neal, Pro Se

188 Boston St.

Middleton, MA 01949

Date: June 16, 2025