## The Valerie Issue 9-11-2024

Okay, so we should be live now. I just actually spoke to myself for a good 60 seconds thinking I was talking to people and I wasn't, because I actually have to hit the go live button and it's going to do it automatically. Shows you how bright I am with technology sometimes.

All right, so it says we're waiting for you. Okay, so yeah, you should be able to see me now. I'm just going to verify that you can see me now before I like start talking to myself again.

Give me one moment. Or someone in the comments wants to tell me if they can see me. Okay, yeah, it says live, so I should be good.

Hopefully everyone can hear me and see me and experience me and I don't know. So let's get into it. Sorry, I'm a little, was it green around the ears, something like that? I'm not good at expressions, but I haven't done a live stream in a while.

And I didn't want to do this live stream, I really wanted to get back into doing live streams, especially considering I've been paying for it for 4 to 5 months and forgot to cancel it. And I haven't done a live stream in three months, so I've dished out over 130. I don't know, my math sucks.

I've dished out more than $100, which sucks. But yeah, so we're going to be talking about Valerie McGilvery, aka Valerie Good, aka other things. So before we begin, I'm not going to give this whole big disclaimer or anything, but I do want to say that, thanks Jules, I appreciate it.

It's so freeing. I'm going to get distracted a lot during this live stream and it's no one's fault but mine because like ADD or something, I should say focus, undiagnosed, but yeah, it's so freeing to just like the baldness was kicking my ass and I decided, you know, I'm just going to kick it in the ass and shave my head and get rid of it completely. So freeing, I really have all the time.

So hey, Meredith, I appreciate being here. So yeah, where was I? So with the whole Valerie situation, this is not something I want to discuss. And not to be melodramatic, but I was actually feeling ill, probably because I'm hungry and I don't have a protein shake to drink, but probably because I was hungry.

Hey, Robert B. But just bringing all this stuff up again is not something I wanted to do at all. I was feeling physically ill and there are some people, actually, if you don't know the Karen Read thing, if you're watching this elsewhere, you don't know what, just a local crime thing. I don't want to get into it, but on both sides of the aisle, there are people that reached out to me to make sure I was okay.

And I'm just going to tell you right now, I really, really appreciate that. It means so much to me. Like I can't even tell you.

I was feeling really ill just talking about all this again. This was supposed to be a dumb deal with

her. We had a... Hey, Wick Light, appreciate being here.

We had a truce that we maintained for years. And then all of a sudden she blocked me on Twitter. I'm just going to say Twitter.

I know it sucks, but she blocked me on Twitter and just, she started into me again. She was posting and posting, posting. Let me bring up one of the things she said.

But while I'm talking about this, I want to make it clear. I don't want anyone to, I mean, you do whatever you do, but I'm telling you that I'm not wanting anyone to harass her, to harass her employer. She has a, I don't want to even say employer necessarily, someone that I guess sponsors her private investigator license.

From what I understand it, she's a good woman. I don't want, I would hate to see any harm come to them or any harassment or anything like that. There are good people sometimes just misguided that are surrounding her.

So I just, you know, I'm not encouraging any harassment whatsoever. No phone calls, no messages, like nothing like that. I just want to kind of put this out there and tell my story because I know some of the things that this woman's going to do.

So let's just get right into one of the most recent things she posted and checked in on people. Yeah, I agree, Meredith. That's very well said.

I agree. And I should all try to do that a little more to people as well. So let's, let's get right into what she posted here.

This was very recent right on page. I hate to even give her any attention, but we have to discuss these things. So before, before I get into this, let me just say, I'm not gonna give a bunch of disclaimers or anything, but I just want to say that a while back she had posted some things online about certain tactics and I disagreed with those tactics and I made a statement online.

I tried to be nice about it, but I disagreed with those tactics that she was publishing. So she decided to start going at me and it was weird. Like, why are you attacking me over a disagreement online? This is, this is, you know, we're disagreeing on tactics.

Like this doesn't have to be an argument. Just like now with Twitter, like we may disagree on some things people say, like, you know, I disagree with people on both sides of the aisle on different trains of thought and what they say. It doesn't mean I disagree with everything they say.

But there's no need to like sit there and fight over it. Like, I don't know, it's weird, but she attacked me for years and, you know, I attacked back. I stayed quiet.

I tried to get a harassment prevention order, which almost seemed like it was going to work, but it didn't. We're getting into that. Let's just go over the first one.

We'll take a drink here. All right. So she just posted this to her Twitter.

And I, there are things that I'm not going to share too, just because it involves other people. And I don't want to, I want to take the time to redact and didn't really have the time to do that today. But she says, FYI, the images that Eric posted he created, he knew he would lose his Facebook account.

Plus he already, plus he'd be been blocked already by me. So he just created a new sock puppet account to tell me he would be happy when I kill myself. Never said that.

The other screenshot is from his own cell phone. The number is local to him. That's his alternative cell phone.

So yes, I did post, I did have that cell number, but what, what I think she did was she changed the contact in her phone. Like if you change your contact to show that cell phone number, it's going to show that you're getting a text from that cell phone number, but it's just going to be the contact name. We'll get into that.

I have images. I have proof. I have proof of everything, but again, this is just me saying this.

You can believe it. You cannot believe it, whatever. I'm not going to get into a whole investigation on her.

I'm just going to publish some of the things I found in the past and we'll discuss it. Any questions you have along the way, please ask me, you know, I want to be upfront with everything. There are things that I will not discuss, things even in here that I won't discuss.

And there's a reason for that. I'll tell you the reason, but I want to be upfront and honest with all of you. So if you have any questions, also, I see chats coming in on Twitter.

I don't know about Facebook, if I can get those chats and I can definitely get them on YouTube. So if you're on Facebook and you're trying to hit me up, you can signal me. If you have my signal, you can, you know, hit me up on YouTube or whatever, send me a message by my phone or whatever.

I'm doing this from my webcam, not my phone, so I can still get messages. I'll try to answer every message that comes in. All right.

So she said, FYI. Yeah, we did that. So Eric seems to forget that he went for the throats of many instigators who backed me.

I think she meant investigators, but instigators is also right. I don't think I went for their throats, but I did talk about it. He even filed, let's discuss this one.

He filed to get a protective order against the Massachusetts, which was denied. That's true. Literally, he got mad that I was hearting in comments made about him that he didn't like.

That's not true. He cost me 27 or it cost me $2,700. I don't know if that's true to defend myself.

I have a copy of the audio from the hearing illegal, by the way, we're going to get to that. He also illegally pulled my motor vehicle registration. That's false.

So let's just cover these things. I did try to get a harassment prevention order against her. And the first judge was fire and brimstone against her.

He yelled at her. I'm not sure she played that part. She likes to play like very limited audio on things and not play other things.

She likes to splice together. She learned probably the worst thing for people that she could have learned to do is start splicing together audio. So she learned how to do that, unfortunately.

And I've been the victim of that, but she, but yeah, she plays a lot of partial things. But the judge, the first judge is guy judge in Massachusetts kind of fire and brimstone against her yelled at her. She said, Oh, I was just sharing things to my group that had like thousands of people on it.

And then the second judge was like, Hmm, you know, this seems like it could be a problem. It doesn't, she didn't like what Valerie was doing clearly, but she said, I don't think that meets the standard. The problem is that I didn't get an attorney.

Valerie did get an attorney. I did not. But I do have an attorney now.

So that's why I'm not going to be doing any sort of investigation. I'm just going to be giving commentary on things. And but there's so many, there's things I can sue her on right here.

I can probably easily prove right in this video. Some things I don't know how to prove, but she says, I, so I didn't pull legally pull her motor vehicle registration. I did find things, but that was by doing a case search in Texas with light says, let me see here.

I'm curious the tactic you were an investigative critical of that started the conflict. I'm not sure what you mean there. Oh no, I know what you mean there.

Sorry. I said that I know what you mean. So she had, we're going to get into that, but she had, thank you closet baby.

I appreciate it. But she had said that calling, I think, let me just give like a pre disclaimer there. I think it was in regards to when she said that you could call banks and pretend to be the person and get information on them.

That is not true. That is. And again, I think that's what it was in regards to.

I think that's what she said. I don't have it in front of me right now, but she said something

along those lines. We're going to listen to some things soon that she said on video that are extremely troubling and I think very, very legal.

So I teach in my, I don't want to like give away my secrets. I teach, but I teach in my bank course that I have for investigators, it's $200 on Udemy. And I teach that and I'm not trying to promote it.

I'm not giving any links here or anything, but I teach a method to actually call the bank, be completely honest, actually, I don't want to throw students under the bus, but to call the bank and be honest about everything and still find out if a person thinks there, there's other tactics you can use. I try to split up the tactics between investigators and collectors and attorneys and paralegals and everything that they can use to get information. And I've had attorneys or an attorney view the bank course, at least just to make sure everything I was putting out was illegal because obviously I don't want to sit there and teach illegal stuff.

I'm getting so parched here, huh? But yeah, so where is it? I said that that's not legal. That's a violation of the GLBA, which is the Gramm-Leach-Bliley Act, Clinton Act in 1999 to prevent people from being deceptive to banks. You cannot call a bank and pretend to be a person.

That is illegal. So, and it's a federal law. I'm sure there's other state laws that have to do with that too.

All right. So what else in here? He is on SSDI and he doesn't report any of the income he makes. Well, that's wrong.

I do report, and we're going to get to that in another sentence that she gave, but I do report the income I make. I don't have any reason to share that, but I do, I'm sorry, I was saying I do report the stuff I make and I don't know if I would want to even give where I have insurance. I don't think it's a problem because I don't think there's anything the trolls can do.

If I can find the card, I got like fucking unused Dunkin' Donuts cards in here and everything. So yeah, I don't, maybe if I cover this up a little bit to show, but yeah, I'm on, I mean, that's my insurance card. I don't know, but I guess someone could say it's expired.

I don't want to show the information off of it, but yeah, I have, what is it? Blue Cross Blue Shield. So anyway, it's expensive as hell. Sold to the dental insurance because I have to start using more, but thanks for asking, I appreciate it.

But yeah, so I have insurance. I am not on SSDI. I think there's a way I could probably prove that or something.

I'm not sure what it is, but that's the story I'm going to play. I can sue her for that, and I probably will sue her for that. Not just that statement, a lot of different statements, but sorry, the noise you hear, clarifying some water in the background, but yeah, I'm not on SSDI.

I do report the income I make. There's no way, and by the way, here's the thing. If you think about this, there is no, let's just pretend I was on SSDI.

If somehow she knew that, unless I uttered it to her, if somehow she knew that, that would be incredibly illegal for her to know that, and about income reporting and whatever. So none of that is true, but she's, how would she know that? Like that would be, I can back up all my sources, like I have with all my articles, back up all my sources, everything I do. I never say, wink, wink, trust me.

I always put all my sources into everything. She does not. So how, so my question to her is, how would you know that I'm on, again, I'm not, but if I wasn't on SSDI, how would you know that? Because that would be illegal for you to find out, or if you got into something or you, you know, that would be illegal.

So also reporting income, like again, how would you know that? So that's the question that I would have on that. But let's see, Eric is being sued for defamation. Well, actually, first of all, he's not a licensed investigator.

That's true. And this is something that she has continually put out, that I'm not, that I'm not a licensed investigator. I know I'm not a licensed investigator.

You will not find any place online of me ever saying that I'm a licensed investigator. I run, technically I run a collection agency. I do some commercial collection here and there on a case by case basis.

I might do some judgment stuff on calling, but for the most part, I do recovery based investigation. I stay within my permissible purpose. If I'm not within my permissible purpose, then I might do some consulting, but not investigative methods.

And I teach investigation strategy. So I've never put myself off. This is something Arundel said to you a lot.

I've never put myself off as a licensed private investigator. I, I'm not a licensed private investigator. I don't want to be a licensed private investigator because I'd lose my access to things.

I need my access for, for doing bank skips and stuff. Meredith, you said, um, if you have BCBS, uh, for each other, proof that you don't have SSDI, be on MassHealth or wherever you have chest. Right.

So, um, so yeah, I, um, I don't, I'm not on SSDI. I, um, I wish I was getting, I mean, I, I don't wish I was melting the system or anything. I'm just saying that I wish I was getting free healthcare.

That'd be great. Uh, but no, I'm not there yet. So, um, if I can pay attention to this stuff and lose my business, I might be one day, but I'm, uh, I'm not there right now.

So not rolling in the money, but I'm not there yet. So, um, he's, uh, and no knock to anyone that is. So he's also being sued for defamation.

Now I'm not going to talk about this and the, um, the, and we, uh, Jules says she's right. I'm on SSDI and we get Medicare and MassHealth. Right.

So, and I, again, I am not knocking that at all, not at all, but, um, it's, uh, you know, I just, like I said, I'm not there yet. So, uh, anyway, um, but I, I mean, with the prices on healthcare, like, you know, like even with my insurance, even just getting a simple prescription is sometimes it's easy and it's like two bucks or nothing. And sometimes it's crazy, but, um, anyway, that's another story.

So I'm being sued for defamation. Yes. I'm being sued for defamation.

She's putting it out there. I'm sure she's going to put a lot more information out there under advisement by my attorney. I'm not going to discuss that.

And believe me, if you know me, I really, really, really want to discuss it. Like I can't tell you how much I want to talk about it, but I'm going to listen to my attorney here. Because he knows a lot far better than me.

He's handling everything. He's a great guy. Um, I'm just going to listen to him on that.

Um, but there's things that I want to talk about that the other party has done. It's a free speech issue. You guys know that I always source my stuff.

That's really all I'm going to say about it, but the other attorney has engaged in some pretty troubling behavior. Um, yeah, I, I just, I really, really want to tell you guys, and I can't wait till I am able to do that, but it's not right now. And I really have to listen to the advice of my attorney.

So I'm going to hold off. She's going to put out whatever she's going to put out. People can make their own judgments if they want.

Um, I would suggest that they read the court filings carefully. They read the evidence and know, and I'll only say, know the kind of content that I put out in the past. Know how I source every single thing I say.

I'm very careful with what I say. I don't lie about things. Um, so I'm, I'm very careful.

Uh, so just keep that in mind and just know that I will talk about it when the time is right, but it's not now. Um, so Meredith said, uh, not saying there's anything wrong with that if you're in need, but it's a weird accusation to make. It is a weird accusation to make because even if I was on SSDI, like, why is she knocking that? That's a really good point.

Like, why is she knocking that? What's the, what's the problem with that? There's nothing

wrong with it. If people are in need and they're on it, then, then there's no, in the past, she said I broke. So, I mean, by her logic, then I should be on it.

But, um, Joel says, um, you've always made it clear you're not a PI. Right. And I try to do that.

I try to throw that around in my videos. There's one occasion I'm sure she'll use Chris Hansen. I, um, did an investigation where I helped out Chris Hansen, not a paid investigation, not acting like a PI or anything.

Um, I do some volunteer work for CC United. I do some, um, volunteer stuff with Chris. Um, you know, so at one point he said I was a PI, but I made that correction right away.

Um, and I even texted him. I could bring up like a partial text, but I don't think it's really necessary. Um, it's, uh, you know, I've, I've always said that I'm a, um, recovery-based investigator.

I'm not a PI. Don't want to be a PI. Everyone thinks the PIs are like the top shit out there.

They're not. No offense to PIs because, like a disclaimer, because a lot of PIs are my clients, but, um, but yeah, it's not, uh, they're, they're not top dogs, it's just another form of investigation. So, um, it's not like everyone always says like, oh, you're, you're a wannabe PI.

I'm not because if I was a PI, I couldn't get access to the things I could access to. And, um, I pretty much lose my business. So let's go on to the next thing.

We spent a lot of time on this. I'm gonna try to, I swear I'm gonna try to go through a lot of these. Why don't we get to, before we get into more screenshots, why don't we get into the videos? I'm going to try to share this video here.

Hopefully it plays. If there's any problem with the sound, let me know. Um, share video file.

And, um, I have it right on my desktop. I saved it right to my desktop for easy access. We're going to show a few things Valerie did.

I know she's going to file a copyright thing, complaints against me. She's going to do every single thing she can to get this video down. Um, but it's, uh, it's transformative.

So good luck. Let's go over the first one. And again, let me know if you guys can't hear it.

That I used to do, and actually the website is still up. I never look at it. I never mess with it.

And you can tell by looking at it that I don't mess with it. And this was a previous live stream. She did, by the way, um, is years ago.

I don't have the date on me. It's in my folder, but yeah. Um, it's called sample mob.com and that's sample as in, I'm going to give you a sample of my cooking, whatever, or they give you samples at the grocery store and mob as in, uh, the mob, like the mafia mob.

So sample mob.com. And I put up that I was giving free samples of nail polish and some other Plexus thing. And I, I went into a couple of the groups in the area that I needed to use this in. Okay.

So which is Porter, Texas, and a lot of people in Porter rent trailers or small houses that are all bills paid. So they don't have utilities in their name. They don't, they don't do much of anything in their name, probably have bad credit and skipped out on a bunch of different utilities.

Hey, maybe they're even on SSDI since that's the thing. In the past. So, so they get these places, these trailers and whatnot.

They're very difficult. You know, it's just like, Oh my God, what do I do? Yeah. Yeah.

She is right. Um, doing defendant locates on people that are in trailers, it's more difficult, but it's not as difficult because you got to know how to work social media, right? You can usually find things. So it's more difficult, but yeah, not, not something you want to be doing this with.

You have no resource. So I thought, well, let me try this. You do have a resource.

You pick up phone, you call people, you call them, you call neighbors. If you have to, as long as you're being legit about it, you're not lying about it. There's things you can do.

So I put up this website to give away free samples and, uh, went into all the groups in Porter, New Canaan in that area and said, Oh, I just, I just want to tell you, I got some nail polish from this website. It's pretty cool. And then, uh, so a lot of people started sharing the link and I had people signing up to get free samples from like Arizona the next day, you know, people really shared the crap out of it.

Not, I was surprised. And that's just another thing that shows you the power of social media. Well, the power of lying your ass off.

So she set up this website, you can probably do an archive.org on this, but she set up this website, sample model, play the rest of it, just keeping it context. But um, she, oh, she also used their logos, which, you know, that's another thing. I don't care about that, but there's something else there, but, um, uh, I don't even know all the criminal violations that violates, but it violates a few.

And so, um, so I, you can lie to people by the way, but there's things you can't do. Went to, uh, and got a clearance box of a bunch of nail polish. And I said, well, let's do this.

All the people who were younger, I wanted to actually mail them nail polish so that they would know that it's authentic and they would share it more. And that's exactly what happened. So, yeah, this, this was taken.

I have the full video in my Google drives. I have the full thing. Let's do another one.

I mean, that just right there shows the deception, but let's, let's do another one here. Um, let's see here. Present a video file.

So that was the, the mail fraud one. Let's do the computer fraud one. Text that I used to do.

And actually the website is still up. Yeah. That's the same one.

Sorry. I had it mislabeled. Let me do another one here.

Um, again, any questions you guys have in the comments, uh, let's, uh, you know, just ask me, I'm going to try to be upfront. Like I said, I can't, I can't discuss everything, but I'm gonna try to be upfront with everything I can. Um, let's do, was this the same one? Uh, the gift cards are interesting because you, uh, you can see where they spend the money.

So you need to put enough bait money on there so that they make several purchases. And of course, if they make a purchase online, you don't really have an opportunity to get their locale and see, you know, what region or where they spend their money or, you know. Yeah.

Uh, Young Jerks, that's another good, um, point right there. Uh, that's over state lines. So that's a huge issue in itself right there.

People usually get gas right around the corner and that's where this idea comes from, or the hope that they would just go buy some gas and a cup of coffee and, and, you know, grab a newspaper. And I guess newspapers are obsolete now too, huh? Paper newspapers anyway. So, um, that's a good question, Jules.

So, but you can still get gift cards and they still work that way. I have yet to see a gift card actually have an, an option to use a password. So, you know, you would, if you choose to do that, like vanilla gift cards or buy a gift card from the United States postal service, which is usually where I go get mine, um, they would, uh, load the card there.

And then, uh, those cards like the American express gift card, there's no way to personalize it at all. There's, it doesn't exist. I keep in mind, this was in around 2020, 2021, 2020.

So probably some of this stuff has changed. Just so it's always going to be the card number and then the pin number, the four digits on the card. And, uh, the only one thing that's not so great is it shows where the card was loaded.

It'll show, it'll say USPS. Uh, so if you are going to pretext as a bigger business, uh, which by the way, if you're pretexting, like pretexting can be legal in some cases, but if you're pretexting a currently existing business, if you're trying to be that business, um, you are essentially like committing identity fraud against the business. You're, you're not that business.

Hey, uh, cause 78, um, you're not that business. So if I, if I go out there and I say that I'm, I don't know, whatever business, like something else off my head, but, uh, whatever business. And I go out there and I'm like, uh, Jules flower shops or something.

I know it doesn't exist probably. But, um, and that's her business. Well, now I'm committing like identity fraud against that business and probably defaming the business and harassing the business by causing a bunch of crap on that business.

You, and you would probably want to look for one that actually sold that type of card and make sure that you, that doesn't have a password. I mean, it doesn't give them an option to use a password and then, uh, and then, you know, execute delivery. You have to figure out how to get it to that person.

You know, you, for me, I mailed a couple to mom and grandma's house, but I have no way of knowing that mom and grandma didn't use the card, but you know, my client wanted to see my client wanted to try. And so, um, did she also explain the illegalities to her client? Because whenever I get a client on the phone and they want to do stuff, um, typically I don't like that because like, let me do my thing and I'll write my report. And when I'm done, I don't like the client directing things.

But, um, did she explain to her client, like, Hey, you hiring me to do this, you could be liable too. So just letting you know. And try they did.

Uh, and out of, I'm going to say out of mailing probably a 20 total cards that five of them, I got good information from. So five counts of fraud right there. And, uh, 15 count, 15 other counts of attempted fraud.

And so five out of five out of 20, I think that's, that's good to try. I mean, literally, if the client's paying for it, then it's the client's paying for it. Why not? Right? Let's commit mail fraud.

It's the client's paying for it. So let's do another one. We've got a few of these and we'll get onto the screenshots.

I really want to get to the screenshots. I do want to present this to show you kind of give my commentary on what she's done, but, um, I want to show the screenshots because, uh, um, you know, Hey Robert, I, I don't want to say her business on here. I've tagged the wrong one, but yeah, also sleazy.

Um, just because, uh, you know, I know she didn't try, she's going to try to do any, everything she can to get this video down, including privacy complaints. So, um, but you can look that up, um, you know, Valerie McGilvrey on Google. So, um, she'll be able to find it, but yeah.

Uh, where was I? Yeah. So let me, I want to get to those screenshots too, excuse me, because, um, because, um, those screenshots really show the type of person she is and the type of things that she's done. Um, like, like faking, um, hiccups here, but the faking, uh, faking screenshots by me saying the most horrible things, creating fake Facebook accounts of me with, uh, you know, spoofing numbers.

And I know people have had this done on a lot of people have had this done to them, but

spoofing numbers, um, just horrible things, uh, creating fake accounts saying that I was going to come after people's children and their families and very sexually explicit messages to women things. I'm sure none of you have ever heard me say, cause I don't say it, but, um, she's done, she's engaged in like the worst possible behavior, in my opinion, that you've ever seen. It was just amazing.

So, so Dave branch gets these same exact things from Karen Bravo. And I thought, well, I don't really want that, but I definitely need pings occasionally. So, um, so pings are generally illegal, just to give you a little information here.

Um, there's things that you can do like IP trackers, which have varying degrees of legality, depending on the state and the context and everything, but, uh, pings like pings someone's phone. It's not as possible as it used to be. The technology has changed.

Uh, some companies offered it, but, um, yeah, you can't just, you can't just do it. You like, you need some bail and force, uh, enforcement companies do it, but you need sign permission from the person. I don't even want to talk much about that because I don't know the law associated, but that's not what she was doing.

So let's continue. Started offering them because they were good to my clients. And of course I mark it up because, you know, I do data broker work too.

So then all of a sudden the pings are no good. All of a sudden people are saying, this can't be right. This cannot be right.

And so I started testing her here and there. I would test her with the phone. Yeah.

You know, I don't want to talk bad about Kim, but I do want to say that it's sad. I saw her engaging with that. I wish people would come to me.

I wish people would at least, you see, you don't, you don't have, I don't want to interrupt myself here, but you don't have to believe me, but just get both sides of the story. You know, listen to her side, listen to my side, make up your own mind. That's all I ask.

You know, you just don't, don't believe me straight out. Don't believe her. You should never ever believe anything anyone says, but like, um, don't believe me, like get her side of the story.

If you want, I mean, you might want to do it under false accounts and not engage with her. She thinks you're an enemy, you know, but, uh, try to get her side of the story, get my side of the story, whatever, make up your own mind. Don't just believe one of us.

No number. And I would, I would make someone go to- Oh, but yeah, it seems that some people, unfortunately, I mean, I hope that's not the case. I hope she doesn't just blindly believe her, but- To a place that was far away from their house so that I, so that I could, I could know it was authentic.

And so, um, so sure enough, it started coming back fake information. And I would tell her, I would tell her, this isn't right. I mean, I know where the guy was spotted 15 minutes ago, and that's 800 miles from where the guy was spotted.

All she did was, uh, take the, uh, the prefix and, uh, grab a, grab a coordinate off of probably, you know, Google Maps or whatever, and off of an address or seemingly to make it look like it was going down the highway because she wanted the money. She had got raided and busted in April, April, 2018. So she's talking about someone that she tried to buy pings for, and she's admitted online that she's done this before, but she's tried to buy pings for it.

I'm sorry. I know I'm not looking at the camera. I'm reading, but, um, she, uh, but here she is like, she's attempted to buy pings on people, which again, illegal, but, um, oh, we got McGover here.

All right. Let's show her a comment here. Um, thank you for doing this.

I'm recording it. My, I know you are. Um, I've never created any accounts impersonating you.

We'll get to that. Um, you did though. You sent Rich an email and he, and he gave me proving you're lying.

I'm going to get all your messages. Go for it, Valerie. Um, yeah, go for it.

Uh, I have so much proof of all the illegal things you did. You have partial screenshots. You have things that you made up about me.

I can prove, and I will prove you laughed about people threatening to come kill me and, uh, attack me and a guy in New Hampshire that threatened to come down here. Um, a disgraced cop that threatened to come down here and not do things to me. Um, you have admitted to illegal things and what do you have on me? Well, I mean, we'll get to that stuff, but what do you have on me? You have some partial screenshots.

You have some recordings that you've spliced together and you admitted to splicing together recordings on people, which I also have. You have, you've done a lot, but you know, this is not, I'm going to say one more thing to her before I continue with things. This is nothing I want.

We had a truce going for four years. This has made me physically ill. Um, again, I'm not trying to be melodramatic, but I'll get to your other comment in a second, but this has made me physically ill.

I don't want this drama. I had no problem with her. If you look online, I never said one bad thing about her.

I kept my side of the agreement. The agreement was like a non-aggression truce. I have kept my side a hundred percent, but she started to get big on Twitter.

She wants people to buy her books and it was like, oh, causing a fight with Eric Neal. That's going to help me get there. That's not what she said verbatim, but you know, I have messages.

Here's the thing. I'm not going to, um, she's sent a lot of messages. I'll try to get to them, but I don't want to spend a lot of time on them.

Um, the thing is I don't want this. I don't want to fight with you. I don't want to put this out there.

I don't want to do any of this. I sent Valerie an email and she can put it out there if she wants. I don't, I'm not in the habit of doing this, but she, I sent Valerie an email being like, why are you lying about me? Like, why are you saying these things? Why are you engaging with waiting on angels and saying all these horrible things about me? Like, why are you doing all this shit? Um, we haven't done anything to you.

Like I haven't, I haven't said one bad thing about her. The most, the worst thing that I have said about Valerie McGilvrey in the past, uh, several or a few years now is when someone said, um, when someone said, uh, you know, is this someone safe I should be talking to? And I think the worst thing I said was be careful. She records a lot.

So just be careful. She says, I started this. How, how did I start this? Where did I say one bad thing about you, Valerie? We're going to get to this.

I just want to address a few of these things real quick. Yeah. Don't believe me.

I have his voice messages confessing to things I am telling people about. Right. So I want to mention the voice clips because Valerie, you know, I have representation now, you know, I have full representation.

You don't, but I do have representation. You can get it. You can go, uh, do another crowdfunding thing, whatever.

But, um, you know, I have representation. So if you want to release recorded statements that were considered private, if you want to release those recorded statements, go for it. I mean, I'm not giving you permission to just to make that clear, but if you want to do that, then that will also be addressed, but I will be pursuing this legally.

And I did talk with my attorney beforehand about this. This is why I'm not doing a whole investigation on you. I'm just presenting the information and giving my opinion, but, um, let's see, what else does she say? She's going nuts.

I may have to block her. I don't want to, like, but, uh, too bad you gave my personal information to Haley. No, I didn't.

Haley, uh, well, Haley's not Haley, obviously, we know now, but, um, I didn't give your personal information to Haley. So I, um, Haley can do her own research. Well, not her, his, I mean, you

know what I mean? Um, let's see here.

You do you, or you wouldn't have given my information to Haley? I didn't fucking give your information to Haley, you psychotic Alright, calm down for a second. I didn't give your information to Haley. You have no proof I gave your information to Haley because it never fucking happened.

Haley has done all her own, his own research. So I didn't do that. Uh, my classes are for licensed investigators and law enforcement only.

No, they're not. Um, you might have changed that, but we have archive to prove that's not true. Um, let's see here.

Haley posted things. Whoops. Hold on a second.

Haley posted things. So I'm in a two party state. She's in a one party state.

She's, you know, um, Haley posted things, uh, that only, you know, I don't care. I work for a hundred attorneys. We both know the, we both know the truth to that, but sure, Valerie.

Um, that's all the same stuff you said four years ago. And then you had to do a crowdfunding to get your own attorney. So after you went after my entire family, posted addresses, my family said the most horrible fucking things ever, but all right.

Oh, we got waiting on angels in here, but you lied about me too. How, how did I lie about you waiting on angels? I've been trying to have a dialogue with you. I had a conversation about waiting on, or I had a conversation with waiting on angels.

The conversation wasn't going well, and she kept accusing me of trying to track her. And then finally, I politely, I can even bring it up on my phone right now. If you want waiting on angels, you say the word and we'll bring it up.

I'll bring it up right fucking now and bring up how I ended the conversation with you, which I just tried to be done with you. I don't want anything to do with this fucking bullshit drama. I just tried to be done with you and say, Hey, I wish you a good fucking life.

You know, that's it. Let's not talk anymore. I wish you a good life.

You know, you do you, and you just have to keep going and going and going. So getting worked up here. Let me calm down.

All right. So Valerie says, no one looks good overweight. Yeah, we do.

That's why I'm licensed. The fuck? I didn't post addresses to your family. The fuck does that mean? No one looks good overweight.

Yeah, we do. That's why I'm licensed. I didn't post an address.

I don't know what the hell you're talking about. Like, make sense. No, you haven't.

You threatened me. When? When? Like, put out the proof. Stop just talking shit.

Put out the proof. And today you went to Andy. Well, we know who Andy is.

But yeah, you're right. I did go to Andy and I have my messages with Andy. This is such bullshit right here.

Where is it? Send messages. Asking her how she's attacking me. Valerie McGilvrey is working with Waiting on Angels, which she admitted.

Valerie attacked me and my family in 2020, relentlessly faked tons of stuff. The harassment was insane. She's back at it now.

I guess you'd be a good mark to believe every single thing about a person without verifying it. Hold on, let me turn off the light here. Like, I can prove the shit that I'm saying.

Full in context. I don't know if you can see that, but I can do like a screen record video later. I'm not attacking you.

You blocked me and has made some questionable decisions in recent months with some of these degenerates. I have no plans on anything to do with you, Eric. I got bigger fish to fry with the Haley account.

You know, that I was talking shit about you. I never said two words about you. On the other hand, I've had multiple people reach out to me, warning me about you.

I honestly have nothing more to say to you. Do you want to play nice with Turtle Boy and Haley? You're not my type of person. Have a great day.

Okay, great. I hope it ends there. You know, I hope it ends there.

Like, I don't want anything to do with you anymore. You just attack people left and right. And there's things I don't like about Turtle Boy.

There's things I don't like about the Haley account. There's things I do like about them too. But apparently in this world of being online, you're not allowed to agree and disagree with someone.

You have to be all in one side or all on the other side. Let's see here. What else we got? We'll just deal with this for like another two or three minutes and I'll block them and get on with the evidence.

But all right. You said I didn't work for attorneys. When did I say that? I said that you didn't work for 100 attorneys.

I didn't say like, try to get things right here. I will have your Dropbox you made full of thick shit. Cool.

I didn't make a Dropbox full of thick shit, but cool. You said I was working with Val to hurt you. Yes.

Who admitted? I don't know what you're talking about. I'm sorry. I'm getting these out of order.

So, you know, you could just have a dialogue with me waiting on angels. I know you have your other account. It's like up Haley's ass or something.

Is that you or Kim? I don't remember. But you have your or Harvey something. You have another account that you like went off on me recently with.

But you know, all you freaking people with all your fake accounts and everything. It's driving me insane. How do you know he went to Andy? Is Andy a double crossing agent? That's actually a good point.

How do you know that waiting on angels? Because I didn't put that out there. This was the first time I presented that. So how do you know that? Wait, probably Andy went right back to you.

And so like, oh, yeah, this is stuff Eric Neal said and whatever. Let's see here. I've had these issues with these women.

Thanks, Jules. Appreciate it. You know, so that's something I I appreciate the support and everything, but that's something I won't like, I don't want to sit here and talk anything about anyone's anyone's image.

It's not like look at me. I'm far from perfect, like probably like a maybe a good four out of 10 or something. And that's maybe.

But let's see. That's Andy, not me. This message isn't me.

I don't know what you're talking about. Or someone's like pretending to be you. I'm getting confused.

Sorry. Him. Let's see your nose.

OK, whatever. You keep lying about me. I'm assuming this is waiting on angels.

I don't know. People have their fake accounts. But let's you block me.

I'll I'll unblock you right now. Waiting on angels. You can have a discussion.

I'm not going to air it. We can try to have a private discussion, which is what we should be having. Private discussions, not doing this all out and.

Let me find you, but not doing all this out in public, which I tried to have a private. I tried to end things with you privately. Waiting on angels.

I'll do it right now. Waiting on angels. You can.

There you are. Well, first of all, I'm blocked by you, too, just saying. But look.

Unblock. You unblocked waiting on angels. So there you are.

You're unblocked. But it's like I want nothing to do with any of you that if you're going to sit there and accuse me of all this shit, I don't want anything to do with you. Like I just.

I've reduced my social media a lot. I'm not going to get rid of my Facebook, but I'm going to archive it, archive pictures, take off nearly everything. I'm I'm 42 years old.

I'm fucking sick of this shit. Like I'm so fucking sick of it. I didn't go off.

You do something. I asked why you were talking shit. Andy is my friend.

OK, yeah, well, we were friends, too. And then you sat there and gave a bunch of information to people about me and said I was trying to track you and made up all this bullshit about me. So in fact, if what I invite Andy to do again, we know that's not her name, but what I invite Andy to do is give me the message.

You want to know who outed you or who said that you were talking crap about me? If you think Andy is really your friend. I'm not going to throw her under the bus right now. Go to her and ask about the message you shared with me or you shared with her after you blocked me.

That's all I'll say. I'm not going to throw her under the bus. Just ask about that message.

You want to know who the mole was or who gave me information? Ask about that. So like I've been trying to save people and not throw them under the bus to get harassed by you. But you want to know, considering that person seems to be sharing things with you now.

So go for it. All right. So let's go over here.

I'm getting distracted here. Yeah, can't argue with that. We'll go over this back at it.

Jules ever texted me. What is it? The 13 year old daughter of a PI in Maine while her dad was driving her to school and then told her to tell her dad, he said, hi. Oh yeah.

Okay. So I actually went to the police on this and there is full record of this. I don't mind bringing this up.

I'm not going to do it now because it's going to have personal information. They're going to do a privacy complaint, but I'll redact a little bit and do a video on that. That guy's name is, I don't think he's a PI.

Fuck. I don't remember his name offhand. Maybe someone could tell me if they're in the comments, but yeah, I don't remember offhand, but he's in Maine where there's like this, not this town, but this like township or something is weird.

And they use another town's police. And he said, I messaged his 13 year old daughter, a bunch of stuff. He made all these claims, not one shred of incident, not even a faked screenshot, just not one shred of incident.

Fuck. I got his name on the tip of my tongue. But not one shred of evidence to that.

So I called the chief of police of the surrounding town that handles the township or whatever it was. And I said, Hey, I will do a zoom with you right now to go into my messages, to see everything I will. I would never ever contact a child.

So whatever I have to do to clear my name. So he said he went to the police and he made this big story that he went to the police. So I said to them, whatever I need to do to clear my name, you can have a police officer come to me or I can drive up there or halfway or something, whatever.

And I will expose all my social media. Like whatever I have to do to clear my name to this crap, I will do it. The guy never even called the police.

He lied his ass off about it. He never even called the police. And now all she's doing is repeating people's lies.

So put that on the table. You're lying. Like put that on the table.

Show the evidence to that. Bring out the police report. Let's look at it.

Oh, my God, you're ridiculous. Yeah, that's wrong, Eric. OK, again, I have proof to back things up.

I tried to be your friend and you accused me of tracking you the entire fucking conversation I had with you. So I got tired of talking with you. And there's like I don't want to be friends anymore, but you can't not be friends with you anymore, because if someone's not friends with you anymore, that's a personal attack against you or something.

I'm sorry, Val. I don't believe. Yeah.

So I'm going with the comments. I'm missing a lot of comments. I apologize.

Put up or shut up. Yeah, exactly. Thank you.

So show me where someone said that I'll confront them or you'll just have some retired cop in New Hampshire to threaten to come down and murder them. Or you have one of your friends come down. I'm going to come down and punch him where you said in the perfect world, we're

going to get that screenshot, too.

So you're joking and blocking crazy. OK, so, again, all you people are saying things like you people just like them. They're saying things.

They won't put up evidence. They'll put up very partial screenshots if you want. I'll put the entire fucking conversation with Waiting on Angels that I had with her.

I don't do that shit. I don't put entire conversations out there. I will do something to prove my innocence, but I don't sit there and screen record everything like Valerie does or other people do just to try to hurt them later because I don't like them.

That's psychotic fucking behavior in my eyes. But that's what they do. And she admitted to doing that.

All right. I'm getting I'm getting worked up. Let's just get into the screenshots.

Forgive me if I don't look at the comments. I'm getting tired of these stupid fucking comments, not by you guys, but by them. Rob Hutter.

Thank you, Valerie. Thank you. That's that's good.

He called a 13 year old. Her dad will tell you. No, no.

Don't listen to the dad. Go talk to the police because Rob Hutter. Thank you for putting that out there.

Finally, something good by you. Go to the police and you can look up where Rob Hutter is. Go to the police and ask the police because Rob Hutter said he went to the police and he turned over every shred of evidence.

Right. So go to the police. Do a FOIA request on me.

Do a FOIA request on him. Go to the police and see if he did any police report. That's going to show you whether he's honest or not.

Go to the police and ask them if there was any incident. You have every right to do this as a FOIA request. I can help you with the letter.

You know, go to the police and ask them if because Valerie went on and put that lie out there telling everyone there's a big police report on me that I went and I did all these things to Rob Hutter and I called his 13 year old daughter and everything. He said that I was inappropriate with her. She said she didn't make that claim.

I mean, that's one thing she didn't make. But yeah, go. She put out there in the past and I have these screenshots, but she put out there in the past that there's this big police report and I'm getting arrested and all this stuff happened.

There's no police report. Again, I called the chief police. I have fucking evidence in my email.

I called the police chief of police and said, I will hand you over whatever you want to clear my name. She's a lion. Again, I'm trying to like not.

All right. Anyway, Eric even made videos of him. Yeah, I made a video of the situation because he accused me of calling his 13 year old daughter messaging her with some shit.

Haley says, I said nothing wrong about you or anyone except Haley. So you're claiming you don't have that other account that Harvey thing where you talked to all this shit. So don't feel bad.

All these. OK, so her caller ID shows phone records and also your voice over IP lines with NOLA automated. See, that's funny because I was consulting for NOLA, but there were some troubles with the phone system.

I wasn't actively using them as much a little bit, but yeah, that's great. So he explained to me that and the owner of the NOLA told the police, why aren't I in handcuffs? Why aren't I in jail if I'm sitting there harassing a 13 year old girl? Like nothing you say makes any fucking sense. If that happened, then I should be arrested.

Right. If I'm harassing a 13 year old girl, a hundred percent, I should be arrested. There should be a criminal report.

Go find it. Because like I said, I'm not going to keep repeating myself. I went to the police.

Go find it. You're a lion's sack of shit. Go find it.

Put out the police report. You're you're a liar, Valerie. And it's so easily provable with everything you say, like your SSDI stuff.

Remember, we did it in the beginning of the thing. She says, I'm on SSDI. I showed you my insurance.

I'm not on SSDI. And if she were to know that, that would be illegal for her to even know that. But I'm not on SSDI.

All she does is fucking lie over and over and over again. So you see, I work in panic mode. No, Valerie, this isn't panic mode.

This is me being sick to my stomach. I'm going to go over all this fucking bullshit again. This is me being pissed off.

This isn't fucking panic mode. I'm putting everything on the table. We're not panicking.

I'm telling people to go get the fucking police report to show what a lion's sack of shit you are. You know, you say there's a police report. Prove it.

That's all I'm saying. Fucking prove it to people. Show the police report.

We can go over that. We'll get the police. We'll do a three-way fucking call to the police.

We'll get them on the phone right now and find out if there's any police report. I have no problem putting proof out there. Why don't you? So this is not panic mode, Valerie.

This is fucking anger. So let's go on. Why don't you talk to Rob? See, this is what I'm talking about.

Don't talk to Rob. Talk to the police. She says there's a police report, right? Don't talk to the person that's accusing me of doing shit.

Go talk to the police. If she said there's a police report, then there's a police report. She's not a liar, right? You know, Valerie wouldn't lie about this stuff.

She wouldn't lie about me contacting a 13-year-old girl. Again, this woman says the most horrible fucking things ever to try to hurt somebody. Like, you're talking to kids.

You're being inappropriate with kids. Like, she says the most horrible fucking things you can say about a human being to hurt them. But we can very easily prove this.

If you want to live stream right now with me, Valerie, and I don't want to hear anything about that police report. Nothing. You want to live stream with me and you want to hold up that police report and show it? Let's see it.

Hit me up. Hit me up on my phone. You block me.

I didn't block you. Hit me up. You put that police report and we'll live stream it right now.

I have no fucking problem with that. So stop saying, go talk to Rob. Stop saying, go do this, go do that.

Go to the source. Go to the police. Prove it.

That's all I'm saying. Go to the police and get the evidence. If there's a police report on me, prove it.

I'm going over and over this. I'm getting pissed off. So, oh, you just admitted you skipped trace and called Rob's daughter.

Look at what, like, what is with this woman? I did not admit to calling Rob's daughter. I did not. Yeah.

No, I admitted to doing a video on the father that was making up the bullshit, not the daughter. You should FOIA the police. See, this is what she does.

And this is, and she said this to me in private chat before, that she knows people won't, but I will. And I hope Haley does. I hope fucking Turtle Boy does.

I hope, not fucking, I hope Turtle Boy does. I hope you do. If you're wondering if I, I should be canceled off the fucking internet right now if I went and harassed or even, like, if you called, one time I called somebody who was not the girl.

I didn't do that, but I didn't even call the father. But if one time I called a predator I was doing an investigation on, I wanted to do an interview and I reached the father and I put some of that online. Didn't mean to call the father, but I did.

So, you know, you can do that, but I still never even called the girl. There was a point to that. I forget what it was.

I'm getting worked up, but, oh yeah, she's, she was saying that you should FOIA the police. Do it, please. FOIA the police.

I will, I'll put out on Twitter. Sorry, Reverend here. I'll put out on Twitter everything you need.

I'll write you the FOIA request for you. Please do it. I'm begging you.

She knows you won't. She knows a lot of people won't, but I hope you do. Eric did a FOIA on me and contacted a neighbor.

Never contacted a neighbor. No, but Eric did a FOIA. Oh yeah, we're going to get to the FOIAs.

You're going to, that's going to be fun. We should just get to that very quickly. But who had been harassing me and got him to put a note on the door and take pictures of me in the interior of my car.

Okay. Where are those pictures? Show the evidence. Again, as someone said, put up or shut up.

All you do is fucking lie. So I told Eric years ago that the, that the SSA told me yesterday, you're on SSI, Detective Mayberry. Yeah.

I, I investigated that too. And I called the police. I called his department.

They said that wasn't true. That never happened. So again, put up the evidence.

That's all it takes. You don't have to keep talking all this shit, Valerie. I'll bring you into the live stream.

And I don't want to hear any of your fucking bullshit into the live stream. But I, I just want to see that police report on Rob Hutter. See where he called the police and you have all the evidence in my voiceover IP logs.

Just do it. Again, this is, she keeps going back to this. We spoke to them about it.

Rob wrote all about it. I don't fucking care that Rob wrote about it. I don't fucking care.

I want to see the police report that you said exists. Show the police report. You keep saying that and you keep going back to talking about Rob.

Don't fucking talk to Rob. Rob, show the police report. Let's, let's move on.

This is getting repetitive at this point and I'm getting worked up. So let's go on. Let's go to the next video here.

So she said she was purchasing pangs. Let's just go to the next one. Then we'll get into the, uh, FOIA requests.

We'll get into some more stuff. So this video is already going for a while and it's fine to keep going for a while. So, um, video file.

So I would call dealerships and, and I just, I gotta call you guys. I'm sorry for getting worked up here. I'm sorry for swearing.

It's not usually me. It's just look at the things that she's saying. Like she's saying that, uh, like she did the worst possible things and you can even see it saying that I contacted a 13 year old girl.

She did the worst part. She said the worst possible thing. She'd made up fake profiles.

She created very, I can't even say on YouTube or Twitter or wherever all the places is streaming. She has made up fake accounts of me, spoofed my number, called friends, called family, um, said the most horrible fucking things out there. You can see it on her own profile right now.

She said the most horrible fucking things about me said that I was, um, she messaged people with fake profiles saying that again, things I can't do are a P the things I can't say here, um, on social media and saying that I would do these things to people. So this is what I had to go through for years. Finally, we have a truth and I have not done one fucking thing to this woman and she started all this shit again.

So stop saying, contact the father, stop saying contact, whatever, contact the fucking police and do a FOIA request and get the evidence. It's really that simple. All dealerships.

And I just got such a runaround for so many years, you know, this and that, and then you don't get any Valerie. You're going to sit there and I'm going to block you. I block you.

You're going to come in with another account. So I'm not going to bother blocking you, but I'm probably not. But, um, and the moderators, unless she starts talking about family members and addresses, which you might eventually do, then you can block her.

But, um, you know, again, put up or shut up. Let's, let's just stick with your first lie or not your

first lie, but let's just stick with one of your lies. You said there's a police report on it.

Put up the police report. That's it. If you're not a liar, prove it.

That's all I ask. Let's, let's move on. You don't get any play from anybody unless they're a service manager.

So if you're going to do that pretext, just make sure to, um, yes, cause they're an underwriter and they have access to. This was a live video she was doing, by the way, I got screencaps of it. I do have the whole live video.

So no one can say I'm taking this into context or taking it out of context and splicing it. I will provide that if anyone wants to see it. Um, ISO the insurance service office.

I'll tell you more about that in a minute. So I'm asking for the service man manager without going through anybody else. Right.

And I, and I leave a message and I'll give him my fax number and I'll tell him I'm an insurance, uh, I'm an insurance adjuster and there's a claim on the vehicle. It's a total loss and I need their invoice by 5.00 PM tomorrow, or I cannot factor that in on a claim to pay a claim. And I give him a deadline to do it because that's illegal by the way.

I'm not going to sit around and call again over and over and over again. As an adjuster, you've got 500 cases or 600 cases or even more. Maybe while this is going on, I'm going to go give my dog a treat.

Um, I'm sure she's getting a little stressed out because I'm raising my voice. I'm gonna try not to do that cause she's here and I don't want to stress her out. But, um, so I'm gonna try to tone down a little bit, but let me go give her a treat.

I'll let's play for a second of, of these deals where you have to get through them. You got to get them worked. You got to close them.

You know, your value to your employer is to close claims quickly, efficiently, and correctly. And, and so that's what I did. And, uh, 80% of the requests were filled and on the invoice, it has a phone number and usually an address for the vehicle for the person who owns the vehicle or the person who brought it in for service.

So I haven't talked about that pretext. I never said anything about, that's not true. Yeah, we'll get to that.

Sure. Text a lot. Either you're lying, what you keep doing, or you just have a really bad memory.

Works like a charm. Like I said, 80% is a good stroke. Okay.

So let's go on to the last one and then we're going to get to the good stuff. I mean, I don't want

to say good stuff, but, oh yeah, this one. Swift will tell you.

By the way, I have screenshots with her saying that Swift is illegal and you can't get, I mean, it's not, Swift isn't illegal. Swift is a, uh, communication platform between banking institutions, or not just banking, like financial institutions. You cannot, and her and I have had discussions about this too, but you cannot go to Swift and you cannot, um, it's a communication platform between financial institutions.

It is not for private investigators or any investigators. I can't access it. She can't access it.

It's completely illegal to access it under false pretenses. I mean, just, you don't even have to believe me. You can just go to Swift.

I think it's what Swift.com, Swift.org, something like that. Go to Swift, message them and ask them, and they'll tell you like, you don't, you don't, none of this stuff you have to believe anything I say. And I, I don't want you to believe me.

I want you to do your own research, like with that FOIA. Sorry, like I said, I'm trying to calm down here. I don't want to scare my dog.

I'm raising my voice and everything, and so. By the way, um, for calling me a fraud, you just said I was on SSDI. You said that I downloaded CP.

You said a lot of things. That's a lie, Valerie. So imagine a lawsuit that's going to come your way soon.

So that's what I get from my vendor. That's really good information. A lot of times it's more information that I even need.

And I want to address this. You're just a debt collector. Okay.

I mean, that's not a knock. I don't call people for their money anymore. Like I said, in the beginning, I do a few commercial accounts, which is a whole different ball game.

I do some judgment calls here and there. So I do engage in a little bit. I try to be really, really nice to people.

I'm not sitting there like smiling and dialing like someone said back in the day. Um, but, uh, you know, I don't, I don't engage in that. I, I got burnt out of that.

I'd never want to do that again. Um, so I do the investigative aspect of recovery. That's what I do.

So I do consultation. I do teaching. Um, excuse me for opening to the mic here.

Um, I am just a, I am a licensed private investigator. It's not illegal. It's illegal for you.

So find out, you can go do a licensing search for the state of Texas. Find out when she became a licensed private investigator, by the way, this, these things were in 2020, 2021. Find out when it's not legal to commit mail fraud.

It's not legal to get computer, computer fraud. Accessing Swift is not fucking legal. Okay.

Calm down, but I'm sorry. Um, I need, I should have someone bouncing things off here. So it's not just me talking, but, um, yeah, it doesn't matter if you're it's, it's criminal.

It doesn't matter if it's your licensed private investigator and you just recently became a licensed private investigator. I'm not going to say by who, because I think the woman that you are a private investigator for is a good woman. And I don't have anything bad to say about her, but yeah.

Uh, Hey, Bill cabins. Um, and Meredith, um, the, uh, well, yeah, no, I already said, Hey, I'm confused. Um, uh, what's I've been watching in the background.

I'll talk to you later, but too, um, I don't have a Swift account. I know you don't. I never said you do.

Um, he doesn't know anything about Swift. No, I mean, I have a whole section of my bank course on it. I have literally spoken to Swift and got them on the phone and talk to you in admin.

They have offices in New York. I called Swift. I have a whole paper on it on my website.

Like, no, I don't, I don't know anything about it though. Sure. Uh, you know, I'm just going to serve a bank, although I I'd like to serve a bank that a bank account.

We're going to get to that Valerie. No problem. We're going to get to it when there's money in it.

So my vendor will give me a balance checks. Oh, all right. I guess that's it.

Um, again, I have the entire thing. So her vendor and I was talking during this, but I think that a bank account when there's money in it, so my vendor will give me a balance checks. Your vendor will give you balance checks through Swift.

That's what you're saying. You know, this, and I have screenshots saying later, she knows it's illegal too. So you want to talk about illegalities, Valerie, you went to a vendor to falsely get someone's bank account information.

Um, let's see, what's this? Uh, I have no problem putting her claims out there. So, um, your email is on file with the dark web for people that download CP. Again, put up or shut up.

You've been located with a software called Multigo. Yeah, I know Multigo. Again, evidence.

She's made these same claims four years ago. Show the evidence, stop making all these claims, put it up, show the evidence. Um, not partial screenshots, not things that are clearly faked.

Show the real evidence. Go and do a video of you going into Multigo and showing that because you're never going to find anything that has to do with me on accessing anything like that ever. Um, but show it, stop talking all your fucking shit, Valerie, and show the proof.

All right, let's go into, um, let's go into the, what should we do? Uh, so there's, there's a bunch of screenshots that we can get into. Let's, uh, oh, I am Jules. I am, uh, at this point.

So I spoke with my attorney beforehand. This is why I'm not doing an entire investigation on her. I am literally just putting things out there that she put out and that I did FOIA requests on.

And I got, um, I'm not going to do any sort of investigation or saying anything that's wrong. I'm giving my commentary on how I see things. And, um, you know, and just, this is my opinion on how I see things.

And, uh, I'm putting stuff out there that she said, but even just on any of the lies she said, I contacted a 13 year old that I'm on SSDI that I, um, download CP on any number of those things. And, you know, even saying this, even saying, and she knows I have representation too, like we've talked about this privately, but, um, even saying any of this stuff, you can go into the mass courts and see it, but even saying she can't help herself, she's still going to do it. She's been doing it the entire conversation here.

I'm not going to call the police though. Um, I have found that the police can do very little. I'm just going to go to my attorney.

They, please don't give a shit about any of this. Uh, the police, she's called police. I called police.

They don't give a shit. The last time I called the police was on someone that made death threats about me. And we'll get to that in another, another time.

But, um, yeah, so, um, it seems like she's doing this essentially someone concerning defamation, trying to ruin your credibility and integrity. Yep. She spent years doing this.

Um, all right, so let's get to, uh, let's get to the FOIA request I did and we can see who she is and we're going to get to the screenshots. I'm sorry. I was like, I'm, again, I don't mean to get worked up.

I don't mean to, I just, I never wanted to deal with this again. I thought we had a truce. I thought everything was good.

And as you saw her bashing online. So let me do add to stage. All right.

So, uh, get rid of the, uh, remove from studio and get rid of these video clips here. Excellent. Start playing then.

Uh, almost done here. Remove from studio. All right.

So I have a Google drive, everything. I haven't put everything in there, but I put a lot of stuff in there. Um, I show you already, I sent it to your email.

Oh, I love, I love when she says this. Hold on a second. I, um, I do that with a subpoena.

You're not telling the truth. This is something you're going to see her say a lot that she subpoenas everything that just like without a quarter order, mind you that she can just magically do a subpoena to whatever company she wants and find out their banking information and find out their private messages on Facebook. She just has to do a subpoena and she can get anything she wants on anyone.

She was saying on the Haley account that she was going to do subpoena for, for God knows how long. And someone else found out the information, but, um, just magic subpoenas just go out to everyone. And she's going to do all these subpoenas and find out all this stuff.

She's got loads of proof. Okay. Um, I couldn't agree more Jules.

Uh, so, all right, let's get into the, let's get into the FOIA requests. Um, lots of, uh, uh, pushbacks skip. Yeah.

Uh, so let's get into the FOIA requests. This is going to blow your socks off. I hope you're sitting down.

Hope you get the popcorn out. Um, you know, anything private that comes up, I'll redact later. So, uh, let me see, how do I do this again? Present or no, no, I got to get into, um, give me one second.

Just one second here. Police calls. Okay.

So yeah, I think I know how to do this now. Give me, bear with me one second. I haven't done live streaming like three months.

So I'm gonna start doing them again, but with investigative methods, not telling people how to, how to, um, access Swift or whatever, but I'm going to be doing a lot of investigative live streams. I really want to get back into that, especially considering I'm paying 45 a month for it, but, uh, um, video file, I think I can do police calls. Crap.

They weren't video files. All right. I'm going to access it through the, um, through here.

I think I got it in here. So police calls. Here we go.

All right. I'm going to give Valerie 30 seconds before I do this. Do you want me, do you want to continue with this shit? Because I can end the live stream now.

I can walk away. We can go back to our truths. You can stop publishing all the fucking stupid

lies you have on me, the pedo shit, the, um, the fake screenshots.

Like you don't even have to fucking admit it. I'm not even asking you to throw yourself under the bus. You don't have to do that.

There's 300 people watching right now. I will cancel this live stream right now. I'll fucking delete.

Um, I'll save the live stream, but, um, I'll take down everything. Do you want to continue before we continue? Do you want to continue this? You got 30 fucking seconds. We'll read some of the comments in the meantime.

Um, this is going to show who she is. We don't have to do this. We don't, I'm not even saying this is anything illegal, but there's a lot of things that are going to come out.

So we don't have to do this. We can end things. We had a truce going.

We weren't at each other's throats. Like I didn't fucking do anything to you. You just decided to, you want to sell books, I guess.

I don't know, but you just want to like, keep coming at me. Just tell me right now that you want to take everything down and we'll go back to our truths and we never have to talk to each other again. That's all I fucking want.

I hate your fucking guts. I want nothing to do with you. I hate you.

I hate people that are surrounded by you. I I'm sure you hate my fucking guts too. I don't want anything to fucking do with you, Valerie.

I just leave me the fuck alone waiting on angels. Leave me the fuck alone. I don't want anything to do with any of you fucking pieces of shit.

Leave me alone. So you got like 20 seconds left. Do you want to fucking stop? No.

So I have the case number judgments and you're bitching for nothing. Great. Again, you have the thing about me and Rob Hutter and me contacting his daughter, as you say, his 13 year daughter, and you say there's a police report.

Put it up. I'll do a live stream with you. Put it up.

Do you want to continue? You have 10 fucking seconds. Just tell me no. Tell me no.

I'll delete the fucking live stream. I'll delete everything off Twitter. We never have to fucking talk to each other again.

Same with waiting on angels. I just want you people to leave me the fuck alone. So just tell me, can we fucking stop this aggression? Can you leave me the hell alone? It's all I ever fucking

wanted.

I'm sorry, Clara. Waiting on angels wants to keep going. Hey, Bill.

We'll have another person post my social security all over social media. Yeah, so we'll get to that. There was something that showed her social, and as soon as I found out, I contacted.

I'm not saying he did it. I'm just saying someone put something out there that showed her social. Just like with Grant, when there was a FOIA request I did on fucking Steve Cote, and I redacted Grant's thing.

Something on like some other people got out that's actually in the chat. They contacted me. I redacted it right away.

I can't help what's out there on public record, but I'm going to do my damnedest to try to prevent things from being out there, things that shouldn't be released on people. And I took care of it right away. And by the way, Valerie released family members' addresses.

She did the worst fucking things ever. How about, okay, so we'll get something here from her. How about apologize for what you did to me in 2000? Okay, fuck you.

I fucking tried. I fucking tried. So let's get into this.

All right. Let's play this. Tell me if you guys can't hear it for me.

You heard me try. She didn't even have to apologize. I don't have to apologize.

Whatever. Just fucking end it. If you apologize to me for what you did, no, because you're trying to say stupid shit right now.

We can keep the truth. But you're going to fucking break the truth. I want to know why you broke the truth this time.

I didn't say anything about you online. I didn't give Haley your fucking information. I didn't do anything to you.

I kept the truth. The worst fucking thing I said about you was, be careful. She records things.

That is the worst thing I've said about you, Valerie. And it's true. You do record things.

You admitted it all. So I'm not getting anything back here. With an apology, sure.

You're not getting a fucking apology from me after all the shit you did. I'm giving you the opportunity. I don't know why I can't fucking understand this.

You just said I contacted a 13-year-old, and you're a fucking liar. And people can go get the police report. I called the police and saw there was no police report.

So I'm giving you an opportunity. No apologies, no nothing. You don't have to apologize for calling me a peddler.

You don't have to apologize for all your fucking lies here. Do you agree to end things? We'll end it right now. No one has to hear this.

If you apologize, we can. Okay, fuck you. I gave you an opportunity.

You're a lying sack of shit. We could end things right now. So let's get on with this.

Tell me, guys, if you can't hear this. It should be playing now. August 2, 2018, 11, 43, 07 AM.

If you can't hear that, let me know. Montgomery County Sheriff's Office Communications. This is Martha.

Hi. Hi, Martha. Hello.

I wanted to call because I have a neighbor who's moving out. And I'm in a condo building where all the condos are real close to one another. And you can hear people talking in the parking lot.

So these movers have their radio up full blast with playing music that has a lot of bass. And it's making my window rattle. I asked him to turn it down.

And I said, please. And the guy was like, I mean, I asked him to turn it off. He didn't understand that everybody can hear that music.

Hold on. Hold on. How do I fucking stop this? Every single condo that's in this complex.

She says, I can apologize. I never posted family info. I don't even want your apology.

I want nothing to fucking do with you. I mean, we were friendly. We spoke over messenger.

I want nothing to do with you. I want nothing to do with waiting on angels. Like you can message me waiting on angels and we can talk, whatever.

But I want nothing to do with you. I want nothing to do with you, Valerie. Wait, what's this? God, I want an apology.

You know what you did to me. Okay, we'll continue. Flex can hear that guy's music.

And it's a moving truck. So is that something that you guys can come out for? Sure. What's the address there? The address is 12100 Melville drive.

And their unit number is 402. Oh, you already did that, Valerie. Remember? You put down my family member's addresses.

You put down my ex's address. You put down exes that I haven't even spoke to in a while. But

unlike you, I don't have problems with my exes.

Like we're not at each other's throat. We're not like, oh my god, Valerie messaged me something about Eric. I'm gonna go make his life hell.

We don't do that shit to each other. That's like so infantile. You know, and I didn't message your neighbors.

I didn't mention your fucking ex. I'm getting tangled in my court here. But um, like, I don't know.

Let's continue. I'm a day sleeper. I work all night long.

You know, if I get woke up, I can never go back to sleep. And then I'm stuck being awake all day and all night. Okay, so the people that are moving out are apartment 402? Yeah.

And the Moderator's side note here. Again, anyone can say any nasty shit they want about me, whatever. If they start going to family, if they start going to your family, they start going to your address, ban them from the channel if you want.

I'm not going to tolerate that in my chat. You guys can argue amongst yourselves. You can argue with me, you can whatever.

Keep family out of things. I don't, Valerie's family, my family, anyone else's family you want, waiting on angels. Well, we don't know who waiting on angels is.

But anyone's family, just keep them out of there. Keep addresses out of it. Boot them from the channel for good.

I appreciate it. But yeah, any mean things they want to say about me, go for it. I don't care, whatever.

The movers are, you know, three black guys. Three black guys. That's a common theme.

So they're parked in the main parking lot. So all of the units on the 600 building, and all the units in the 700 building and the 800 building, there's a building between me and the parking lot. I can hear it.

It makes my windows rattle. It was that loud. Okay, sure.

And can I get your name for our record? Valerie. Hold on. Okay.

Like I said, I got 341 people watching right now. I will fucking wipe everything. I'll never talk to you again.

You never talk to me again. You can talk all the shit you want about me in the background, whatever. You're going to contact the lawsuit guy.

You can do that. You do all the fucking shit you want to me, but let's just fucking end things. Do I have your word that you agree? You put it in the chat and I'll wait.

I'll kill this live stream right now. This is all I want. I just want nothing.

I'm so fucking sick of this drama. I just want out. I want nothing to do with this.

Tell me that you're done, that you can agree that this is just over between us. I'll wait. Just stop arguing with me for a second.

Just tell me that you're done and we'll be done. I'm not going to sit here and talk any shit about you to anyone. If they have questions, I'll say, refer to Valerie.

I'll delete whatever I posted. You delete whatever you posted. We go back to the truth.

And next time you think that I'm sharing information with Haley or with anyone about you, come to me. I'm not going to block you. Come to me and I will prove to you that I didn't share any information with them.

And I already did that. Can you stop arguing with them so I get on with the live stream and just tell me? I'm sorry, guys, if you're watching this. And I know there's a lot of people watching this right now and I'm sorry about that, about killing this live stream.

I know you're waiting for all these big screenshots and everything. And I'm happy to throw that out. But again, he was saying I wouldn't trust Valerie's I know that I can't trust her, but I just want to be done with the drama.

I'm killing a lot of my social media presence. I'm so fucking over this shit. I'm so sick of it.

I killed all my articles on my expose videos. I'm fucking done. I'm 42 years old.

I'm so sick of this shit. I just want to be done with this. So I apologize to people watching in the audience that wanted this big revelation.

I have the screenshots. I have the fucking all the things of her saying all this stuff on me. I know, Billy, you say you can't trust her.

She was honest for four years, but there was nothing that happened for four years and she started attacking me again. So I'll give you another 20 seconds in the chat to just tell me that you promised we're done. That's it.

Fucking hell. As Valerie mentioned, there's a lawsuit. I really want to talk about that.

I'm not going to mention the person's name after I talk about it. I'll mention the attorney's name. The attorney's name that said a lot of, yes, I'll delete it.

I'll fucking delete everything. I just want to be done, Valerie. Fuck.

You're not going to delete the saved. That's the wrong one. Sorry.

Hold on. I delete everything on YouTube? Let me verify that. Keep in mind, Valerie, that Haley knows how to FOIA shit.

She can FOIA shit. Not she, he, whatever. He can FOIA shit.

People know how to investigate too. I'm not the only fucking investigator out there. I didn't share anything about you.

I'm so over this shit. I got to go into my other account, my observing account, to try to see if she deleted it. Hold on a second.

But yeah, I'm sorry to the people that were expecting this big revelation, but yeah. Let's see here. She has me blocked, so I got to log in.

I'm not going to say anything bad at this point. If she agrees to the truce, then I will too. So let's just see if it's still there.

No. Fucking liar, Valerie. Okay.

You know what? I gave you a chance. You're a fucking liar. There's post after post after post after post about me, and you still have the thing pinned to your profile.

God, you're such a fucking liar. Let's continue. Let's block her from the channel.

Fuck. And what's a good callback number for you? 713-955-8998. Okay.

Okay, Valerie. I have the call built, and we will send somebody out there. Thank you.

You're welcome. Bye-bye. Bye-bye.

All right. We'll get on to the next one. You're right in the comments.

I wanted to give it a chance, but hold on. Let me get to the StreamYard thing. Enlarge this.

Let's block her. I'm sick of all this lying bullshit. It's all she does.

The end user and delete their comments. Wait. Oh, fuck.

I wanted to delete her comments. Oh, no. I just deleted that one.

Okay. Yeah. So, hide current comments.

No. Did I just... What the fuck did I just do? Someone say something in the comments. Like, what did I just do here? Did I just fuck up everything? But yeah.

It's still there. Someone say something in the comments for a second. I think I just fucked

everything up.

Fuck. Or maybe she just hasn't got to it yet or something. Give me a second.

Oh, there it is. Okay. I didn't fuck it up.

I'm sorry, guys. I'm obviously frazzled here. Yeah.

All right. So, yeah. Banned and the comments were removed.

Okay. So, their comments weren't removed. It wasn't removed completely from the channel.

I just... I fucked that up. That's my bad. Sorry.

I gave her a chance. She didn't delete anything. I'll keep on doing this.

I'll check back just to give her the benefit of the doubt. I'll check back on her Twitter profile in 10 minutes and we'll see if she deleted anything. Just to give her the benefit of the doubt.

She just said she deleted everything. Nothing's deleted and still pinned her profile. Fucking liar.

So, is Valerie another skip tracer of sorts? Yeah. I mean, I won't lie. She has some skills, but... All right.

So, the lies are so fucking obvious. All right. Let's go back to it.

I was really fucking hoping that she... I know I keep swearing. Sorry. December 1, 2019, 10, 31, 23 AM.

Montgomery County Sheriff's Office. This is Kaylee. Hi.

What is the noise ordinance for the day? During the day? Noise isn't supposed to be above 85 decibels, but regardless, if it's bothering you, we can send a unit out. Yeah. Somebody's got their... I'm in a condo.

Somebody's got their stereo cranked up loud. It's so loud, it's making my windows vibrate. Okay.

What's your address? It's 12100 Melville. M-E-L-V-I-L-L-E. By the way, Waiting on Angels, you're not blocked.

I haven't blocked you in the comments. I only blocked her because I'm so sick of the fucking lies. She says she deleted everything.

It's right there on her page, right over... If someone wants to occasionally look and tell me if she's deleted everything, I'll kill the stream right now. Fuck it. I mean, I'm probably going to piss off a few hundred people, but I mean, I'll be doing other videos in the future.

I mean, not expose videos, like investigative videos. I'm sure it's not going to get the type of attention, but like, yeah. The Marina Vista condominium, and it's somebody else in the condo that's making the noise.

Yeah. I can't quite tell what unit it's coming from. Someone.

Whoever would drive down the main parking lot. You have no idea, and we're going to get to that. Down to the 700 building.

I think it's between the 400 and the 700 building on the parking lot side. It could be even somebody sitting in their car. Although when I walked out and I looked out my windows, I didn't see anybody, but it's... All right, Waiting on Angels.

I can respect that. I mean, I'll calm down. Obviously, I'm agitated right now.

I'm not going to lie. Obviously, you can see I'm agitated. I don't usually respond to things like this.

I'm angry. I'm agitated. I'm upset.

Vexated, whatever. But yeah, we can talk, but I still never put your shit out there. I never tried to track you.

I just wanted to be done with you. Because I'm tired of you don't... You know what? We don't even have to go there. If you want to talk privately, we'll talk privately.

So let me go on with this. It's either coming from the 700 building or the 400 building. There's a sidewalk that runs in between both buildings.

So it's just too loud. Again, I'm trying not to raise my voice. I don't want to get my dog upset.

I'm going to continue to play this. I'm going to give her another... She's going to get like fucking spoiled on treats today. Music.

Yes, it's a stereo. It's music. Great.

And what was your name? Valerie. Last name? Good. And a good callback number? 713-955-8998.

Okay. I've got the call in here to get a deputy to check the area. Do you want them to call you back with the outcome? No, I can pretty much hear the outcome, whether they turn it off or not.

All right. Well, we'll get a deputy out. Okay? All right.

Thank you so much. All right. Hold on a second.

Somebody says... You're welcome. Bye. She's slowly deleting stuff on X. She must be desperate based on what you have on FOIA.

Well, I'm going to wait until she has it all deleted. I'll save the worst for last. We'll put it that way.

What's this one? Oh, no. That's just the... Can you actually see that? Yeah. That's the... I'm going to get rid of that one.

If she's watching this, I will blur that out later. Even though this is all public record. And she's put my address out there on numerous occasions.

But let's see here. Harassment from neighbor. Physically shaking.

Yeah. I think... May 15, 2021. By the way, guys, I have all the originals on this.

Unlike Valerie, I have the originals. Freaking Travis County Police sent me a CD-ROM. And I don't know the age groups in here, but it's not too far away from a 3.5-inch disc.

But they sent me a CD-ROM. I had to go buy a CD-ROM drive on Amazon to be able to even play this. I loaded... I got the CD-ROM player, so I couldn't even play it when I got it.

Got it, loaded it, and then I did the recording. But all this is FOIA-able. You can FOIA all this, so you can get it yourself.

I'll teach you how to do it. It's not a problem. I have a course on FOIA, but again, I'm not going to be promoting anything.

So I will... Just ask me and I'll show you the FOIA reports I did to them. You can do it for yourself. You don't have to... Don't take my word for anything.

59, 21... By the way, peanut butter and dog biscuits. I got McKinney, Sheriff's Office. Hi.

Is... I need to get a deputy out on a harassment report. Okay. Address? 12100 Melville.

What apartment? 804. And what is your name? I'm sorry, say that again. What is your name? Valerie Good.

Say that again. Valerie Good is her AKA. It's also Valerie McGilvrey.

The... I don't know if you're talking to me or someone else. Sorry, I'm just kind of like going back and forth between the comments, because a lot of them now. When the heck did they send that to you? These are major... So yeah, I have to do another FOIA request, or I may.

It depends on what she does. But May 15th, 2020. So these were back in 2020, and they play it beforehand.

I'm sorry, I don't know if you're talking to me or someone else, but let's continue. Valerie Good.

What's your phone number? It's 713-955-8998.

I'm sorry, I'm shaking right now. Is the person that's directing you there now? Sounds like Arendelle. Remember when Arendelle called? Have you guys heard that one? When Susie and Arendelle called the police and told them I have automatic weapons? I didn't even have any long guns at the time.

By the way, I hope you guys appreciate this. I'm covering up for this recording, because she had previously said I like to flash my gun, and that's a threat to people. So I'm trying to make sure I'm covered now, so no one gets threatened.

But yeah, Arendelle has said that she was very upset, and she was scared for her life, and I had automatic weapons, and all this bullshit. But anyway, getting off track. Come on, play.

Oh, he's my neighbor. So I called someone out for a harassment report the other day, but the guy is in a different state. This guy that has started up again, he lives next door to me, and he's already been given a criminal trespass warning.

Guys, do me a favor. If you're addressing me in the chat, just say, like, Eric or Skip Tracer or whatever you want, just so I know, because I don't want to be answering questions if you're addressing each other. So just so I know.

Same building or different building? It's the one right next to me. Okay. It's a different building, but it's right next door.

His name is Joseph Atchins. He was given a criminal trespass warning, and a warning to not contact me again, and he just left a message online. While this is playing, I'm going to go give her some more water, by the way.

I'm really afraid of him, because he, like, I go to check my mail, and I hear him say things under his breath. Like, you know, I've begun to schedule where I don't even, like, go outside during the day. Okay.

And what was his name? He said, no, Joseph what? Can you spell the last name? Atchins. It's A-T-C-H-I-N-S. Do you have a date of birth or, you know, an alpha male? I don't know.

I only know that he was in the 900th building. I know that he was arrested and placed on a... In the 900th building? Yeah, he was in the 900th building. Okay.

Is he there now, or do you need the officer to come out there, or just call you? Yeah, I want the officer to come out. He's not here. I want the officer to come out, so I can make this report.

I want him to be arrested. I'm sick and tired of this. I'm so sick of it.

Okay. Apparently, she said that I was, like, contacting some neighbor or something, which I never did. No evidence, just... By the way, if Valerie does delete everything, I'll stop playing the

recordings, and I'll just go over to the screenshots.

I do want to show those screenshots, because it goes over a lot of her tactics, a lot of things she did. I don't even have to, like, do anything to try to embarrass her. I just want to cover myself on some of the things that she's done, and put that out there, so you know the tactics.

So, I do want to cover that, but if someone informs me in the comments that she's deleted everything, then I will stop doing the recordings. A hundred percent, swear to God, never publish them. People can do their own FOIA requests.

Skip Tracer, do you have the police reports from the officers? Do I? Um, I'll do it after this recording. I'll see. The thing is, it includes, like, some of her information.

I won't put that out there, or even more of her information, but, um, yes, I think I do. I think I initially got the police reports, and then this was back in the day when I, like, just started to FOIA shit, and I didn't know anything about FOIA. Unfortunately, I learned it later in the career, or in my career, in, like, 2020.

I wish I knew about doing FOIA requests back in, like, 2010 and everything. It would have made my job so much easier, but, um, yeah. So, I will, um, I will check that in a moment.

Um, sorry, let's continue. No, I was just getting ready to go to bed. I mean, I just took medication.

Okay, I'll send someone out there and answer a few questions for me. Have you recently traveled anywhere? No, I haven't. Any flu-like symptoms? None at all.

Cough, shortness of breath? Oh, this was during COVID. That's why they're asking this. Fever? No.

Okay. All right. Okay, so, um, yeah, I, I can't go over everything again, but you can watch the video from the beginning, and it'll be there, but essentially, long story short, which I'm never good at, but long story short, um, we had issues back in 2020, 2021-ish.

I don't know if it went into 2021. Um, she said something that I felt was wrong in the investigative industry. It doesn't even matter.

It's like so stupid. I said something that I felt was right, and it doesn't even matter if we're both wrong or right or whatever, and she decided to go on to the attack on me in the worst friggin ways possible, and that lasted for two years or so. Eventually, we had a truce.

Everything was good, and then whatever, you know, I'm not going to, like, mention anyone else and try to implicate them because I don't know. I'm going to talk to the person later. We're going to talk about it later, but, um, whatever, something sparked her.

She said I gave information to the Haley account or whatever, which I did not do. Um, the Haley

account has their own issues they're dealing with right now, but, um, you know, the, uh, she said, yeah, so I'm getting flustered here, but, uh, she thinks I attacked her. I didn't attack her, and now she's going postal.

She's saying all these horrible things. She's saying I called 13-year-olds and I'm a pedo and just, like, all these fucking things. So, uh, let's go on to the next one.

November 6, 2019, 3-0-6-46 AM. Oh, wait. I, I said I was going to, um, try to see about the thing.

Hold on a second. Let me, you know, I'm going to have to answer that one later. I don't want to risk bringing up too much private information about her.

November 6, 2019. Even though it's all public record. Oh, sorry.

The person asking for the, um, the police reports. I think I do, but I don't want to bring up now because it could contain, like, last four of social could contain things I don't want to put in the video. So I, I think I do.

If not, I can get it. 18-3-0-6-46 AM. Montgomery County Sheriff's Office Communications.

This is Mercedes. Hi. Hi, Valerie.

And I'm at 121. And I apologize if I'm missing people's messages. Just say it to me again.

I'll, I'll get to it. 00 Melville Drive in Montgomery, Texas. And, uh, I have a neighbor who has a vehicle and it's like an early 90s Toyota Celica thing, I guess.

I don't know what exactly what it is, but I think that's what it is. And, um, and again, let me know in the comments, if she does delete everything and I, I will 100% keep to my word, just like I did originally when she broke it. Um, but I'll 100% keep my word.

I'll, I'll stop the, I mean, she didn't do it originally, so I'm not going to, so I, there are things I'm going to show, but I will, I'll stop with the recordings and then I'll, I'll go back and check too, but I'll stop with the recordings and then we'll just get onto the, the screenshots and stuff. If he's breaking this, you can't miss it. Spray painted over his license plate.

And so the reason why I'm calling you is because he's been going in and out, in and out and in and out. I know he is on drugs and that he's coming and going all night long. How do you know he's on drugs? Yeah, it's just something that we've known as a neighborhood for a long time.

You know that he's a, he's a drug addict. I mean, to answer some of the comments, I think what I'm doing is pretty light considering I don't even care about the SSDI comment. I don't care about the reporting income.

I don't give a shit about any of that. If you guys want to believe I'm broke, I'm rich. I'm what I'm not rich, but you know, I'm broke.

I'm on SSDI. I don't, I don't care. But the things that bother me as well, like calling the 13 year old, um, the, the fake accounts, which uses to other people, putting family, going after family members and friends, um, saying that I harassed a 13 year old girl and there's a police report, which there's not.

Um, but doing all these things, that's what bothers me. Yeah. So I think what I'm doing is pretty light compared to that.

As far as I know, uh, Valerie has not harassed children. I would never accuse her of that. I would never accuse her of doing anything that she didn't do.

He's on probation for possession. I don't go after people's family. So are you concerned about the drugs or the vehicle? Well, he just keeps going in and out and in and out.

Oh, you're bothered by him moving his vehicle so much. Listen, we're in a condo. No, that's what I'm trying to verify.

It's not, I don't know, potential drug use. You know, you know, I thought maybe he took his muffler off. Oh, so it's like really loud as well.

Is it shaking the windows? I'm actually a whole building away from him. Well, I thought there was like two buildings. A hard time understanding.

I don't know if I'm on speakerphone or something else that's really muffled or something is wrong with you. Hold on. Okay.

I think she'd be better. Yeah, much better actually. Okay.

So what happened was I cleaned my phone and apparently I got the speaker wet. So I'm going to have to buy me the phone. But anyway, just get on with the fucking call.

I think she's in unit 903. Okay. And I mean, if there's a patrol officer in the area, he will catch him coming back from his little drug run, which is, as soon as he got this car, I became aware that he was coming and going and coming and going all night long, which is, you know, he needs rehab.

He needs to be caught. You don't have a, do you or do you not have a name? Oh yeah. His name is Nathan or Nathaniel.

Oh my gosh. I knew what his name was. Hold on for a second.

Again, moderators, appreciate all your help. Anything about anyone's address or family members, boot them out of the channel. I'm not going to tolerate that here.

Just boot them right out. No addresses, no family members, nothing, no attacking Valerie's family, no attack, no addresses, nothing. No employers.

If you know who her employer is, I know some of you know that, please don't put that in there. I think her employer is a good person. I just like, I don't want her harassed.

Like, please don't put any of that in the chat. Color? Yeah. Right.

Like the color. And I looked them up before in your system. I looked at this court case and he has like four names.

So of course I can't remember everything. Either Nathan or Nathaniel. Yeah.

Nathaniel. Valerie. I really want to remain anonymous.

I mean, I don't want him to know that I called. Okay. We're not going to give him this information.

This is just for our own record. Anybody needs to speak with you. So a fun fact, this is why, this is also why I don't like to call the police, but fun little side investigator fact here.

Everything you do, if you call the law stories here, I'm not going to, but you call the police, you send an angry email to the library. I can't believe there's this gay book or something, you know, that needs to be banned from the library or where you send that to the library. That is all public record.

Any emails, no, if you've messaged the library about your account or the books you're renting, not public record. But if you call the police, it's all public record. Unless there are, sometimes things are redacted, children, medical issues, whatever.

Depends on the police station. But when you make a report, that's why I don't like to call the police on things where I just go through an attorney. It's all public record.

It takes a second to start going again. Can you verify the number you're calling from? Also a friendly reminder, please no one harassed her. Like the point of this, I know I'm doing a lot of disclaimers.

I'm sorry about that. But the point of me doing this live stream is not to get anyone to harass Valerie or anyone associated with her. I do not want that.

I can't help what you do, but I would never encourage that. I do not want that. The point is to tell my side of the story and to show what I uncovered on her and show the kind of person she is.

And then we'll get to the screenshots if I ever get out of here, which will probably never happen. Actually, we've been doing this for like two hours, so we've got to hurry this up. I guess I've been interrupting.

Sorry. You said you thought he was going on a drug run? I'm not going to show it. She did post

something on her Twitter.

You can go look at it. Skip view. S-K-I-P-V-U-E.

Let's see here. She thinks I'm monitoring her Twitter like every fucking second with this, doing this live stream. I'm not.

But also I have the video about the credit data. That's what got them terminated from MicroBuild. That was an hour ago.

So you haven't deleted everything. She's 17 minutes ago. She says refresh, but she's still there.

And no, you harassed the hell out of the vendor and they didn't want the attention, which you're trying to do to my vendor now, from what I hear. But they're onto you because you've already talked a lot of shit about them. But, oh, Eric, did you just lie about the truce? Guess you did.

You already said that you could see my feed. So you just want the attention. I can prove everything I say.

Okay. So what do you even say to that? I'm not looking at your fucking Twitter feed. That's why I ask people feeding me information.

I'm not looking at your Twitter feed every fucking second when I'm doing a live stream. I'm sorry. I'm not just like obsessed with your fucking Twitter feed, Valerie.

And you haven't deleted everything. You're a goddamn liar. You haven't deleted everything.

There's a thing from one hour ago. I just read it. There's replies.

I just read that. You keep going and going and going. You haven't deleted everything.

You're a liar. So two hours ago, you still have plenty of stuff. I know you know how to work Twitter.

You still have plenty of stuff in there. That's a lie. So you haven't deleted everything.

You're still fucking lying to people. And remember, Valerie says she can prove everything she can. So remember the SSDI comment.

Remember all the other comments. Remember her saying that I harassed a 13-year-old girl and there's a police report on it. And to contact Rob, the father, and everything he said was right.

Remember all that shit. She said she can prove everything she says. So remember that.

The problem with Valerie is she puts out so many fucking lies. She hopes you don't remember the first ones. But please remember that.

So after their last big cheese explosive fight, I decided that I was going to start calling the police. Thank you, Mr. Haskins. Out of control.

He is like 40 years old and his girlfriend is at least 10 years older than he is. She's going to be my age, like 60 something plus. She drives a, um, oh my gosh, my memory.

If I, if that was a break during the day, I would- Guys, I'm not going to block anyone unless they're putting addresses in the stuff I previously mentioned. So if you're fighting amongst yourself in the comments, you don't like it, just block each other. To pop off all this information.

She has a newer car. It's like a Honda or a Toyota. And it has all the lip stickers.

What the fuck does this have to do with anything? Like I thought you're calling about a complaint or something. Are you wanting to speak with an officer? She sounds exhausted. I'm exhausted.

Do you want to speak with an officer so I can have them call you? They'll still go along that way. Okay. I'll definitely talk to anybody.

Okay. It'll be coming from a blocked or restricted phone number. So just make sure you answer any and I'll call to keep your phone nearby.

Okay. Sure. Okay.

Thank you. Okay. Next one.

October. I'm going to try to, I'm going to try to stop interrupting as much as get through these things. 31, 2000, 20, 10, 28, 12 PM.

Montgomery County Sheriff's Office. This is Marissa. Yeah.

Right. I'm Miranda. About 20 minutes ago, a bunch of cars sound like race cars, you know, with loud mufflers started racing in the Marina parking lot next door to my condo.

What's the address? It's one, two, one zero zero. Yes. I don't want to be self-promoting, but yeah, if you could hit the like button, that'd be great.

Appreciate it. Zero Melville. M-E-L-V-I-L-L-E.

Okay. Are they still racing right now? You don't have to send me any super chats. I know no one's done that yet, but if you want to, what I'm saying is like with the, I'm not doing this for the money.

I'm not doing this for any promotion, but if you guys have questions, I don't get to it. Just ask your question again, or you know, moderator can highlight it. I don't know if moderators can highlight or not, but just, it's just because I missed it.

You ask it again, I'll try to answer it. Yeah. I can hear them.

They're yelling. They crank their music up real loud for a few seconds and then their noise dies down. And I heard a cop look his alarm or siren.

Thank you, Katie. And then it was quiet for 10 minutes. And now they've come back and they're starting again.

I think that they either fired a gun. Someone fired a gun many different times or they have really loud fireworks. Okay.

Could it be the exhaust of one of the vehicles? Because I know sometimes when they backfire, they can sound like a gun. Do you think it could have been that they're racing or do you, are you pretty sure it was more like a gun or fireworks? I'm going to say gun or fireworks because of the, how many there were, there were a lot of things. Okay.

And actually. I keep in mind, this is one FOIA request to the Sheriff's office. I think it was Travis County.

I gotta go back and see. I think it was Travis County. But I could be wrong.

Could be Harris. But this is one FOIA request. I haven't done anything on her in four years.

I haven't investigated. I haven't done anything. I mean, it'd be interesting to see, but how many other police calls there are.

But I haven't done, cause I don't have an interest in this. I don't want this. I don't want to fight with them.

Actually, I know that they were in our parking lot because I know what it sounds like, what cars. By the way, Valerie, you have people messaging me right now. So you can, you can have them message me.

Like I said, I'm not looking at your screen every 10 seconds. You can have them message me. I know you have a bunch of other accounts on YouTube, so you can hit me up.

You're not blocked on all of them. I'm like in our parking lot. And the reason why I say that is because it's really a long parking lot that goes all the way down to the water's edge almost.

And then it's between two rows of buildings and sounds echo in that parking lot. I can actually hear somebody talk normally and hear their, hear what they're saying. And I'm, you know, about 1500 feet or a thousand feet maybe away from them.

All right. So do you think that they're in the apartment parking lot or do you think that they're in the marina parking lot? They're, they're going between my parking lot and the marina parking lot. Okay.

I mean, you know, when the cruisers pull in to look, they'll be able to see whatever. I just. Okay.

How many vehicles do you think you're hearing? I'm not sure, but definitely more than one. Okay. Either two or three or four.

Okay. All right. And then just for all records, what is your name? Valerie Good.

Okay. All right. And we have already had a deputy pick it up.

He's coming up Walden road now, so he's not too far out. So he'll be out there to check the area. Now, do you want him to make contact with you after he checks? No, he doesn't need to.

I just wanted to let you guys know that this is happening. Yeah, of course. You know, I think that the other cop, Wolf and his alarm scared them off and made them, you know, disperse and then they've come back, but they go up and down a lot in my parking lot and up and down the marina parking lot.

Okay. All right. Well, I do have a deputy on the way, so he's going to be cut.

All right. Next one. Again, I appreciate the people reaching out to me by private message.

I apologize if I don't, you know, if I can't look at every message right now, but I do appreciate it. It means a lot to me again. I don't want to be here.

This is making me sick to my stomach. I just, let's continue. I'm trying not to get worked up again.

I don't want to scare Clara. I don't want to, you know, the trolls are probably going to probably be like, Oh, he's yelling in front of his dog. That's a dog abuser.

I don't know. They say so much, so many things. I'm going to go to the bathroom while this is going on.

Perfect timing. Hi, I'm at 12100 Melville Drive in the Marina Visa condominiums. And there's someone in a condo that's hammering and sawing and sawing and hammering, and I'm not in the same building as them.

And it sounds like they're in my house. It's so loud, because the buildings are so close together. Nobody is allowed to do any construction work and I don't have anybody else to call, but you guys, and I can't tell what condo number it is, but I know it's in the 400 building.

Do you think it's above yours or below you? It's behind me. It's in the 400 building. Okay.

And what is your condo number? I'm 804. I have to be up really early in the morning for a funeral. Now they're drilling.

So I walked the parking lot and I tried to figure out which condo it is, and I couldn't tell. And

while I was walking, there was no noise. So of course, I get back into bed, change clothes, get back into bed, and they start again.

And how long has this been going on for? An hour. Okay. And what is your name? Valerie Goode.

And your phone number, Valerie? It's 713-955-8998. Okay. Do you want your officer to go over there and see if they can get it quietened down for you? Yeah.

They need to stop and pack it up and go home. Okay. Officer might get needed over there.

911 for everything. Yeah. If they can't figure out what condo it is, please call me.

I appreciate it. I will let them know. So I can try to help figure it out.

But I think it's directly behind mine, which the 400 building faces the parking lot. And I'm in between. I'm on the other side.

So my place does not face the parking lot. It faces the main one. Okay.

I will get you down here. Thank you. You're welcome.

Okay. Next one. That was fun.

Oh, we're getting on to the... We'll save the best for last. We'll save the full one for last. There's one more here.

This is a short one. September 17, 2022, 10, 44 PM. We'll look at Twitter again while I'm doing this.

The supervisors in the area give you a call. And if that's not something that you want to hear, you can always ask to speak with their supervisor as well. Okay.

And so this is going to be someone over Sergeant Jackson? Correct. Okay. Because he's one of the people that pretty much shut me down.

Yes. Yes. Yes.

No. Definitely. Okay.

Okay. Thank you. You're welcome.

Good luck to you. Thank you. Okay.

So we're going to do the last... I just checked her Twitter. Still posting things. There's still stuff here.

I refreshed Valerie. Sad truth. I'm loaded with receipts.

Wait. What? Eric Neal saying you did this? No way. She's still going.

So that's just within her replies. And God knows what she's doing in other places. But yeah, she's still going.

So all right. That's fine. We'll continue.

Let's go on to the... Let's go on to the Black people that are swimming. The children. September 16, 2000.

By the way, I can delete this video when we're done. I can do it with the screenshots. I can delete it.

Whatever. I just want to be fucking done with you, Valerie. And I appreciate Waiting on Angels.

Waiting on Angels, I will say I've had problems with her, but she said she wanted to talk by private message when I calmed down a little bit, which I'll give her that. I am worked up. I appreciate that.

We don't have to talk publicly. We can talk privately. So that's fine.

Thank you for that. We've had some differences, but I appreciate you saying that. 20, 12, 55, 30 a.m. I'm on the location of emergency.

There are some people in the pool and the pool is closed. Yeah. Well, oh, bitch.

Sure. I'm at 1210 Melvin. These are kids, by the way.

Okay. And there's people in... I consider them kids. I mean, I'm 42.

So I consider a lot of people kids. The pool and the pool is closed. I don't want to know who you are.

There's no glass bottles in the pool. There's like 18 kids out here. Oh, wow.

You're drinking alcohol and you're 19. Great. Can I keep it up? No.

You can get out of the pool and get dressed. I mean, they're not fucking 10. They're 19.

I mean, that's illegal. But I mean, come on. That's your house.

No. No. It's 12100 Melville.

And you're telling her to take you back to your house. A bunch of drunk teenagers, I guess. By the way, that's not... The address, I think, is a complex or whatever.

But I'll reject that later or whatever. You know what? I'm old enough that my condo's paid for. And then I don't come out here yelling in the middle of the night and waking everybody up.

You know that? You see all these windows here? They're all the people. Wait, I'm sorry. What time was this call? I'll go back to that.

129. What time was this call? September 16, 2020. 125530 AM.

5530? 5530 AM? What the hell is that? Hold on. 125530 AM. Oh, so I'm an idiot.

125530. So it's... Yeah, it's like midnight. All right.

Yeah, I'm a fucking idiot. Let's go. That's what my condo's paid for.

How about that? And then I don't come out here yelling in the middle of the night and waking everybody up. You know that? You see all these windows here? That's what my condo's paid for. All of them.

All of these people. What's this? You have to have a key. Okay.

Wait, I've got a... Just a second. What's your name? You know, there's an elderly lady that lives next to me called me on the phone asking me to come to... Let the kids get out of the pool. I'm just like, over all this.

What's your name? Now, there's two parts of this recording. I want you to listen to this guy. He is super fucking polite.

He is so much more polite than I could be. And I try to be polite in these types of situations like crazy Karen's coming at me, which doesn't often happen. But still, I try to be polite.

But this guy deserves a fucking medal. He is so fricking polite to her. Valerie.

Valerie. Miss Valerie. Valerie.

I don't go to other people's places and disrespect them. And you know, when I was 19, I rented a hotel room. We stayed at the Double Tree in downtown Houston.

I was raised in Houston. Make them leave quietly now. Okay.

Yeah. If you guys come out in the middle of the night, the pool closes at 10. If you choose to stay after 10, turn the lights out and whisper.

That's all we do. We don't care about people. That's a bedroom window.

You see all of those double windows? People. Like I didn't, I never messaged her neighbor like she claimed, but I want to track this guy down and like send him a gift or something. This guy is amazing.

They're like, You know what I do for a living? What do you do for a living? I didn't hear what she said. It's a respect issue. We live here.

This is our home. By the way, she's still on the phone with 9-1-1. But that was forwarded to the sheriff or whatever.

She's still on the phone with them right now. That's why I have this. Okay.

I don't even care. You can get out, right? Okay. Okay.

Okay. Yeah, maybe. It's not over yet.

There's more. So it's it's it's they're they're being loud. You said.

Oh, yeah. I don't think they've been out here for a whole long, you know, super long time. Yeah, but they've definitely been out, you know, and having a good time for like the past.

Valerie, what's your last name? If you could tell me. Good. Okay.

What's your number? Um, how many you said? oh, wow. Okay. Okay.

They are working on leaving. Okay. I'll just check the area for you.

No problem. Okay. Thanks.

It gets better. See if I have an energy. September 16, 2020.

One. One. Forty five.

A.M. Hello. Hello. Yeah.

Yeah. Yeah. Yeah.

I have an emergency. Oh, really? Hello. She's in there arguing with fucking kids like, and the kids that were polite that were trying to leave.

She's now like pursuing and you'll hear that. Not you know, you're on my property. Oh, I'm on your property.

Get off my property. It's not her property, by the way. It's a condo area.

And there's like multiple different condos. And from what I understand, they're not like sneaking in on the condo. They're visiting someone.

But it's not her property. It's like a community pool thing or whatever. So I guess I don't know how that works with like ownership sharing.

But it's also the people they're visiting. Hey, I need an officer to come give a criminal trespass warning to some people. Yeah.

Why are you sitting there and arguing with a child? Woman on the phone is like, what's the

address, ma'am? What's the address, ma'am? And you heard the guy like they were just trying to leave like, OK, yes, ma'am. No, ma'am. I understand, ma'am.

OK, ma'am. We're going to leave. We're going to close up right now.

We're going to leave. Yes, ma'am. I understand what you're saying.

You know, and now he's sitting there. She's sitting there and arguing with children. Yeah, it's one.

I mean, they're not children, but you know what I mean? I'm sorry. Awesome. What's the address? Are you trespassing here? Do you all live here? Do you really? But you have a lien in your name.

Damn. I need an address. One, two, one, zero, zero.

Bitch. So you can't be trespassing. It is.

You're criminally trespassing. You said Marina. You actually are.

Marina Beach Condominium. Again, she's visiting. They're visiting people that live in one of the condos.

We're not. Do you have a lease in your name? Yeah. A deed in your name? Yeah, I do.

Really? We all do. Oh my gosh, that's so hard. What is your name? It is, because- I'm under your age.

Valerie. I can't say anything. Valerie, what about me? I just really don't believe it.

You could afford to live here? Yeah. Actually, we can. We can afford to live somewhere else that isn't here.

Actually, I could have maybe- All right. James F. said, hey, Eric, they weren't kids. Oh, okay, no.

Okay, James F. is not saying this. He's not saying this, just to make that clear. He said that this happened five minutes ago on her ex.

I filed charges against one of them. Well, I don't know. I listened to what the police said on the automated thing that came in all the time.

Maybe it was 3 a.m. I'm just going off what they said. I'm just what the police said. It's not what I said.

It's what they said. What their automated system said. You guys heard it.

The pool's outside my bedroom with them. Okay. I don't know why you're sitting there arguing with children.

Again, this is not James F. saying this. This is what- Let me just post this. Valerie said it on her ex or whatever.

Again, Valerie, I gave you a chance. I begged. I fucking pleaded with you that we don't need not to fucking apologize to each other.

Just delete everything. There's still things on your Twitter. I fucking begged you to- Sorry to the 493 people watching right now.

Let's end this. I'll fucking delete everything. You want to keep going.

So, I beg you. I'll get down on my fucking knees. I do not want this fucking drama with you.

Like, I'm begging you to stop. But if you don't stop, then we'll continue. Sorry, guys.

It's more than $900 a month. I can afford more than $1,200 a month. I can afford more than $3,000 a month.

So, why are you out here? Because of government. By the way, the girl sounds kind of annoying. I'm not, like, giving props to her or anything.

But just, like, why are you arguing with them? They're fucking taxes, bitch. No. Like, you called the police.

Just go back to your place and just wait for the police to get there. Wait, what? It's not my fault. It's not my problem.

Oh, she just hit me in my face. Oh, my God. This is what she does.

I don't know if the girl hit her or not. But let's listen to that a little closer. I won't talk.

Come on. Because of government. They're fucking taxes, bitch.

Oh, cool. It's not my fault. It's not my problem.

Oh, she just hit me in my face. Oh, my God. Okay.

All right. So, apparently, she's making the claim that the girl hit her in her face. I wasn't there.

I don't know. That would be assault and battery. And that didn't end up in the official police report from where I saw her.

But that's what she's saying. So I can't say it didn't happen. I didn't hear anything.

I didn't hear a slap. I didn't hear, like, whatever. But maybe.

Okay. And who is that person? I don't even know. Thanks, James.

She's got blonde hair. What are you going to do? Hit me again? What else? What is she wearing? She's wearing a black cap top. She was in the pole.

Get back away from me. This is my theory. I don't think anyone hit anyone.

But I don't know. I wasn't there. What's going on? Hello.

But maybe on that last one where the girl said, like, stop or whatever. This is that part again right there. Hold on.

The pole. Get back away from me. James, did you hit me? You just said stop.

I don't know. What's going on? Hello. Hello.

Hello. She's still on the phone with a cop right now. Hello.

Ma'am. Hello. Ma'am.

Ma'am. She needs to do more cardio. Ma'am.

Valerie. What's her name? Valerie. What's her name? Right, exactly.

Ma'am. The police are coming. Ma'am, where are you? Hey, ma'am, where are you? I'm just walking away.

Okay, where are you? All right, I gotta get it. Yeah, she's probably calling the police on this live stream. I agree.

By the 200 building. You're walking away from the pole by the what building? By the 200 building. I can't.

I can't understand you. By the 200 building. 200 building.

Okay, stay right where you are. Are you away from her now? Yeah, but I don't know where they went. You don't know where they went? No.

She's literally chasing these people. Remember that guy said to her, like, yes, ma'am, no, ma'am. We'll close up right now.

Like, why the fuck are you? You're not a cop. Like, why the hell are you chasing them? Why the hell are you interrogating them? Go back to your fucking condo. Wait for the police to get there.

Make your report to the police. Like, or don't even confront them in the first place. Just call the police.

You know, if you want to call the police or the HOA or whatever. But like. Okay.

Okay, stay right where you are. In a lighted area, somebody's going to find you. Where are you

exactly going to be? They all ran.

They all ran? How many of them were there? Like 15. Yeah. Were they teens, 20? Some teens.

One guy says that some were older. Okay. Do you know which direction they ran? I'm following one guy.

I'm sorry, you're following one guy? Yeah, he's just walking away. Okay, I wouldn't recommend. Okay, I heard the physical.

I wouldn't recommend following the male. Okay, I need you to stop. Some units can find you.

Do you need EMS? Okay, so apparently during this live stream, I just doxed Valerie. I deleted everything. That's a lie because I have pictures.

You did not delete everything. You still got in your replies. Maybe your post, but if you go to your replies, you're still talking shit about me.

You didn't delete everything. She says, I deleted everything. But if you find something, you can tell me what it is.

Well, I did. I told you in the live stream and I gave you time. But you're not going to do it.

I fucking did. I told you in the live stream exactly. I read it out.

But hey, that's okay. You just doxed me. How did I dox her? I'm literally playing.

Does she even know what doxing me? Everyone throws around that term like crazy. She even know what doxing is. How did I fucking dox Valerie? Like I'll even do a post edit on this video and get the address out there.

But it's all public record information. And again, let's not forget. I know there's people that have come in here.

We got like 513 people in here, which is great. But again, she went on her Twitter and said that I was a pedo, that I was on SSI. And if you were here for the beginning of this video, she swore up and down that I harassed a 13-year-old, which I will beat the shit on myself if I did.

I didn't harass a 13-year-old. And she said, talk to the father, talk to the police, talk to whatever. I talked to the police.

I didn't harass a 13-year-old. Like I said in the beginning, go do the FOIA request. Go contact the police.

You don't have to do a fucking FOIA. Contact the police. I offered everything to the police when this guy Rob Hutter said I contacted this kid.

Then he backed out of it. So now she's throwing him under the bus and saying like, oh, go talk to him. Do it, whatever.

Talk to him. Talk to the police. I don't want to keep reiterating shit.

But it's just like, I'm reading on her Twitter right now. She's just like, yeah, you doxed me. I didn't fucking dox you.

I played a public record piece of information. If you want to do that on me, fine. You've already put my address out there.

You've already put my family's address out there. You said the worst fucking possible things about me. But I'm sorry.

I played something public record of yours. I deleted everything. You really enjoyed the intention, huh? My neighbor called me and asked me to get them out of the pool.

She was convicted and did some community service. OK, but it doesn't change what's happening in the call. She said it was 3 a.m. Let's continue.

Takes a second. Yeah. Was that yes or no? Yeah.

Yeah. Ma'am. Oh, wow.

That's good to know. Can you stop and catch your breath, please? The woman's like, stop chasing them. Stop.

You're going to give yourself a fucking heart attack. Clearly, you don't do any cardio exercise. I'm not knocking her up here.

I'm not knocking anything. I'm just... Calling anybody? Why aren't you here already? We're getting there as quickly as we can. It's a high clarity call.

They're getting there as quickly as they can. Where are you now? I'm standing in the parking lot. OK, standing in the parking lot by where? By the 400 building.

By the 400 building? Yeah, I'm just walking around. OK, I need you to stay put. Someone needs to find you.

Some other people are looking. Sorry, I'm just reading this as we go. Well, Eric, you're going to regret it.

Just wait and see. Well, Eric, you're going to regret it. Just wait and say, no, you didn't.

I don't know what you're responding to. Or maybe the... I don't know. Yeah, she's going off me on her Twitter right now.

I'm going to a vehicle and they're leaving. They're leaving the front of the vehicle. I don't know.

Valerie, just log into one of your other accounts and fucking respond to me on YouTube. I banned you because you were going off like crazy. But just... Well, you have dozens of other accounts.

Log into one of your other Google accounts. Respond to me here. I will feature your fucking messages on the screen so we can all see.

I'm not here hiding anything. Like, just log in. Stop talking to me on fucking Twitter.

It's a pain in the ass. I'm sure people are getting really fucking annoyed now. Just talk to me on fucking YouTube and I'll go... I'll post what you say.

I'm at the end of the parking lot. Okay, can you tell... I'm down here running. Okay, can you tell if it's a little crash? If it's a little passenger car or SUV? I can't tell.

I can't tell. Okay. I'm sorry.

Right, and Jules, you know that I always try to like redact things when I can. I'm just playing the raw thing. I can't redact this.

I'll redact it after the fact. I'll put up clips of this video if she challenges it, whatever. But she's saying I doxxed her, but she's literally put my address and family members' addresses out there.

She's done the worst fucking possible thing. She just accused me of being a fucking pedo, and on SSDI, which is whatever, but like being a pedo and harassing a 13-year-old. But she's like, oh my God, you doxxed me.

You plagued my address. Fuck you. You know, fuck you.

You accused me of being a fucking pedo and you doxxed me, my address. All right, I gotta calm down. I got your shoe, asshole.

Come back and get it. She has her shoe. Do you think she's gonna run down and get out of here? Some crazy-ass white lady, like chasing them.

After this guy was super polite, yes ma'am, no ma'am, whatever. It's like, I got your shoe, asshole. Go to the lake, but it's gated with a lock.

And where's the male running exactly? He's running towards the lakefront. Okay. I have a unit that's almost there.

Can you see them? No, I can't. Okay, I have a unit that's just about there. Hold on.

Hurry. Where are you now? I don't want this guy to get away. Okay, where are you? Don't want

him to get away? What are you gonna do, like fucking bear hug him when you can't even catch up to him? Are you gonna like fucking throw the shoe at him? What do you mean you don't want him to get away? You called the police.

It's probably security cameras, right? You called the police. You're chasing after some guy. You got his fucking shoe, asshole, whatever.

Like you don't want him to get away. What are you gonna fucking do? Like jump him? I'm in front of the 600 building. In the 600? Yeah, the 600.

Can you imagine her being a cop? I got your shoe, asshole. Oh my God. I don't understand.

Why take them? Why take them? No. It's been six fucking minutes. Or well, she calls, it's been like 10 minutes.

Maybe the police are actually handling real emergencies or like real calls or something. Not some crazy lady running after them. I got your shoe, asshole.

Like maybe they're actually dealing with shit, like real fucking shit that should be, not this shit that should be reported to the HOA because kids are swimming in the pool after hours. I don't want to get here. Well, they're all over the county.

Dealing with emergencies? I have one unit that is there. Hi, do you see him? You ready to talk? Have a conversation? Because we need to talk. Okay, let's talk.

This is what she's doing on Twitter right now too. Like, I just want to talk. I just want to have a conversation.

You ready to talk? Like a minute ago, she's like, I got your shoe, asshole. And she's like, oh, you ready to talk? I just want to have a nice, polite conversation. Are you, is that the man you're following? Yeah, he's gonna walk with me.

Okay. He doesn't want you to chase him when he wants his shoe back. Okay, where are you? Okay.

Okay. It's like secondhand embarrassment right now. Okay, is my unit there? Ma'am? Yeah, what'd he say? One second, what'd he say? Someone's not really? Okay, is my unit there? Ma'am? Not really.

Ma'am? Valerie? Is my unit there? Okay, that was fun. Should have gone to the bathroom during that last call. But yeah, we'll take an intermission in a moment.

Just two minutes. I'm drinking all these fucking energy drinks here. We'll get into the, we'll get into the screenshots.

That's a lot of fun too. I don't know when this live stream is going to end, if it's ever going to

end. Sorry, guys.

But let's get into the screenshots. Let's give me, give me a 60 second intermission. I'll be right back.

60 seconds. But yeah, fuck. Let's get into the screenshots.

Just give me, give me one minute. Okay. Didn't lose anyone.

Wow, that's okay. So, okay. All right, let's get into the screenshots.

Fuck. All right, this has been a wild ride. Um, but guys, again, know that I have continually offered her truth.

She doesn't delete anything. She keeps on going. She's still going.

She says, I'm working. Working on what? Um, you might laugh that the guy wanted his shoe and told me her name. That's why I was able to file a charge against her.

Okay, well, it's good. We can both laugh about it. That's what she's saying on Twitter.

It's good. We can both laugh about it. Um, but, uh, and look, I'm not even like, I'm not even knocking her for, I mean, I am kind of for like calling the police so many times and wasting police resources on people who call the HOA, like someone said.

Um, but like, I'm not even knocking her because we all have issues. Like some people call the police, some people don't, but, um, you know, I don't know. It's just, I want to kind of lay the foundation here and then, but this is like nothing that she did wrong.

This is, I mean, some of the videos we played earlier, that's debatable. I guess she's debating that. And she has tons of evidence on all the illegal things she did, which was supposed to, by the way, have me in federal jail in 2020 and still here.

But, uh, yeah, I was supposed to go away for a very, very long time with all the stuff she had on me. Now she's just renewing all that stuff and I'm sure she'll put out all the private messages. That's another thing, Valerie, I know you're watching.

I know you're also working, but I know you're watching. Um, I am not going to release the private messages on Waiting on Angels unless she wants me to. And because I don't do that shit.

I don't sit there and record all the messages like you do. To try to use it against someone later. Because if I consider you a friend or consider you like someone that, someone that like, at least we're friendly, I don't know, friend, but we're friendly.

I don't do that to people. I don't do that to my friends. Like I may have things in the messages, but they don't sit there and try to like use all the stuff against a person for later.

Um, you know, like, uh, I don't know. I'm just, I don't want to get off track here. Let's just jump into the messages.

But, uh, like I, this, this should have never happened. Like, it's just, I don't know why you're calling me a pedo. At least stick with the fucking truth.

You know, like say I'm on SSI, say I'm a pedo, say I don't report my income. I do report my income and it fucking hurts every year. Um, not like I make a lot or anything, but it hurts.

I don't make a lot and I still have to give a lot. I report my income. I report my investments.

I'm not on SSDI. I'm not a fucking pedo. I didn't harass a 13 year old and all this other crazy shit she's saying.

Have I done everything perfectly? No. Have I made mistakes? Yes. But, um, nothing like she's saying.

All right. First screenshot. These aren't in order, by the way.

So I'm just going to kind of blow through these. It'll be a lot faster than the other stuff. Um, I don't even know what this is.

That's database search. These are just things she said. Uh, seemingly there isn't a database for assets per se.

That's incorrect. There is a county clerk's recorded instruments might have a property transfer. Is that related? Um, garbology, I guess, you know, going and dumpster diving, whatever subpoena those talk about subpoenas.

None of this matters. Let's get into the good stuff. Oh yeah.

This one. Okay. Let's talk about this for a minute.

Let's talk about this. Um, so hopefully everyone here knows who dog the bounty hunter is. Um, I'm sure she'll make a statement on Twitter on this again.

She can come into the comments with another profile. Like if I could unblock her, I would, I just don't know how to do that. Um, but she can come into the comments with another profile and I will feature her responses here.

We can put everything out in the open. It's not going to be a one sided thing. Um, like I said, if she wants to come into the live stream and show that police report where I harassed that 13 year old girl that she claims, I'd love to do that.

But either way, Beth, uh, Beth Chapman deceased. Now, God rest her soul. Uh, she was, um, I never really liked watching the whole dog, the bounty hunter series is all right.

It just wasn't my thing, but that beside the point, she led a campaign. I have evidence of all this. We can get to that maybe at a different time, but she led a campaign against Beth Chapman.

And she said Beth Chapman was faking her cancer. She went on and on and on for months saying that Beth Chapman was faking her cancer, that she was a liar, that she was faking all her cancer. She did fucking campaigns against Beth Chapman to the point where Beth Chapman had to talk about it in the news.

And well, I don't like low small time news, I guess, but in the news and, um, on social media and Beth Chapman didn't even want to like give her any airtime. She didn't want to like mention her name. But she said Beth Chapman was faking her cancer.

And she went on and on and on about this, how Beth kept faking her cancer. Now almost everything is wiped. Some of us still have screenshots, but almost everything is wiped on this.

They agreed to wipe everything. Um, but she, she said that Beth Chapman was faking her cancer. She said that the surgery scar on her neck was fake, that Beth was faking it for donations or something.

And guess what? Beth died of cancer. So that one didn't work out too well for you, did it? But, uh, yeah. So that was, uh, that was one thing.

Let's move on. Um, yeah, I don't know why I grabbed screenshots of this. I forget what this was.

Um, but, uh, yeah, let's keep going. Can I get my chat? Yeah. Um, ah, what's going on? Okay.

So Valerie cameras coming to you. Okay. Oh yeah.

This is some of the comments. So this is where people are referencing it. This was some of the comments.

Can you say thirst trap? Do you best? She's not worth your time or energy. Uh, stay strong and know those who love you outweigh the haters. Praying for God's killing hands to touch you and your fam.

Stay strong, Beth. Beth, ignore the toxic negativity. By the way.

So this is just not a me Valerie problem, by the way, she goes after a lot of other people and granted I've had problems with other people too. So I'm not saying like I'm beyond that or anything, but Valerie karma is coming to you. This was not one year ago.

It's one year ago from the point where I screenshotted it. But, um, I'm sorry, Beth, that you're getting too many haters. Um, cancer is real.

The treatments for cancer is real. One of the, she was trying to say like, because Beth did hikes in the woods, which I'm sure were very limited in time. Um, and just because like, here's the

thing too, like she was trying to say that Beth Chapman said these things on, on social media.

So it must be true. Like, I think what Beth was doing was trying to put out like a good persona. Like she didn't want people to pity her or to, uh, whatever.

So I think she was trying to put out like a good persona. And like, I don't know, I never have cancer. I mean, I hope I never do.

But I feel like if I did, I would still try to put out there like, you know, Oh yeah, I'm being strong. I'm being good. You know, like I'm, I'm good, whatever.

I feel like I'd still try to put that persona out there for at least for a while. Um, I feel like that's probably what Beth was doing, but, uh, Valerie was saying like, Oh, you're faking your cancer. You're a fraud.

You're this or that. There's no way you walk two miles in the woods. Maybe she didn't walk two miles.

Maybe she just wanted to be fucking strong. But yeah, she's just kind of harassing her over and over. This lasts a long time too.

A long time. Um, I don't want to talk too much about it because I know the family wants to put it behind them, but I do have screenshots. I can dig those up.

Uh, let's go on. Oh, was that, um, Oh yeah, no, I already, I already did that. But Oh wait, what was that? Um, based on database ad searches, they provide names of financial institutions subject with not looking for account info.

Seemingly there isn't. Oh, okay. Yeah.

We already went over that. Um, so see here, what else we got here? That again, I'm sorry. These are out of order.

So stay on the screen. Um, let's see here. Oh, thanks to Beth's stunt.

I am getting death threats from trashy fans. Look, I don't agree with death threats, but I mean, she, there's people that made death threats against me and she hearted those comments. She, one person threatened to come punch me in the throat and she said in a perfect world.

So like, don't fucking complain. Like you, you, you loved the people that said they were going to come fucking murder me. There's a cop in fucking New Hampshire.

That's a disgraced fucking cop. And the state police had to talk to him because he said he was going to come kill me or some shit. Are you going to come pay me a visit and like Frank Castle me or something, which might mean like do something to my family or might mean, I forget what it means.

I mean, someone can tell me the reference. We'll get to that. Um, but yeah, thanks to Beth's stunt.

I'm getting, uh, death threats from her trashy fans. I'm not allowed to have an opinion. Well, it's, it's not a fucking opinion, Valerie.

Just like when you accused me of being a pedo, that's not a fucking opinion. That's, you're making a false fraudulent statement. You said that Beth was faking her cancer.

You didn't say in my opinion, I think she's probably faking her cancer. You called her a fraud and said she was faking her cancer. Then she died of cancer.

It's not a fucking opinion. Um, but yeah, she's going, she also updated her profile photo, whatever. And Valerie was trying to rile people up against Beth Chapman.

All right. Um, this was just a message I got from someone. Uh, if you keep it up with Valerie, it's going to be nice and simple.

You think harassing some phone calls have happened. You have no idea. See, they have professional careers.

What's, uh, yeah, she had a professional career. What's uncle Sam's going to do to do to me that he hasn't already. So watch how many calls you and your friends and family get.

Watch how many pictures show up circulating. Watch how many, watch all my friends harass jobs and clients. Um, watch how your whole world withers away.

Watch how I show the whole world, what you really have done difference between me and you. I don't give a fuck slander me. Go ahead.

Talk shit about me. Well, this isn't slander, but talk shit about me. I have no reputation to keep up, but I will make it my life's work to call every single person you talk with and let them know what kind of sick perverted low trash you truly are.

I would advise you to take down the posts and bullshit involving my mom. Oh fuck. Yeah.

That's what this was. This was, um, oh, now she's going to say I doxxed her son, but you know what, Valerie? You can't say I doxxed your son. If that's not his number, you can't fucking say that.

That's why I say I should make the screenshot. But I think this was in my Google phone. So I should be able to go back to it.

Remember with Arundel when she was saying that I fake that shit and I fake the calls and then did a four year request and got it straight from the police. But she was saying all I think that I went right into my fucking Google phone and pulled it so you can see I didn't fake anything.

And I didn't do it.

Valerie doesn't just play the little screenshots or play little, uh, uh, snippets or whatever the video I played the entire fucking thing. Um, yeah, I don't mind trying to go into this and find this again. If I can find it, I will.

I think this is Google phone or maybe this was Facebook Messenger. It made someone that fucking knows the thing and tell me what it looks like and tell me where this was. But if this is my old profile, I might have it in an archive.

I don't know. But either way you believe it or believe it or don't believe it, you know, whatever. But, um, this I'm not going to say her son's name, you know, whatever.

But, uh, she said that I talked shit to her son. I didn't talk shit to her son. Um, but yeah, so that's that.

You know, let's move on from that. Um, I'm going to take a very proactive role in this. I'm going to wreck to wreck shop and leave you wishing you could stick your cock in a blender just to make it stop.

That's lovely. Uh, think I'm playing text back some bullshit and watch what happened. I don't think I, I don't want to say, I don't remember if I texted him back or not.

Um, I might've texted back some snarky remark or I might've just blocked him. I don't recall, but all right. So fuck me.

This is just, uh, let's see if she's saying anything on Twitter. Um, Eric don't know Valerie, you again, use one of your other accounts and just hit me up on, I want to say this so everyone can hear if Valerie comes in and comes in on, um, uh, getting tired here. Sorry.

It comes in on a fucking chat. I will feature her messages just like I did in the beginning. Like, I'm not going to try to hide her opinion.

We'll, we'll talk about it. Um, uh, Eric don't know. Eric don't know the truth.

I'm sorry. You can't see this. I'm reading.

I don't want to expose my other profile on Twitter cause I just use it to observe. So, um, Beth and dog refused to pay the company I worked for. Oh, I can take a picture of it.

Um, Beth and, uh, dog refused to pay the company I worked for who found several of their bond skips. They wiped everything because they got caught lying about the debt and no, no one paid ever paid my boss. Did I say everyone, anyone ever paid her boss? Uh, but yeah, so let's just, um, I'll show you, as you can see, I'm telling the truth here, you know, in case any of you think I'm lying, but, um, I don't know how well this is going to show on the thing.

Um, but, uh, let's see here. Where's, we're getting tired here. Sorry.

Um, oh yeah, sorry. I'm getting a little tired. Blustered.

Um, let's, let me show you this here. Um, I turned off this. So hopefully, oh, let me, let me enlarge this.

Hold on a second. Sorry guys. Um, there.

Oh, wow. That's way too close. I think that's kind of showing a deleted signal.

I never downloaded screenshot anything. She lies. I have the, I have the screenshot of her saying that she recorded the entire conversation.

Um, how do I get my big face off of here? Let me go back to, uh, where this was, um, full screen layout. Nope. Get my, ah, fucking hell.

Um, sorry guys. One second. There's other people that are better at this than me, but there we go.

All right. That should, yeah. Okay.

There we go. I'm not doing that again, but, um, yeah, the, uh, oh, I see where I could have done it. My bad.

Um, Eric don't know the truth. Actually he does. Okay.

So we don't know that. Yeah. Maybe that happened.

I don't know. Maybe Beth and dog scammed her, scammed her boss or scammed whoever. Yeah.

Maybe it happened. I don't know, but it doesn't give you the right to go in and do a massive campaign against someone that's dying of cancer. And then, and then say, you're like, oh, we made up at the end.

That's that makes it okay. Um, but, uh, yeah, let's, let's continue. You guys can't see this.

I'll try to enlarge it too. Sorry. Oh, here, Phil Dell, shoot him and make him disappear.

Valerie says in a perfect world. That's lovely. Um, so, uh, yeah, good time to take legal action.

I wish she would have, cause I would have loved discovery and I will love discovery because of all the things that she said. Um, in a perfect world, ignore can't do it. Sent you a message.

Uh, some of these people, I don't want to say like these people are all bad. Some of these people saw what she was doing, turned around and, you know, um, this is one of her accounts, by the way. Um, why isn't this letting me zoom in? Um, I don't, I don't know why this is not

letting me zoom in here, but me, Karen avail have something to clear up.

Okay. Um, we're all friends here, Karen. I don't know.

All right. So I'm like bickering in the comments. That's fine.

Um, yeah, I'm not going to address that. You guys can talk amongst yourselves. It's cool.

Uh, but, uh, yeah, I'm trying to enlarge this guy so you can see it. Like, I don't want to just, I want to try to enlarge this here a little bit. Does that, does that do it? Oh yeah.

Okay. All right. That's better.

Yeah. Mandia Roy was one of her fake accounts, uh, which he later admitted, by the way, this man has been openly selling credit reports obtained illegally, which is not only a felony, but an FCR violation. I agree with that last part it is, but, um, I haven't done that.

Um, she, what she'll do is provide like small little snippets and that's it. And she's spliced, uh, splices audio together and whatever. Again, you guys don't ever have to believe what I say.

I can go in and give you the, um, uh, I can go in and give you the, uh, uh, the, like how I formed the request. I do all that in my Patreon. I'm not going to pay lock this or anything.

I'll give you guys the request. I'll show you guys how to do it yourself. You don't have to like, don't, again, don't believe anything I say.

I will show you how to do the request yourself. Um, that's something she won't do. There's also a video circulating where he brags about accessing an account on social security administration website to get the direct deposit information, sell credit to us.

Nope. In the same video, he provides several screenshots of bank account, login screens, uh, where he has apparently changed the password and access the account. This is a felony.

Great. Turn that over to the police. Give them the fucking evidence to show that I committed these felonies.

Stop talking all this fucking bullshit online. Go to the police with it. Go to the police and say, Hey, I have proof that he has committed federal violations that he's committed felonies.

Go to the police, go to the DA, whatever. I'll, I'll cooperate with the police, go to them and show them the felonies that I have committed. It's not, stop all the online bullshit.

Just show them the fucking felonies that I've committed and I will be in fucking handcuffs tomorrow. So, or within a week or something, I don't know how long they take in Massachusetts, New Hampshire, whatever. But, um, apparently I did this when I was in Massachusetts.

So please get me arrested. Show, if you have proof, if you have proof that I'm doing shit, stop fucking talking all this shit online, go to the fucking police and show them your proof of me hacking into bank accounts and I will be in jail. Problem solved.

Valerie wins, but that never happened in 2020. It never happened in 2021, 2022, 2023. Here in 2024 still hasn't happened.

So, all right. In the same video, he provides several screenshots of bank accounts. Okay.

So if you hired this man to find POEs, which if you don't know, uh, places of employment or bank accounts, it's highly probable that he used legal methods to do it, which he leaves you in jeopardy of a lawsuit or worse. Well, the good thing is that I record everything, uh, that like all my calls to banks, all my calls to police, I teach how to legally call banks and not violate the law. Nothing to do with SWIFT, nothing to do with lying, nothing to do with pretending to be the person.

I teach all this in my course. Um, you know, it's like, what does everyone fucking say to this shit? Um, but yeah, anything that she says, like all this stuff, all these felonies go to the police, turn it in, get me in jail. Like it's very easy.

All right. So, oh yeah. So that was a review she did of my company, which, you know, luckily I had a lot of PIs step in and give me good reviews, which I really appreciate.

Uh, some attorneys came in and give me good reviews. Um, you know, uh, then she did my page. I don't give a shit about, I just like share some things on there.

Um, oh, this is the long video. So this is the proof. I'm not going to, you know, SWIFT will tell you that one.

Okay. Sorry. Um, let me, uh, I do have the full video, but let me, uh, let me get to the next screenshot here.

Yeah, I did that one. Um, did that one. Did the review, uh, fake texts.

I didn't think, oh, you went into this one. Okay. So Google number, uh, or no, this is not my, I don't know what the fuck my Google number is.

Um, but I did a Google number, uh, or I had a, I had a Google number. I can't fucking talk for shit. So forgive me guys, but, um, the, uh, the, I'm just trying to bring up my Google phone just to see, cause it's fucking like ADD or some shit.

Um, phone can't find my fucking Google phone. Um, I'll find in a second. I think that was my Google number.

Um, and what she did, and this is not hard to do. You make a con you make a contact into a number and then you can like fake that this person's texting you. But she says, I know you align

with that useless cunt who has been harassing me.

If you contact me again, or no, apparently I sent this to someone or something, but, um, if you contact me again, uh, that will be harassment and I'll file a federal lawsuit against you. If you say shit to anyone, I'll leak your SSN on the something. Um, I'm a private investigator.

So she claimed when I said, I'll find you don't fuck with me or help anyone else. Now I have to do damage control. This is fucking ridiculous.

You're retarded as Bill Hampton. Well, Bill Hampton is a really good friend of mine. Um, I know it can be a little brash sometimes, but he's a really good guy.

He's been a great guy to me. Um, I would never, ever call him that. And I also don't say retarded.

I hate that word. I know other people use it, whatever. I hate that word.

I don't say it, but yeah, that's her faking to be me. I'm just not, you're going to see a lot of that. That was what she does.

She comes up with these things all the time. She made a fake profile of me. Like I said, instead that I messaged woman, these really horrible, horrible shit.

I don't even want to say it here. It's like too bad to even say you ever dealt with like kids and adult woman and what I would do with them and everything is it was really fucking bad. Luckily, most people didn't believe it because they clicked on the profile and said like, wait a second, Eric Neal has his profile.

Why would he create a fake profile to with his name on it and message the most horrible things to people? Like if anything, I'd probably create a fake profile. But apparently I created a fake profile with my picture and my name on it to go do horrible things. So I guess that's the thing.

But, uh, zoom in here. Do we need this? Do we need to do this? Apparently? Yeah. So apparently this is coming from me.

Why the fuck did you tell people about me resetting passwords to access accounts to get bank records? You brought me so much fucking stress in my life. I literally helped you out so much fucking much. This is how you treat me.

You're a fucking dickhead. I don't really say that in itself either. But, um, do chill the shit out of me.

Snitches get stitches. I said, don't fucking lie. I mean, I didn't say this is what she's saying.

I said, but, um, I'm a private investigator. I, like in nearly every single thing I put out, I always even throw out the disclaimer that I'm not a private investigator, but they're claiming I said this.

So yeah.

And that's like some of the messages right there. Uh, yeah. You'll be fucked for the rest of your life financially.

Oh, another quick investigative tip for you right now. If someone ever threatens to leak your social, freeze your credit. I have an article on it.

This is an insult promotion. I'm not getting anything here. I'm not monetized on my website or anything, but I have an article on skiplook.com. Go to articles or blog.

You can find it. I think it's recent, but it teaches you how to freeze your credit. So it gives you links and everything.

I did a video on YouTube. Uh, go into it. It teaches you how to freeze your credit, but TransUnion, Equifax, Experian, you go with that.

She's like, well, okay. I think she's leaked my social, but, um, excuse me. Uh, people have leaked my social before.

So freeze your credit. If it happens to you, they can't do shit. So freeze your credit.

You can unfreeze your credit when you need things. You don't have to pay the price to like block your, uh, your credit report. You can just freeze it.

I recommend that to everyone. Freeze your credit. Someone gets ahold of your social.

It really mitigates any damage they can do. Uh, all right. So let's go into it.

I haven't checked the comments in a while. Sorry. Um, so some bickering, um, more bickering.

I hate the word too. Interesting. Changing contact names, number.

I'd never thought of that. Yeah. I, I probably giving some people some ideas here, but, um, yeah, I do keep my phone records.

That's the thing. Uh, but yeah, if you change a contact name to a phone number, you know, I'm not liking giving this information because, you know, it's, um, I don't want people doing it, but there's things you can do. You can spoof your number.

There's a lot of things you can do. Um, I have an article coming out tomorrow. I'm kind of working on it.

I got, I was going to do it today. I obviously got a little flustered, but, um, I have an article coming out on like how to spoof your numbers, the trouble with, uh, remember Steve code and all the fricking pizza deliveries and everything, but like how to spoof your numbers, how to do some of these things. It, it doesn't teach how to do it.

It teaches like what can be done. I don't want to teach the methods. I'm not going to give light links to sites that you can do it on or anything, but, um, it deals, it deals with some of that stuff.

So, um, but yeah, like it's people like if I, here's the thing. So let's, let's just take turtle boy for instance. I am someone that he doesn't like.

I spoofed their number. I call him. I started making sex noises on, so I don't know, whatever on the phone.

And then he goes after that person. Hopefully he would know. Cause I think if the same things happen to him, hopefully he would know not to do that.

But someone actually better idea. Someone spoofed turtle boy's number to me and they started calling me and they started saying all this shit. I knew it wasn't him.

He was in the middle of a live stream. They didn't even plan it out well. And don't, again, don't get me wrong.

There's issues. I don't even want to go there. You know, I don't want to go there, but there's, I don't like everything he does.

I'm sure people don't like everything I do, but again, I don't blame him for everything. I'm not going to blame him for something he didn't do. Clearly someone's trying to set him up because they spoofed his number and they called me a bunch of times and everything, but, and left some weird messages and shit, but that's something you can do.

Sorry, bad example, but that's something you can do. And it's something people do do to try to like create more tension between people. Speaking of something I don't really want to get into per my attorney's advice right now, but someone did that to another party.

Might've been Valerie. Might've been this other guy. I'm not going to mention his name right now, but, and that guy's like, oh, look, Eric Neal called me in the midst of a lawsuit and he called me and I have the evidence on my, on my phone.

See, he called me and he left harassing messages, but I didn't have it recorded, but I do have proof they called me and just like shit like that. It can really be used to like create conflict and rifts between people. All right.

So stuff in the comments, whatever. Like I said, I'm not going to get into the bickering. You can skip to team.

Appreciate that. All right, let's continue. I'm getting far off track and sorry, I probably have like undiagnosed like ADA or something, but let's get into it.

Fuck. Okay. So I'll get that out.

Yeah. There was an FBI report I made. It didn't go anywhere.

He published people's accounts on Facebook. Let's go with that. Okay.

Yeah. Here's a good one. This is something that she put out early.

She'll probably put out again. She had a video and I don't even want to mention the person's name because we'll get to that if we have to, but I had some problems with the guy. He asked me to do something I was uncomfortable with and we had a falling out and that was that it wasn't a big loud thing.

It was pretty quiet, but we had a falling out and oh, this is another one of her lies. She says the vice box is running with the story. Go to bison or box and see if they ever ran with the story.

In fact, talk to, cause I talked to the guy about this. Talk to Joseph Cox. I think it's his name.

Good guy. Great reporter. But yeah, they never ran with the story.

I made a mistake and I'll admit this and I want you to listen to everything I say here, but I made a mistake and I'm all about signal now, but I made a mistake and I transmitted to someone that was signed on with my company. I transmitted something from micro belts. That was the person was signed in full contract with them and everything.

And I transmitted through Facebook. It did not include people's, include people's accounts numbers, but not like their credit card numbers. It was like, if you didn't have the information, there's nothing you could do with it.

Unfortunately, that individual went and this is why I did the FBI report on him too. That individual went and transmitted to Valerie is like, oh, Eric's having problems with Valerie. Let me go to Valerie and like hurt him.

So he transmitted that thing that was given him. Now. I never should have transmitted on Facebook.

A hundred percent. I'm putting that out there. 601 people watching me now.

I'm putting it out there. That was my bad. It was still private communications, but it was shouldn't have transmitted on Facebook.

I should have used signal. I should have used Slack. I should have used whatever and transmit that way when there's nothing that keeps logs, you know but still it was my private message to the person and the person was under contract.

It wasn't something that I was not don't where she has the narrative where she's like, oh, I was transmitting this evil. I wasn't. It was an independent contractor signed in with a full privacy agreement, which I could have sued him on that.

I didn't, but he doesn't have any money for me to sue him. But yeah, he had competent. There was a confidentiality agreement.

He transmitted. Was Facebook messenger the best format for it? No, it wasn't. That was my bad.

I fully admit that my vendors know about that. It's fine. But micro built decided to let me go with that with all her harassment.

But it was to an associate that I had a confidentiality agreement with. Should have done it on signal. Full responsibility.

That was my bad. I shouldn't have done that. I just transmitted there without thinking.

I was like, you know, I was giving him instruction on an account. And again, those socials, even if you have someone's partial account number, you still can't really do anything with that. But this was an associate.

I made a mistake. So he got me, you know, fuck. But yeah.

So anyway, she said Vice and Vox is running with the story. I'm going to get arrested. She said another thing.

This guy is very bad. He accuses other people doing illegal things that are all he does is legal skip tracing. Also, I sent the video to micro built and it terminated his access.

Well, there's a lot more to that. You also you also freaking like had tons of people harass them and say I was doing all this shit and they didn't want to deal with it. But there's a lot more to that.

But yeah, let me look at the comments here. A lot of comments. So.

OK, anyway. Yeah, again, if I miss something, just just tell me again and I'll I'm sorry if I miss it. You can also hit me up on Signal or on whatever.

And yeah, I'm sorry if I miss anyone's comment or message. All right. So let's get back to it.

Let's see here. Jason Chef Watson. Do you want me to pay him a visit? Valerie says.

Si, let me enlarge this. I got the hiccups now. I don't mind.

Plus, I'm a jerk. So there's that. Well, he's somewhere in either Massachusetts or New Hampshire could be a long drive.

Jason says, I don't mind. Valerie says, oh, you're my hero. Oh, Jason says, no, I'm an antihero.

More like Frank Castle or Bruce Wayne. Oh, Valerie says that's a good way to be. And they go

on.

I don't know if I have the screenshots, but they go on. I probably have it somewhere. I didn't get a chance to go through all the screenshots.

I never even want I put this on a drive like I never want to look at this again. But Harry Connolly says, where is it? All you can really do is handle this legally. That's great advice.

Valerie says, I know. Right. I commented a lot.

OK. The video he made also downloaded it for the attorney. He thinks, oh, yeah, she keeps saying that she has all these attorneys and she had to do crowdfunding to get an attorney.

And it was $2,700. She makes it seem like it's her loss or something. But he thinks he's the only one who knows about the blacklist.

All right. That's not the show, by the way. The blacklist.

That's something else. But I don't know what that is. Oh, yeah.

I mean, there's not a lot of investigators that know what that is. I don't know if I want to get into it now. But thank you so much for the compliment.

Let me sorry. I did the article. I wrote the title of the blacklist.

His video has an image holder that says a blacklist. He's accusing me of copying his ideas, whatever. All right.

Some some data vendors call it different things. There's some let me put it this way. There are some people like celebrities.

Some data vendors claim they don't have this. Some of them call it red flag. Some of them call it blacklist.

Some of them call it different things. They all have this. Anyone that says they don't have this, they're kind of bullshit.

So there's some people you do not look up on with our data vendors. With my data vendors, I do not do any lookups of anyone that I can't look up. I only like because I know any one of you can go complain to the data vendors and say like, oh, Eric, look me up or something.

Believe me, that's happened a lot now that Valerie's on my case. But there's people that have been contacting my data vendors, and all the data vendors have to do is look up the name, be like, no, he didn't. You know, it's very simple.

My vendors, for investigative purposes, like, you know, get socials, all this, and I do the whole article on what we can get. All that's kept for work stuff. I document everything.

I have reports dating back years. I keep meticulous records on everything. I don't do that.

The thing is, when people don't know the public record stuff you can get, like doing FOIA requests and doing case searches, everything, when people don't know that, they just assume you're getting it illegally. But I, again, this is why I give sources on all my information. So, you know, all right, let's keep going.

Sorry for missing comments. Skip, she's posting again. Fuck me.

All right, let's see what she's posting. I'm glad you guys are telling me. Oh, fuck me.

All right. Okay, so she's, this is Eric's second account. I don't have a fucking second account.

Okay, not get worked up. I don't have a second account. I mean, I do have other accounts to observe, but I don't have a second Facebook account.

Yeah, she's just repeating the same shit. This was one minute ago. So clearly she does not want that truth.

I've given her every chance to delete things. I keep checking back. If she deletes things, the stream ends.

It's over. But yeah, let me, I'm not gonna, I think I know how to do the thing again. Hold on.

Let's see if I can bring it back easy. Okay, I know how to do that. All right.

No, let me take off the light. Yeah, so this is Eric's second account. He asked me because I blocked him on Facebook.

This is the truth. I didn't create anything. Yep.

Where's, again, if anyone wants to talk to her, show the proof. Show the screenshot. Like show the, I'm gonna get my big head off the screen again here.

Hold on a second. That's not the screen. That's not the one.

There we go. Show the proof. Give a fucking link to the second account.

Let's see it. You know, show me my second account that I have on Facebook. All you do is fucking talk.

You just give all these fucking screenshots and everything. You tell me I'm a pedo. You say that I'm harassing fucking 13 year olds.

And they're not, you know, I'm just gonna actually, sorry. You say I'm harassing 13 year olds. You say there's a police report.

You refuse to give a police report. Again, if you're just joining in, I invited Valerie to this live

stream. Shouldn't have to be sitting there posting all this shit on Twitter.

Get on Twitter. I mean, get on the fucking live stream with me. Go in the comments.

Use one of your other accounts. Get on the live stream with me and show the police report. If you're being honest.

If I harass a 13 year old girl, show the police report. Otherwise, stop coming up with all this bullshit on the second account. Bullshit and all this.

Show the fucking police report. It's really that simple. But yeah, anyway.

Blacklist is people that you don't want to search in the data vendors. Celebrities, politicians. There's people that'll get you an audit.

They'll get your account flagged. They'll freeze your account. I'll give you a quick story.

Sorry. Quick story. The first job I had working on a collection agency, someone decided to look up Halle Berry.

It's one of the prelates. I was working in the litigation department, post-judgment stuff. This is one of the prelates.

Someone decided to look up Halle Berry. It was accurate because there wasn't a lot of data vendors back then. This was, there was like a couple of them.

Insight, Axiom, and Accurant, I think. LexisNexis, Accurant. I'm getting chapped here.

But someone decided to look up Halle Berry. They froze the person's account on the spot, or they froze the entire company's account. They had like a frigging 100 accounts or whatever.

They froze the account. The police were sent out there. I don't know if that's still done, but the police were sent out there.

And the company lost its access to Accurant, which was major because it was a litigation collection agency. They lost their access to Accurant for like a month or something. All because one associate looked up Halle Berry.

So there's people in a blacklist that you do not look up. And I think it's LexisNexis that puts it up. I know I'm going to get the data vendors coming at me later and being like, it's not LexisNexis.

But it's someone that puts out the blacklist that there's just people, some people call it red flag, whatever. There's people you do not look up. They can add to that.

So there's certain people in the industry like, do not look up Valerie if you're an investigator. I had investigators or one investigator that sent me a data vendor report on Valerie. So fucking stupid.

I told the person right away, he's like, you're going to lose your account. They were like, is there anything you can do for me? I'm like, no, that was idiotic. You can't do that.

There's people that looked up me and got my social and everything, leaked it to Valerie, leaked the entire comp report on me. They lost their accounts. There's investigators that lost their entire account and got, well, blacklisted, but from the data vendors.

So there's things that you do not do. And there's people that you do not look up. I mean, you shouldn't look up anyone you don't have access to, but there's people that you do not look up.

Thanks, Jen. I appreciate it. I do like Jules, but I appreciate it.

There's people that you don't look up and that's blacklisted or red flagged or whatever. I'm getting off track. Sorry.

All right. Yeah, let's move on. Okay.

So yeah, I got a thing of her number lists, which was interesting, but posting my pics. Yeah. So she posted on my old... Oh, that was back when I had that thinning hairline.

It's embarrassing. But got rid of that. Kicked that in the ass.

But oh, that guy. Is that Eric? Scott Turner says him, the other lady in the state of PI. Oh yeah, they were going after this woman, this older... I don't want to say older lady, but she's... Michelle Harris and I are about to have a very... This is what she says.

She goes after other people. If anyone supports me, she goes after them. Michelle Harris is about to have a really very bad day at my expense.

That's not fucked up or anything. Just because Michelle Harris said some nice things about me. She's going to have a very bad day at her expense.

Michelle Harris is a sweet lady. She runs a private investigator agency. Ever need help in Pennsylvania, Delaware, some other states.

Very, very nice woman. She doesn't deserve any of that. So see another one.

Eric Neal is attacking me again. What should I do? Block him. Don't let him get to you.

You, is he doing that bullshit again? Delete him. Damn, it's Tiger King. Well, that guy does skip trace instruction videos.

And he thinks that negative comments about me are going to build a swelling. All right. No, I don't.

But what else we got here? Well, this guy does skip trace. I'm trying to get to the good stuff. I know Ben, the Tiger King, whatever.

Yeah, the guy. You can screenshot this or save it on screen if you want it. Whatever.

Sorry, guys. I'm getting tired of this. I'm going to do a little bit more.

But I haven't watched it yet on YouTube. Phillip Oliver. Oh, sorry.

Everything works. Guy copies my work. And I don't copy her fucking work.

That's the thing. She does all this. What I feel is illegal, in my opinion.

Legally, be careful there. But my opinion is illegal. I'm not going to copy that.

I would never want to put that out there in my courses. Which, oh, fuck. I just remembered.

In spirit of our friendship, I gave her access to my courses. And excuse me. I gave her access to my courses for free, mind you.

No charge, because we're friends. I gave her access to my courses. So I know that's probably going to be out there on the torrent network or something.

But I gave her access to my courses because she claimed that I went after a friend of hers. And I used that friend in my courses. So I gave her access to my courses to show her I never did.

But I gave her a bunch of access. So yeah. I'm probably fucked there.

But let's keep going. Fucking hell. Just thought of that.

All right. Sorry, guys. I'm slowing down here.

I'm getting tired. I woke up early. But I woke up early to go in and work my files.

And my clients are going to be pissed. Well, they're not going to be pissed. I got time to work my files.

But Adam said, again, some of these people did turn around. So I don't want to say they're bad people or anything. But years ago, my old mechanic worked.

So build this on. I don't know what I'm talking about. All right.

Let's keep going. Let's see. I got a lot of screenshots in here.

I'm just going to try to get through these. Comments a lot of video. All right.

Yeah, the blacklist. I always skip. OK.

Because she said something about the blacklist. I guess that means I'm not allowed to talk about it. That's copying.

He claimed he produced content about the blacklist before me. Who the fuck cares? Like, who

cares? Valerie talked about the blacklist. I talked about the blacklist.

Who the fucking hell cares about? OK. I copied Valerie's idea. We made two completely separate pieces of content.

I didn't use her thumbnail. I created my own shit. Like, oh my god.

I talked about the blacklist before her, after her. Who the fuck cares? This is so fucking stupid. Like, if she wants to tell people I talked about it before her, fine.

Fine. I talked about her before her. Like, maybe I talk about something and she talks about freezing credit reports later.

I'm not going to say she fucking copied me. I don't fucking care. Like, that's so fucking stupid.

Let's see. Sounds like you have a case. But again, I-anal.

I-N-A-Fuck. I don't know what he's saying there. I sent the link to the video to my attorney this morning.

Oh my god. Davey Keith says I have trouble with him. OK, talk about that.

But I'm not going to. So, like, oh my god. She sent the video of me talking about the blacklist after she talked about it.

So I'm plagiarizing her work, even though the videos were completely separate. Like, OK, next one. Oh, there's Rob Hutter right there.

The guy that said I messaged his 13-year-old daughter. So yeah, there we go. Without any proof and said he went to the police and did his whole police report.

I'm going to jail and everything. Ernie says slap the hell out of me. Bring it on, Ernie.

Why don't you come slap the hell out of me? I mean, as a threat. Just FYI. I'm just- How old are you? Pull your big girl pants up.

God, you always say that. Apparently suggestions, yada yada. OK, still love you, Valerie.

Whatever. Let's see here. What's this? I don't know.

I don't know. If you guys are still watching me, it says there's over 600 people watching. So you guys are troopers.

I appreciate it. I appreciate the support. I appreciate the messages I've been getting.

Like, seven missed messages here. Like, I really fucking appreciate it. But yeah, so thank you.

And again, if you're into FKR arena, if you're not, you're not gonna know what I'm talking about.

But yeah, I ain't all right. I don't even want to fucking say that.

It's just like on both sides of the aisle, like I say, there's people- And I've made the mistake of going after FKRs and like, oh, this person represents the FKRs or whatever, the people that turned innocent or whatever. These people, one person represents them. But that's not really fair.

And I want to just throw out an apology right now. 637 people. That was fucking wrong of me.

I should have never said that. In fact, I delete all my little expose videos or vids or whatever. Not vids, fucking articles and shit.

I backed up a couple of them, like the Glarer and shit. But I still delete them all off Twitter. I don't want that to be a part of my brand anymore.

I don't want to fucking do exposes and shit. On the Predators, hell yes, I'll expose the Predators every fucking day. But not on people with fucking on Twitter and shit.

But anyway, back to my apology. That was wrong of me. When I pointed out someone on the FKR side, on the Free Karen Reid side, and I said like, look, another perfect representation of the FKRs.

That was 100% fucking wrong, and I apologize. I'm really fucking sorry. I don't want to keep swearing, but I'm really sorry.

I should have never done that ever. One person, because what? Now someone on the anti-Karen Reid, whatever side represents me, represents other people. No, there's bad people on both sides.

There's good people on both sides. A lot of people have come out to message me support, and I appreciate it. People that don't like each other in the comments, and there's some talk in there, but they're still supporting.

I appreciate it. But that was 100% wrong of me. No fucking excuses.

That was wrong of me. Whenever I said someone like, oh, perfect example of the FKR side, I should have never fucking said that. 100% wrong, and I apologize.

So no excuse. None. Um, all right.

Let's look at some of the comments. Send me a friend request. Uh, Janalma, seriously, whatever.

Sima, Janalma, okay. So, um, yeah. Um, all right.

Yeah, I'm not going to get into that. So, uh, let's continue. But yeah, again, I'm really sorry.

I'm never going to do that again. At least I do. You know, call me out on it.

I should have never fucking done that. People are responsible for their own selves. I'm responsible.

I say people are responsible. They say one person is responsible for a group of people. And that's my bad.

And I apologize. Um, very good point is obviously he's working to take on my readers or book. She always says that shit.

Like I'm trying to take her readers. Believe it or not, people can read my stuff and they can read your stuff too. Like people can, you're not taking somebody's readers.

You're not taking somebody's audience. People have the ability. You know how many channels I'm subscribed to on YouTube? Like no one's taking my audience or I'm not taking anyone's audience.

Or you know what I'm saying? Like I'm not taking anyone's fucking readers. They can read my stuff. They can read her stuff.

People are capable of reading and viewing more than one thing. All right. So continuing.

Um, all right. I don't know. There's so many fucking screenshots here.

It looks like we're almost through them. Um, you're my hero. Yeah, we did that.

Oh, okay. So luckily you can't see it on screen. I'm not going to enlarge this one.

But she said it was illegal for me to transmit the stuff to my associate who was again, under contract with me and had privacy. So you can't see it on screen. I'm pretty sure if you enlarge it, you're not gonna be able to see it.

If you can, I'll delete it later. I'll do a post edit out of this video. But then she shared with, so again, this is her, this is Valerie.

She said that she said that, um, she said that it was illegal for me to share this content, right? That I was putting it out there, but I wasn't putting it up out there. I was putting it out there to an associate in private. It was just my mistake to use Facebook, which by the way, let's be real.

It's not a big fucking deal. Like it's, it's not good. I should have made a more wise decision and use Signal, but it's not a big deal because like, even with, um, I mean, I guess we're not with Signal, but with a lot of platforms, if you transmit it to someone, they're going to see it, but it's not like other people can see it.

It's not like I posted it on my fucking Facebook. You know, this was a private message to someone and he, he screen recorded it and got it and he sends it off to her. That's a violation,

by the way, he was in contract.

She's not. But then Valerie changed, uh, started sharing the unredacted version. So I started to go to the police and file a police report to protect myself on that, which I, I did eventually.

Um, but she was then sharing people's account numbers. So she was committing violations and she tried to say that it's like, um, like, Oh, I'm just things like leaking a social after it was already leaked, but then she started sharing it with people. So, uh, she eventually, you saw the redacted version later.

She eventually took that down, but she was doing that. So what, what problems do you have with me? Um, all right, guys, I guess I'm not going to address some of the private back and forth in the comments, but let's just try to get along. Like, um, you know, you can go at it, but it's, uh, you know, let's just, you know, I think we can all agree on some things are just wrong.

Like we all came together with the Steve coat stuff. What Steve coat was doing, calling pizza shops and getting people. Is he still in jail? Like, is that guy still in jail? I hope he is, but, uh, leaving me bad reviews, leaving other people bad reviews.

We could all come together on some things. I hope we can come together on this, but, um, yeah. So, I mean, I'm not going to call out any names here, but a lot of you that's commenting you're good people.

I, I think in my opinion, you're good people. Some of the things that you, some of you have done. Um, he has a hearing on Friday.

Seem it says, okay, hopefully he'll have to stay there. But, um, waiting on angel says, yes, he's in jail. That's good.

Um, but he harassed all of us. Like that was something we could come together on. And I, I'm not trying to be like a bridge maker person, whatever.

I was probably a better word for that. Um, but there's some things that we can come together on and I hope we can like keep exploring some of those things to come together on, on this. Um, you know, I, like, I, I wish I, Meredith said some things and I said some things about Meredith and I regret that.

I put out a private apology to her, uh, myself, um, that I'm not going to repeat here. I can apologize to her publicly too, but, um, I did a video on her or not a video, an article on her. I'm not even going to get into the contents on it, but it was actually just to show that the trolls were wrong about her.

But I said some things too, and I regret that and I took it down later, but you know, she said some really good things and I know people have a problem with her and I know how people have a problem with everyone else in here. And I have a problem with some of you, some of

you have a problem with me. Again, I don't want to play a fucking like bridge maker or matchmaker or whatever the fuck you want to call it.

Again, I'm tired. Um, but there's some things that we can, you're not, sorry, I'm getting all fucking flustered here. You're a lot of you are not, all of you are not bad people.

Um, like fuck, even Valerie has done some good things, you know, a lot of them, but I mean, even she's done some good things. I hope we can come together in the future on some things. And like, I, I know like Meredith was saying something about, um, about like, we don't have to argue.

All right. You guys know what I'm saying? Um, I'm not the bridge maker person, but, um, I'm getting so fucking tired here. Let's continue.

All right. I'm just making an ass of myself talking. Um, all right.

Uh, okay. Oh, this is interesting. I don't want to zoom in on that.

I want to zoom. I still think that, yeah, that's, that's, um, blurry enough. You can't see it on there.

So while, uh, so we'll be at those PIs who bought the report without doing the due diligence, I've been criticized more than once in my career for adhering to laws and others, Ben's and especially having backsliding right now. Um, it's an, it's an expensive mistake without proper authorization. I would never jeopardize my bread and butter in my retirement retirement.

Um, but, uh, she's sharing private information right there. She's sharing people's like shit right there. And none of these people were contracted into me.

So it'd be like, if I took her social and I shared it with other people, now her social was put out there and I nipped that in the bud immediately. Like I said, no, we can't do that. Even like with grants, like fucking grants and some of the shit he's done recently.

But like, I, I liked some of the stuff originally, but then some of the stuff he did after and going after people and just like, anyway, I don't want to even go there right now. But even with Grant Smith, like his social, the police, um, was it like a, I forget the police station. It was like Belmont or was it? No, it was, um, it's wherever Steve coat lives.

It was his town because Grant made a call to police. It was a legitimate call by the way. Um, but he made a call to the police and he, um, what was it? He, uh, his social, the police put his social out there.

I redacted that immediately and I informed the police. So no one else will get that. So something like that happens.

I'm sorry. I'll do my very best. There's people in the comment section.

I'm not going to call out their names, but there's people in the common comment section that I released their data parts, which wasn't all that private, but I released things that was part of public record. I went back and I redacted everything. Like if that happens, I'll absolutely redact a hundred percent.

Um, I can't control what's in public record, but I will try to help protect your privacy a little bit. I don't care what side of the aisle. I don't care if you don't like me, I'll contact me.

If you, if you hate my guts and you call me a fucking whatever, I'll still try to redact your info. Just let me know if something is released. I'll do it.

I give you my word. I'll do that. Um, but yeah, guys, can we just like try to, um, get along? Um, I don't care, Eric.

I like my age. I don't know what I said about that, but anyway, um, anyway, let's continue. Um, so yeah, uh, Chris or a cloud.

That's an interesting story. I never asked for a credit report. Liar.

Um, I needed a verified place of employment. This wasn't even a big case. Also a liar.

I have the fucking messages. It was a simple background of the POE verification ahead of a prenuptial agreement. So to say this on the record, um, SEMA said you revealed my age in your report.

Okay. Yeah. I apologize about that.

Um, if, if you need that redacted, I know it's kind of late, but I'll go ahead and do it. Oh, you said you don't care, but, um, I don't like my age. I'm 42.

I don't like my age. I wish I was back in my thirties, but of course my thirties is I was back in my twenties, but, um, yeah. So, um, if I did do anything, they'll let me know and I'll go over to act.

It's a little late, but I'll still do it. Um, all right. So, uh, let's see here.

Where was I? Um, yeah. So long story short, I don't want to get into this whole big thing with Christopher cloud. I still can't believe this 640 people listen to me talk.

It's crazy. I could never even listen to me talk this long. Um, so where was I? Yeah.

Christopher cloud hired me to do an employment verification on a debt related case. Now, could he have been working from another angle? Sure. Whatever.

Um, I have to make sure that my permissible purpose is intact. I can consult, but I can't investigate on other cases on criminal cases, which I have done. I consulted, but no investigation, but this was an investigation case.

And he said that it was in regards to a debt and he has a private investigator license. Um, nothing bad. I really saw on him.

So I took his word out and I got an email. I got him saying that. And then later he goes to Valerie said like, Oh, a debt.

I don't know what he's talking about. We had phone conversations. We talked about the case, by the way, I completed the assignment and he didn't pay me.

Um, because I, I basically completed the assignment and I found out, I spoke to the other employer and I found the old employer of like two or three weeks. And they said that the guy was on, by the way, I didn't ask this. They told me, I just, I'm never stopped.

People can tell me things, but they said that, uh, the guy was on a unemployment, their fist because the guy lied to him, this will be drama or whatever. But I got that recording, recorded lines, that recorded line brought to Chris cloud. I got all, and he didn't pay me, even though there was no employment to find, but I guess.

So technically I did the job and I found out everything. And the fact that he was on unemployment because the employer told me he got all recorded line, all nice and legal, create a nice record. But he's like, Oh, nope.

Uh, you didn't find his employer. So I'm not paying you. And it's just like, some of these people that don't pay me, even though I'm at a loss of like a hundred, 200 bucks, I usually charge like a hundred an hour.

I think it was 75 back then. But, uh, some of these people, like if they don't want to pay me, I'm not going to sue them. It's just like, all right, fuck you.

I'll never do business with you again. You're a piece of shit. Um, I know you make a big deal out of it online.

It's just like, okay, that's the person you are. I lost a hundred dollars. I worked my ass off for an hour.

That's, you know, work for a couple of hours, whatever it is. Fine. Whatever.

I lost money. That sucks. Move on with my life.

But, um, yeah. So let's see here in the comments about missing anything. Again, if you're talking to me, say my name.

So I know you're talking to me. Hey, Seema. I'm actually 42 as well.

So, um, I'm fucking bald and losing my mind or whatever, but yeah, I'm 42 as well. Uh, I'm glad you can be happy with that. I'm trying to be okay with that, but it's still a shock to me when I

got into the four, zero range.

Um, all right. So I'm losing my voice here. Let's continue.

Cause, uh, we're at like fucking three hours is my longest stream here, but, um, all right. So, uh, Christopher cloud. Yeah.

So I have proof that he lied. He provided partial recordings like Valerie likes to do. He provided partial partial recordings, by the way, the open, the offer is still open for her to come in my live stream.

I don't want to have a big fucking back and forth with her. I know she didn't post every fucking thing about me. Call me a pedal again or whatever online.

But I, the offer is still open if she wants to come in and, uh, she wants to come in and show that, um, that, uh, screenshot or the police report or whatever, me harassing the 13 year old girl. I'm still waiting for that one. She can post it to her Twitter.

Has she posted it yet? Let me reinitialize Twitter here. Um, so nothing new. Yon, Eric did accuse me of stealing his content.

I approve of that share, whatever. Okay. I'll repost everyone.

I'll take a polygraph to prove I'm telling the truth. I fucking hate when people say that I'll take a polygraph. Like I'll fucking take a polygraph, but if someone wants to wheel a fucking polygraph machine into my office, fine, I'll take a polygraph.

But how many times have people said they're going to take a polygraph? They've never actually taken a polygraph. Like, am I supposed to sponsor? Am I supposed to buy a polygraph machine or go to like a place that does polygraphs? Am I supposed to pay for all that? I don't even know how much that fucking costs. Like people, I'll take a polygraph.

Who's going to fucking set that up? All right. Um, click on YouTube. Waiting, unfortunately.

Guys, I'm not going to engage in the body shaming shit. I mean, come on, it'd be better than that. Um, all right.

So, um, let's see here. Oh my Lord. He actually said my son deserves to be in jail.

I mean, I don't remember. Okay. I don't want to say I never said that after that message.

Oh, the final solution. Yeah. We're going to get to that because I did that too.

I did do that, but he said my son deserves to be in my jail. My boys who are military vets and fought for his freedom. Well, some, some things are going to come out about my experience too.

I don't never really want to bring it up, but I'm sure she's going to bring it up. But, uh, I'm not going to go there until she does. But, uh, yeah.

So, okay, great. Thank you for your service. It doesn't give you the right to.

It doesn't give you the right just because you're a vet that does not give you the right to say, you're going to wish my cock was in a blender. God, please don't have kids listening to this. If you're nearby or like, I say some shit, but that's remember that text.

Yes. He deserves to be in jail after all the stuff he's trying to do to me, calling my friends and family and making my life miserable. Yeah.

You deserve to be in fucking jail. I said it again. There you go.

I don't care if you're a vet, like, thank you for your fucking service, but it doesn't give you the right to say that you were going to actively harass me and hurt me and whatever that you being a veteran does not give you the right to engage in harassment. Sorry. Not sorry.

Um, so yeah, I did say that. I don't, I don't recall saying that, but sure. I'll say it right now.

You deserve to be in jail. I don't care if you're a fucking vet. If you're accusing of hurting me.

I mean, if you're trying to hurt me, if you're trying to hurt my friends and family, if you're trying to harass the hell out of them, then yes, you deserve to be in jail. That not a vet colonel in the army, private in the army, whatever you deserve to be in jail. I said it again.

There you go. Um, very done says I, he's an ass. Uh, doesn't know shit from, yeah.

Like, you know, a lot of shit, Barry. Um, I confronted him for calling him. Oh yeah.

So I made a dumb mistake and I said something in a video that was like, they took it way, way out of context, but I said the words, the final solution. I didn't think, I didn't think that was a Nazi thing with the Jews. I didn't think I would never, ever make fun of that.

I would never say anything about that. But apparently within a conversation, I said something and they went on and on about this, but like within a conversation, I said something like, um, I forget how I phrased it. It was like, um, what was it? It was like, uh, I think I was talking about the waterfall and the waterfall is basically, um, you know, like a lawyer's office uses a couple of programs to do their investigation.

And then they use their people on hand in house people, uh, like paralegals and whatever, skip tracers. And you go through the water process process. And I was like, you know, and my office is the final solution to your needs or whatever.

They cut the audio out like right at the right time. But I said like the final solution to your needs or the final solution. Like, I didn't fucking mean it like that, obviously, but they went on and on.

They like very done published it everywhere. Oh my God, he's making fun of the Nazis, killing the Jews. Like he's doing this.

It was just so invalid. Just latch right onto that. And it's like, I, that's not what I fucking meant.

Like for fuck's sake. And they record, this is what she does. She gets partial screenshots, partial recordings of things.

Like I, I don't know. Hopefully people with half a brain can see that there is 666 people watching 666. I'll embarrass the hell of myself now all over the place.

Yeah. So I did say that within a sentence that they cut out and I made a mistake. I'm so fucking sorry.

Yeah. He's a nobody, literally a nobody, but giving him way too much exposure. The guy could not make any kind of expert.

He spends all day, every day making videos that put you to sleep. Don't watch them then, you know, like easy solution. I'm not coming from me.

I'm working to organize. And when things like this happen, I receive more. Yeah.

Cause it's all about selling books. It's all about your profit. That's why you do everything in my opinion.

Um, yeah, he had no clue. It was the Nazi phrase for killing Jews. Then he claimed he was being humorous.

Yeah. I was being humorous about what I was saying with being like the waterfall process. Like I, I wasn't claiming that, but you know, whatever these people are going to say fucking shit all the time.

Um, let's go on to the next one. Where are we? Uh, five, five, five screenshot. Okay.

June 13th, 2020. Here we go. I gotta end this soon.

Like, it's supposed to be like a two part or it's not, it's getting hot in here. Let me take a quick break and turn on the air. Cause I think the person that left the building turned off the air.

I'm getting really fucking heated. So give me one second, quick 32nd intermission. Um, I'll be right back.

Sorry. Hi guys. Fuck.

It's like fucking 74 degrees in here. No wonder I'm getting fucking overheated, put it to 68, but like, damn, that's why I'm getting fucking heated here. It's not wide, but you know.

All right. Where were we? Um, let me see if there's anything in the comments here. All right.

Guys, can we, what kind of bickering and shit? Oh, um, check it. Okay. So yeah.

Come on guys. Like, can we stay on topic here? Uh, all right. I'm working for associate markup.

Okay. Um, yeah, no, all right. I'm not going to go there.

Um, let's, let's move on. Uh, what does it say here? So, uh, the process server may lose his license and I don't feel bad because, oh yeah. So I had Valerie served with a cease and desist, all the good that did, but I had her serve with a cease and desist.

Um, I don't even feel bad. So then she wants to go after the process server because God forbid a fucking process server, um, tried three attempts or two attempts to get in touch with her and then posted something to her door, which they can legally do in Texas. I checked.

Um, and I left it up to the process server. I said, look, I don't know the laws in Texas. You do whatever is legal for you to do.

Um, and that's what he did. So I'm assuming that's legal. I spoke to a sheriff.

They said they do that. So I'm assuming it's legal, but, uh, let's see. I gave him the case number on the harassment, the attacks.

He taped the letter to my door and apparently Eric gave him personal information about me, which Eric made public in a targeted event to humiliate me. Like you just said that I'm a fucking child molester. You just said that I harassed a 13 year old.

What the hell are you talking about? Humiliate, humiliate you. Like also he taped the letter. I gave the process server her address to have her served.

That's it. Um, the name, the address and the fact that she has firearms or had firearms. I don't know if she still does.

She had that in like a 2013 bankruptcy or something. I don't quote me on the date. I might be off on that, but in the bankruptcy that she had firearms.

So I, I, when I do my investigations and this was an investigation, but I always like to inform the process server. Sorry, I'm losing my voice. I always like to inform the process server if the person is armed, but I mean, this is Texas, so I probably didn't have to do that.

But, uh, yeah, so, um, they would actually hurt my, this, that would actually hurt my harassment case if I did contact him and would rather see him go to jail and play this. Oh yeah. She kept saying I would go to jail and, uh, she has all the evidence of me, all these felonies.

She said, I'll go to jail so many times. Um, I guess this man just plain dumb deserves, deserves a fury that's about to rain down on him. I never pitied dumb.

Yes. I would have to agree with you. He targeted the wrong person.

Just like this time I targeted the wrong person in my own fucking business on Twitter, starting to delete articles, starting to delete social media, you know, apologizing to FKR people to, I don't want to say FKR people. It sounds weird, but, um, apologizing to people for saying like one person represents them all. And like, uh, I'm starting to like, she's started targeting me out of the fucking blue, blocked me on every front and started targeting me.

But, um, I'll, I'll even show the emails that I sent her. And, uh, if she wants that, I've showed the emails that I sent her and the fucking email that she sent me backwards. I can hurt you far worse than you can hurt me.

Um, Sean Weaver, can you see this? Yeah. All right, guys. I know you're arguing in the comments.

I'm not going to thank Sienna Corby. Appreciate it. I know you're arguing in the comments.

I'm not going to interfere with that, but just know that I know some of you don't like this. I like one person, not the other person, but I think a lot of you are good people and I appreciate being here. So, um, let's see here.

Sorry. I'm really losing my voice here, but, uh, Sean Weaver, well, I assume, you know, uh, it's no good if it was a friend, like I just fucking cut down my Facebook. I like cut down all the friends off of it.

I have like 60 friends now compared to the 500. I just like, I'm deleting a bunch of pictures. I'm just trying to, I'm so fucking tired of social media.

I'm going to use it like as I have to for business and post a couple vacation pictures or something. I'm just so fucking tired of this shit. Uh, the one person I expected to protect me from the shit turned out to be someone involved.

Kenny Ringo. Kenny Ringo was not involved. Kenny Ringo is a police officer and he's one of the good ones.

He's a good fucking guy. Um, and she went after him and his family. He's not a bad guy.

He's a good guy. I like, I don't know people a hundred percent. I'm not going to like sit here.

I'm like fucking, it gets his ass the entire time. But from what I've seen, Kenny Ringo is one of the best friends you could have. He's a really good guy.

And he's Switzerland. Like if I asked him to do something to like, Hey, can we get Valerie or something? He wouldn't do it. He doesn't want to do that.

He's, you know, he talks about some, like he condemns bad cops. Like he is a good fucking guy.

If I showed him the Proctor stuff, he would have been like, that's a cop that should get fired.

Like he's, he hates that shit. He's a really good fucking guy. I was a fucking guy.

I shouldn't say it, but he's a good guy. So for her to be talking shit about him is just so fucked up. He's a better guy than I am.

But let's see, Charles Rafferty, be safe. Be safe. I'll be safe.

You're feeding the line in public. This crazy will snap. What, by doing a video? Well, the local police are very involved.

Eric spoke to the officer several times. Oh, I know you did. I have those calls too.

We can get to that another time. I don't have them in here. I want to redact a few things, but.

See, because we know how much you like to call the police. And by the way, again, that FOIA request I did, that was one FOIA request to one county. And it's been four years.

I haven't done anything else because again, we are friendly. There's no reason to investigate someone you're friendly with. Shame to have a look over your shoulders.

No one needs to look over your shoulders. And this is one of the things that she said recently. I think she might've deleted it.

I have guns. I have guns. I do.

I do YouTube shorts with guns. I would never fucking threaten someone with my guns. I keep insurance for the self-defense insurance.

I have liability insurance. I have a bunch of fucking insurances, but I would never threaten anyone. I don't hold my gun out and be like, oh yeah.

Yeah. You're talking shit about me. I don't do that shit.

Like the only reason I have guns is to protect myself against the fucking crazies out there. The world is going to hell. You look at the fucking news all the time.

It's like people are getting shot up. I don't even know if it would protect me, but I train on them. I try to practice good self.

I try to deescalate with people. I've tried to do this video a thousand fucking times. Delete your messages.

Delete your messages. Delete your posts and we can end this. I'll kill the live stream right now.

That was back when 300 people were watching. That was 678 people watching. I would never fucking threaten someone with my guns.

That's not who I am. That's not what I do. I'm super fucking responsible with them.

I don't threaten. I like to do gun shorts because I like the creative expression. I think it's fun.

I don't threaten people. You can watch any of my shorts on YouTube, my gun shorts. I don't threaten anyone.

It's not about that. I think there's one where someone said I threatened them because I had a shotgun in my hand. It was just like a fucking partner shotgun, 12 gauge.

It was like one of those things I was copying, like use the sound. It was like, what was it? I'll fucking show you guys. They're not fucking threats, but Valerie has recently said they're threats.

Other people say they're threats. It's just a creative expression. That's all it is.

They're not fucking threatening anyone. Let me see if I can find the partner one. That actually got pretty good views.

Come to think of it. But yeah. Okay.

Well, that's loading. I'll fucking look at more here. All right.

Good. I'm glad you're so right. Mama packs.

Oh, okay. Here it is. So here's her talking about it.

Mama packs heat. I don't take that as a threat. She should be carrying a gun.

I don't know if she should be carrying a gun, but people should carry guns, I think. It's my opinion. I think they should be carrying guns.

Um, you know, the world is fucking crazy. If you're a responsible gun owner, I'm 100% down with you carrying guns. Don't go online and threat.

Don't be one of those people that's going online and threatening to blast people or whatever. That's fucking stupid. You should get in trouble for that.

But, um, people, I don't want to go into a whole Second Amendment thing. I just, I think it's wise to carry guns. I think it's wise to have a personal protection, but it's not about just carrying guns.

You have to deescalate. You have to, again, I'm going to begin to grow off track with this, but well, I'll just say that I think it's smart to have a love. It doesn't even have to be a gun.

I just think it's smart to have a woman to like everyone. It's smart to have a level of self-protection, um, situational awareness, uh, have, whether it's a gun, it's fucking pepper spray, it's tase or whatever, whatever you can legally do, do it. And it doesn't mean you have to use it,

but also get trained on it.

I train all the fucking time. I'm at the range. I get advanced training.

I have advanced handgun training that I was part of the, um, is part of the thing for like the, uh, to get licensed. But the, um, like the firearm safety course, I went and got the advanced, I paid a little extra, got the advanced handgun training where I don't know if you guys ever got that. But the, um, the instructor is like, imagine someone is beating your dog to death.

And then you have to hit the right things on the target. And basically the thing is to put you under a lot of stress. And they give you like a 22 or something.

It's like, um, I had my, my nine on me, but it's like, they give you a 22. Like imagine someone is doing this horrible thing to your family member, your dog and whatever. And they, they, they give you like these really stressful situations to train you how to react in stressful situations.

So if you're ever in one, but that's the training you need to get, you know, so, um, don't just have a gun, but get trained on it. Learn proper situational awareness. I'm getting way off track.

Let's go back to the thing here. Sorry. Um, all right.

So good. Pack heat. That's, that's good.

I don't call it packing heat, but if that's what you want to call it, that's fine. Mark, Mark's a good guy. I have nothing bad to say about him.

Uh, well, who knows what they told him? Innocent guy might be in trouble now. Yeah. Mark's not a bad guy.

Mark's actually, Mark's a really good guy. I like Mark. Uh, but he knew, um, Eric told him some people paid $10,000 to sue me.

I wonder why his attorney didn't send a letter. I don't know what the fuck she's talking about. It's moving on.

All right. Um, he's definitely a whack job. I said his name in a post regarding something.

He was taking screenshots and making threats. Again, let's see the evidence. Yeah, he does that to everyone.

Definitely needs a jacket with ties in the back. Brandon Hedrick says, uh, Hedrick says time for a throat punch. Um, Valerie says he gets really upset when people make violent threats against them.

Yeah. Yeah. When, when people make violent threats against me, I get upset.

You're right. Uh, I, I get, I get upset when people make violent threats against me. Um, you're,

you're right, Valerie.

So I don't debate that in the least. Um, I invest, if someone's making violent threats against me, I investigate that person. I find out every fucking thing I can about them because I want to prepare myself.

Who knows if they're telling the truth? Who knows if they're just talking shit online? Everyone should do that. Like, I'm not going to deny that. Uh, he has really upset when people, okay.

So no one, no one specific, just idiots in general. Mamas and daddies should whoop youngins. Make sure we have butt hurt snowflakes.

Uh, by the way, go Cowboys. Oh, well, is that like a Texas thing? Probably a Texas thing. Um, go Cowboys.

He's a liberal. Actually, I'm not a liberal. Um, I'm just, uh, Seema said, let me get to what Seema said here.

Okay. I've heard people say in Eric, I've been ignoring things because people keep going back and forth. Um, I get to this, but, uh, what was I going to say? Um, he's a liberal.

I'm not a liberal. Um, I don't like if you're a liberal, fine. That's cool.

Whatever. I'm not a liberal. I'm not super conservative, but I'm right-leaning moderate.

I guess you could say. I'm, I mean, obviously I'm very right-leaning when it comes to second amendment. I'm left-leaning when it comes to other things.

I'm in between undecided when it comes to other things, kind of all over the place, but I would say I'm probably more of a right-leaning moderate if I had to put a title to it. But, uh, let's see here. If people don't like that, sorry, but, um, but not sorry.

Let's see here. Um, I think Eric is a neuro divergent. Um, where would that come and go? And Valerie sees their weakness was actually superpower.

I wish I knew what that meant. I'm kind of showing them an idiot here. I wish I knew what that meant.

I don't have to look that up later. But, um, uh, Eric, help me a tongue with Steve code. I always appreciate it.

Yeah. Steve was a piece of shit and you're welcome. Um, Seema just can't wait.

Jen can't wait to appraise. That's good. Teresa, can you tell me when you and Val himself? Okay.

Yeah. Um, so you might not have been there in the beginning. I don't want to reiterate for the people already watching.

But I'll say, um, I'll say back in 2020 ish, I think it was around 2020, early 2020. I'd actually just got this office cause I got this in 2000, uh, January something, 2020, I think January 1st, maybe. I think I started off right at the beginning of the year, but, um, and I opened up my new business.

So I was kind of starting to focus on some other things, but anyway, um, I got this office. I loved it. I actually had another associate over there, get them off track.

Um, and then all this shit started. Well, COVID and, but then all this shit was Valerie. And, uh, I had said something that she was saying a bunch of things that I considered illegal.

I tried to set the record straight. I didn't even mention her name, but I tried to set the record straight. She came at me like crazy.

Cause God forbid you can't disagree online about anything. And then she started coming at me like fucking crazy for almost two years, police court, everything involved. People lost their fucking private.

I don't know if they lost a private investigator's license. People ran reports on her for me that I never asked her. I don't know if she asked for reports on me.

People lost their data vendor licenses, huge, big fucking thing. Um, but then we, we had a truce and which I, if you go back to the beginning of this video, I offered her numerous times in this conversation, kept going back to her Twitter. She, I've said, I pointed out things that I said that, okay, you haven't deleted everything.

And then she was like, Oh, nope, I delete everything. But now I'm just going to reiterate everything again. Um, and then she's posting fake screenshots and things where I apparently called my friend.

And again, I hate this fucking word, but I was apparently calling my friend retarded. I hate that word. You never hear me fucking say that even when I'm angry, but, um, yeah, fake screenshots from profiles.

Let's see the profile, Valerie. Like, here's the thing. If I'm, if I'm going to show someone in a screenshot, I'm going to show them the profile.

I mean, I can't in this case, but, um, hopefully she can go back and tell me the, show me the profile, but, um, let's see. What else do we have here? Uh, SEMA or something. Okay.

Um, Zoom staff meeting. Oh, I'm getting a call. Girlfriend's calling me.

Um, the, uh, uh, John will be on Zoom. Okay. So Erica's growing on me.

Well, thank you. I appreciate it. Um, she's, uh, stuck on Twitter since 2020.

No. Okay. So we, we came to, sorry, I'm getting distracted.

We came to a thing where, um, where I had, I wouldn't, in case we do get another truce or something, I don't even want to say necessarily what it was, but there was things that I found that I didn't cover that she didn't want me to post. And I was fine taking it down. I asked her for a truce three fucking times.

It's like, can we just please end things? Can we please stop? Like I did in this video, I will delete this entire fucking lives live stream. Sorry to the 700 ish people watching. I'll delete everything.

Can we just fucking stop? And so finally she agreed and we stopped and rather than just block me, she wanted to be friendly, I guess. So we went back and forth and we're friendly. But, um, yeah, so what was I gonna say? Yeah.

We were friendly about things. And then, um, and then somehow something set her off and she decided to block me on every single front. Um, this was like in 2000, late 2020, early 2021, something.

We had the truce. Something set her off rather than come to me. She, uh, she fucking went and went post on me, started posting all this shit about me.

I have no idea what started. I think someone probably like stepped in and probably like start shit between us. Unfortunately, she believed it, but, um, yeah.

Um, whatever. I'm just looking at some of my gun shorts now too, just to show you guys. I'm not like fun fucking threatening people.

Um, sorry, give me one second. I want to, um, I don't want to expose my girlfriend's name cause I know she'll come after her. Um, so let me just put this on.

Do not disturb. Uh, so it won't come up if I show you from my phone, but, um, give me one second. Sorry.

Um, I just like, if I, she knows the thing is she knows my girl. She went after my ex like crazy left ripoff reports like crazy. She went after her.

Um, she went after my entire fucking family. She said she doesn't, but she did. And I approve.

Um, but, uh, yeah, she, um, I just got to change the privacy settings here. No calls. Um, but yeah, she went after people like fucking crazy and, um, she, uh, I don't want, she knows my girlfriend's name.

Unfortunately, I let that slip. She knows my girlfriend's name. She knows where she's from, but she doesn't know anything beyond that.

And you can't find the first name of a girl, um, not a girl, a woman, but in, uh, in the, in the state

that she's in, um, she's never going to figure it out. I don't think unless she had me followed or something, but I tried to be careful there. So, all right.

Um, I mean, it's not even really important to show the, the, um, the fucking, uh, shit. The, um, I can't talk. Uh, it's not even important to show the shorts.

I just want to show that I wasn't threatening anyone, but, um, not allowed, not allowed. Okay. So I think that's good now.

Uh, hopefully, but, uh, I have a few people calling me. I don't want to expose them either. Um, cause again, it's not even about exposing them.

It's about people harassing them. So what was it? I found the five minutes of research. She's easy to read.

Narcissistic dysphoria. Um, let's see here. Anything else that I missed? People talking to me that I missed.

I apologize. Um, I think that's it. If I did just repeat again, repeat your questions.

I don't want to ignore anyone. Uh, but if you're talking to me, just say my name and I'll say it again and again, and I'll, I'll get it eventually. I want to respond to everyone.

Um, but, uh, or you can text me and I'll, I'll look at the message or something. You can, if you have my number, you can text me. You can hit me up on Twitter.

I'll try to look at that occasionally. I mean, we're going to end the live stream fucking three hours. 44 minutes is crazy.

Um, but, uh, yeah. Time for a throat punch. We did that.

Go Cowboys. He's a liberal, non-liberal, but whatever. It doesn't really matter.

Um, can't pick stupid. Right. Complaint needs to go to then.

Okay. Whatever. It's getting repetitive at this point.

Oh yeah. So she says she never, the thing is she always says that she never does this stuff, but she always does it. And then she, she likes to brag about it.

She forgets that she brags about it, but you're not honestly reported PIF solutions comment for harassment. Okay. Thanks.

Um, we do the videos. What else? I think we're almost done at this point. Um, no, we did the, that was, oh yeah.

So this was, if everyone wants it, this was the one hour video where I got, but I will never

provide just clips to you. I will always show you the source. I'll show you everything.

Gotta watch out with her. One of the things she does is she always provides the, um, she always provides like little clips. Oh, there's so many more folders.

I didn't get to fuck me. Um, do I, do we want to do this? If you guys click off, I understand like, this is crazy, but, uh, okay. Let's just go through some of this.

I thought we were done. All right. Uh, let's see in the comments.

Like I want to, I can't believe 700 people watching this. Like, I don't know how you stand to listen to me talk this long. Um, I take my dog out too.

Eventually she's probably watching Aiden. Um, yeah. So I think the only reason she got involved with the turtle boy stuff was because, um, she saw it as a way to sell some books to get her opinion out there.

And personally, I think she should have joined the FKR side because you get a lot more people interested in what she's saying. And if she did that, uh, but you know, it's never too late to switch. Um, let's see here.

Okay. What'd she say? Most people in here know I work for a large title loan company in, uh, Austin. I do not have an auto lender, skip trace clients, uh, outside this one employer.

I thought you worked for a hundred attorneys or whatever, but this was in 2000. Okay. So this was still going on late 2019.

Maybe that's when it started. Excuse me. Um, my boss wanted me to attend a Dallas event in effort to remind ALS, but I don't know what the fuck she's saying here.

The lesson is never piss off a skip trace or your mother should have taught you that much. Okay. Oh, you know, if that's when we were fighting, maybe it's just something I screenshotted.

Okay. No, I, this is not when we were fighting. This is 2018.

She had this big situation with this woman carrying Bravo. She, we already saw that video. She's trying to buy pings from her again, illegal, unless you have the person's permission.

She says she does. I doubt it, whatever. Um, there's more problems with people.

Hmm. I love this one. I promise I'll never center anyone in this group unless they're rude or confrontational.

The only rule I have is to be nice and discuss and debate with manners and good humor. Although in that same group, she went after so many fucking people. Um, and by the way, this is something someone said recently in a community group.

I had, I made the mistake of getting wrapped up into it. I had businesses tell me, oh, I should be allowed to advertise in your group. And rather than I just went, I did this back and forth with them.

So fucking stupid, so much stress. I should have never done. I should have just told them, oh, that's fine.

Well, let me give you the number to customer service and block them or something. Like, I don't think it's some kind of quirky line or something or snarky line, but I have businesses coming into my Facebook group. Tell me that was a piece of shit that I could never shop at their business businesses unless I let them advertise in my group as worst fucking, I should've never taken over a community group, but worst fucking shit ever.

I have multiple groups. I have investigator groups. Most of the time they're better.

And then I have a driving anxiety group and I don't even like do anything in that group. The, I have fantastic moderators that are fucking awesome. I have, um, the people they're filled with driving anxiety.

They're all so fucking nice to each other. There's no, there's almost never any problems. They're all really nice to each other.

Um, but, uh, yeah, that's the best group I have. If I ever like shut down all my groups, I'm going to keep that one alive because so many people have driving anxiety. It's, it's this huge thing.

Um, and everyone's really, really nice to each other. It's amazing. I don't even have to do anything in that group.

Um, Facebook group time is the worst. Yeah. I, at one point I'm just going to like sell the, you can't sell a group, but I'll get rid of the group.

Um, I'll sell the business. I actually have a DBA that's registered with it, but I'll sell the business and I'll be part of the group. Um, she tried to go after me saying, Oh my God, you admitted to selling a group that's legal, whatever, whatever.

But, um, you can sell a business, include everything with that business. You have a registered DBA. I do have a DBA.

I even have taxes and I gave, I gave away all the charge businesses to post, gave away everything to the public library, the Boy Scouts, the, you know, a food pantry, like gave all the money away. Didn't keep a fucking dime to anything. Have all the taxes, receipts, everything, but whatever.

Um, let's move on. Uh, I promise I'll never, okay, whatever. I don't fucking care.

This is getting tiring. Um, Kelly Beller. Okay.

It's whatever. It's more problems with people, more problems. Um, none of this really matters.

Just kind of showing like who she is and whatever. Screenshot screenshot. Let's get to the last one.

Years ago, I wrote a book about pretexting under a pen name because I didn't want to expose the repo industry to a legal pretext. What years ago I wrote a book about pretexting. I didn't even remember half this shit.

Now I'm remembering a lot of it, but I wrote a book about pretexting under a pen name because I didn't want to expose the repo industry to illegal pretexts. Now I'm being criticized for it. Was I wrong? All right.

So, um, yeah, you, you were wrong. You were wrong. You wrote a book describing a legal pretext and you didn't want the illegal.

Now you're being criticized for it. That was April 30th of some year. I don't know.

2018, whatever. I don't know. But, uh, before her and I had a problem, but it's just like, listen to what you just said there.

Um, like you're admitting the shit, but, uh, yeah. Oh God, I showed an email. I probably doxxed her.

Um, even though she put it out there, but, um, what else we got here? Yeah. More problems with more people. Fuck.

Let's go to the next folder. I'm just trying to go through this quickly. I'm getting exhausted.

I'm getting calls from my girl. Like I gotta get out of here. Um, police calls.

We did that May 30th, 2020. Fuck me. Gonna load.

Oh yeah. She, uh, several weeks ago I ordered Eric Neil to stop contacting me. He sent me an insane amounts of nasty texts and emails after I told him to stop.

No, I didn't. But when, uh, that was all the stuff like, oh, I'm gonna come after you and all this shit with that fake profile. I made up my own name, my own image to make a fake profile, my own name, my face and everything to then send nasty messages to people.

Does that make sense? But, um, yesterday a process server left a card at my door. Ooh, I called the number back and the process server told me that Eric wanted me, wanted him to hand a letter and a video record as I accepted. I have the audio.

Good. Yeah. I wanted that.

I admit that. I, um, I wanted proof of the serve. So when I could go to court, I could provide

proof of serve.

There's nothing fucking wrong with that. Um, let's move on. All right.

Let's see. What's yeah. Uh, I have not harassed Eric at all.

He is lying. Are you surprised? No one said they were going to harass Eric's wife at work. No one said that.

Yeah. I actually have proof of that. Um, I, I like when we started talking and she was like, oh, I, I hope I'm not the one that caused your divorce and shit.

It's like, no, you're not the one that caused it. But, uh, you were definitely were a contributing factor with all the fucking harassment she had to deal with because you don't like me. And just like, oh, I have, I have no fucking respect for this.

By the way, if you're in my comments, you just like, please fucking stop. Uh, no fucking respect for people. That's why when people say go after her license, I don't mind going after her license.

I don't mind reporting to licensing board, but I will not put her employer out there. I, I, the woman that employs her, I, like I said, I think she's a good woman. I don't know for sure, but I'm not going to put that information out there.

I do not want to hurt somebody else because of my problem with her. Um, you know, like I will never ever go after her family. If her son messaged me threats and shit and says to put my cock in a blender or some shit like that, then yeah, I'm going to call him out for that.

But I will never, um, like go after a person's family or their fucking, um, uh, where they do volunteer or where they work or wherever they ever, that's just, it's shitty. But, um, yeah, so she went after her employer and all that. Um, and I had, you know, she had to go through that and it was just a big thing.

And she apologized for that, by the way. And she said it never happened. She did a fucking ripoff report.

Um, this is why I don't put my girlfriend's name out there. This is why I don't fucking do this shit. And why I, why, you know, people say like, oh, he keeps his girlfriend off social media.

No, I don't keep her off social media. She goes social media all she wants. But I say that I don't, you know, there's a reason I don't do this shit because I don't want people like fucking Valerie attacking her.

That's why she only has her first name. And that's why she has a state, but not even the goddamn city that she lives in. I mean, obviously I have to drive to it when I go home, but she doesn't even have the city that she lives in.

I don't put this out there because I don't want my family attacked. I don't want my girlfriend attacked. That's why she only has her first name.

She has the color of her hair, midnight black. She has that. She has her, um, beautiful long straight midnight black hair.

She has that. She has her first name. She has her state.

She has nothing else. If I even get a whiff of someone's following me, I know I probably sound paranoid here, but I didn't get a whiff of it. I circle back and I do other routes and everything.

Cause I, she's the type of person that if she learns where my girlfriend works, she'll do the exact same thing she did to my ex and she will attack the living fuck out of her for God knows fucking how long you're getting worked up. I'm sorry, but it's like, she will go after her work and she will not fucking stop. She'll plaster her picture all over fucking social media.

She'll say the worst fucking thing as well. She'll get her friends to fucking go after her. She will harass the living fuck out of her for God knows how long.

And that's what she did to my ex. She even went after my fucking exes from before my ex. She went after my fucking family.

She went after everyone. Like, this is the type of shit she does. So yeah, I do not put my, I'll keep my girlfriend off social media, but I don't, I tell her like, let's not post any pictures again.

That's what photo albums are for. Let's not do this because I don't want you getting attacked. My girls download that.

Like, this is the type of shit she did. So I don't even want to fucking look at this folder. This is going to be pissed off.

Let's go to the other one. July 20th, 2020. Here you go.

The confession mark begins at 60 seconds. He sounds drunk. Con artists all around.

Fraud literally. I don't fucking hack bank accounts. Like, I'm getting, sorry, I'm getting worked up guys, but I don't, uh, I don't hack bank accounts.

She, if I did that, I'd be in jail. Fraud, liar. I actually said lair, but Eric and Hampton, they know fucking people can't spell their shit.

Next time we'll be suing for millions on his ass. Go for it. Already, uh, as Valerie exposed, that's already happening.

Um, you guys can check it out. All you want. I'm not going to discuss it under advisement from my attorney, but believe me, I will eventually.

I won't even say the person's name, but I do want to discuss it. And the fucking attorney is like so fucking anti second amendment. I will talk about that.

Um, Eric Neal is sending, uh, my friends and colleagues, shitty messages. Screenshots, please. No one is responding.

So just block him. He's like a gnat that won't go away. Precinct for Harris County exposed sexually explicit images were sent from a social media accounts to a team.

I don't think she's talking about me. I hope she's not talking about me, but, um, yeah. Oh, Christina Ryan.

She did attack, uh, my ex's work. Um, Jason Chaff Watson, the guy that threatened me, uh, poor, pudgy little Neal. No, no life, no friends, no common sense.

These people are so fucking horrible. Like Jesus, uh, he's about to go down hard. I didn't.

Um, oh, this is remember that woman that, uh, she said that she was going to make her life miserable. Um, a really sweet older lady. That's a PI.

Um, so explain to me what you have. This is what Valerie sent to her. Explain to me what you're going to do to me.

Exactly. I want to remind you that I filed harassment charges that are, you know, but I'm going to give you the video I gave to the FBI and the theft task force in Massachusetts. This is the only one I'm going to give you.

I'm also going to call your state and show them all the screenshots of you talking about me. Uh, so yeah, she's going to harass her. Um, it would be my pleasure to take your license, destroy your reputation and take your freedom.

Take your freedom to a, to a PI. That's a nice woman that said some things about her trying to defend me. Valerie is going to take her freedom.

Really? Or you could act like a professional. I can't really tell if you're capable, but Erica is not going to walk out of this without a criminal record. Really? Cause I don't have a criminal record.

Um, he actually, she made so many stupid threats. Am I missing anything in the comments here? Um, no. Okay.

So, um, hello. He's a little. Seems only fitting.

He plays the same role in prison. That's, that's nice. Um, how old is this young drunk 19? They're going to like his type in prison.

So you're talking about prison rape and being a little bitch. That's um, that's Valerie McGilvrey right there talking about me getting raped in prison or something. So that's, that's nice.

Um, I give up. Yeah. So he claims he downloaded my pretext how-to video while Erica's having a conversation.

Claims I'm committing mail fraud. He's committing federal felonies. Really? Can you play partial screenshots? Yeah.

Fake screenshots all the time. Yeah. Fake profiles.

Yeah. Fucking splice things together and shit. Um, but if she, again, she's going to be doing this all over her Twitter.

If she has evidence on me, if she has felonies, again, go to the fucking police and have me arrested. Take me in. Like all the time.

She said, I'm going to be arrested. What kind of PIO files harassment orders on targets? Yeah. Like if, um, if she says I'm going to be arrested, then why aren't I arrested? It's fucking four years.

What's taking them so long? So let's continue. USFM needs to help him with his problems. United States.

What? I don't know. Whatever. Um, I would like to, but there are pesky things that laws and professionals.

Funny she mentioned with law. Eric doesn't really care. Sad, huh? Yes, ma'am.

Apparently he thinks he's above the law. He's in for a surprise. He knows he's in trouble.

Obviously he doesn't care. He continues to backpedal. Someone should remind Eric Neal that I don't know that.

I didn't know who he was a year ago. Why a professor lie until we decided to start proclaiming. I was legally operating.

It's not what I said, but all right. Eric has no care concern for the rule of law. He says I've been harassing him.

He's been blocked and he, and how he, and how did he get screenshots from my group? People send me screenshots. Like, um, how did you get screenshots? People send you screenshots. You have fake accounts.

Who the fuck cares? Like I have my lawyers. Okay. Remember she has her lawyer.

She had to crowdfund for 2700 to fight off my harassment prevention order. Um, but she, she works for a hundred lawyers. She has lawyers.

She's contacting all her lawyers. Then let me ask you something. If you, if you have all these

lawyers, then wouldn't it have been a scam when you went to, uh, when you went to the whole crowdfunding thing, whatever it's called, but you did the whole thing and you, um, you got all these people to donate money.

Cause you were broke at $2,700. You had, they have donated to you. Um, I have a lawyer right now.

I've done no fucking funding online. I'm not saying I'm never going to have to do that. Cause I'm not fucking rich.

Like I, I work, I make money, but I'm not rich. But, um, you know, it's like, like she, she claims she has lawyers. Then she had to go take everyone's money.

I thought you had lawyers. What are you having to do with all, what do you, what do you do with all that money? Um, like she just, she, she catches her own self in lies and forgets that she lies. If she has lawyers, why did you have to get 20? We saw that in the previous screenshot.

Why do you have to get people to donate $2,700 to you? If you have all these lawyers that you're going to on all these little things, you're saying if you already had lawyers, how come you needed $2,700 to fucking hire lawyers? You're fucking scam artists. If that's the truth. Um, yeah.

So, okay. I think we're at the end now. Let's, uh, let's see if that's it.

I don't want to go to the other. The factor with her going after family members, that's getting me way too fucking heated. Oh, there's a second folder.

Um, thanks. Identified with a task force or whatever. Yeah.

I don't care. Oh, boom. Like all the, all the, um, she tagged a bunch of people.

She left all these fucking Eric Neal's massive forehead. She's talking about when I was bald and shit. Um, Da Vinci investigations doesn't exist, but, uh, or at least didn't at the time, but I don't know.

Matt Beauchene. You don't look, I've had problems with Matt Beauchene. I don't like Matt Beauchene one bit.

I think he's a piece of shit. He thinks I'm a piece of shit too. That's fine.

Whatever. But he didn't write that either. I believe him when he told me he didn't write that because he has things that he leaves reviews on.

So that was a fake account. Here's another fake account. Suddenly I get all these fake reviews and she's featuring them.

Like, like, Oh, look at this. No one likes Eric Neal, but all these fake reviews a day ago, four weeks. It all happened within the course of like four weeks, an hour ago.

So she got that an hour ago and then she featured it. No, she left the review and then she featured it. Um, but that's what she does.

She'll attack. She's probably doing it right now. If I'm going to attack, go after my business.

But, um, whatever. Luckily, most of my business has referrals. Be safe.

Okay. I think we went over that. Um, got to compress the server.

Yeah. Okay. Whatever.

Um, Oh, I like how she has, um, she has a picture of my dog. Where was that one right there? Like I was messaging her or something. Like she has a picture of my dog right there.

Um, or no, no. Okay. No, I'm sorry.

That probably wasn't her. That's probably the person that got the screenshot for me. That was talking with me and sending it to me.

So yeah, she didn't do that one. All right. Um, how the fuck are 720 people watching me talk? So, uh, Eric, she's trashy.

Lacks integrity. Uh, skip trace of our area. We 100% have to get a margarita.

We're not a percent. Um, Steve Cope got something like, um, 3,700 votes when he ran for city council. Valor got quarter.

Yeah, that's true too. How does Steve Cope beat Valor and McGilvory? Just saying. Um, all right.

We gotta, we gotta end this shit. Let me, let me see if there's anything more here. Um, do we do all this shit? Oh, he has this stuff here.

A couple of screenshots. I was able to get a reset because I took her to court for the first judge was fired on brimstone about her. And she recorded that court hearing when they said no recording.

Cause that's the thing with courts. Like what you want to do is you want to get it. Cause she could have requested it from the court and they would have redacted certain things and then it becomes public record.

But they say no recording. It doesn't matter that she's in Texas. She's still recording a Massachusetts hearing.

And she admits to that, which is illegal. And she even went to an attorney online. And I remember that attorney was like, yeah, that's illegal.

And then she took it down later. But, um, but yeah, she recorded the whole court hearing that

she admitted. Massachusetts court hearing, two party state.

You have to, you have to get the recording unless it's, unless they say that's okay to work. But this was, this was like a restraining order, but it was like a harassment prevention order. So you can't record those things.

They have to release it to you. Then it becomes public record. You can't record it, but she recorded the whole thing and put it, she put it online.

So, uh, he protested the court giving me the 20 page affidavit. Files in order to obtain harassment or, yeah, I did sucks. It didn't work.

Um, it's all true. Look, um, whatever. I haven't done anything illegal.

I'm a Texas resident. I'm governed by Texas law, Massachusetts. That's not how it works.

But, uh, all right. Is there another one after hearing letter? I don't want to expose, um, oh yeah, this was the, uh, this was the profile. I think, I think this was the profile that she used the fake profile.

Um, yeah. Okay. So this is, uh, this is you are stupid.

Um, this is what she's saying that I said to her that I messaged her with that profile. We can even fucking go to that profile. See if it's still up.

Uh, facebook.com, Eric dot Neil, seven, three, one, one. Hold on. Facebook.com. She'll probably say I deleted it or something.

I don't know, but Eric Neil dot seven, three, one, one. Yeah. It doesn't exist.

It doesn't fucking exist. So, uh, she's, didn't, she said, I didn't, she say that I still have that or something, but, um, yeah, so, um, I don't still have it cause it's never fucking been my profile. But again, the logic of it guys, apparently I create a profile with my own fucking face, my own name and no voice messages.

Like I like to do, but I create a folk profile with my own information. And then I sent woman a bunch of nasty things and said things I don't even want to repeat. But I sent all these people, all these nasty fucking things under my own name when I already have a profile or I switched profiles eventually.

But, um, so so many like personal pictures, I want to get rid of it all. Now there's not, I just want to tone it all down. But, um, I, um, yeah, so I created a profile with my own name on it with my own face on it and then didn't have any content on it.

And then I use that profile to message a bunch of women, these horrible, horrible fucking things. And then that's what she's claiming I did. But, uh, yeah, apparently I said, you're a

stupid, uh, cunt and I'm going to destroy you.

If that's the last thing I do, stupid bitch, everyone hates you and you should just slit your wrists and get over with, as you can see, I'm winning notice people blocking you lately. That's because every waking moment I have, I have, I make sure that people block you and I don't care at what length I have to go to, to make sure you're forgotten in the industry. Although I would be thoroughly satisfied with you being dead.

So apparently that, oh fuck. I'm not even, I don't even have the fucking thing. I was reading from someplace else.

Sorry. Um, but here you can see it on screen. Um, yeah, so apparently I said all that from a profile that I created with my name and face on it just to go harass people and say the most horrible things with a fake profile, but a fake profile of me that I created according to Valerie.

That was the profile that apparently I created. Funny thing was she used an older picture and, um, that wasn't even my current picture, but she said I did that. Um, oh, that's warm.

Drinking the wrong drink. If there's one thing I looked at yesterday, note the reference password resets, which will now go with the way of Facebook graph. Yes.

So someone was talking about this. She said about the only thing I used to, can we see this on screen? Yeah. She said, uh, about the only thing I use these words to get the last few years is a phone number, which may not be good anymore since people don't update the phone number to their accounts.

So she's talking about the technique called account mocking is something I'm going to teach in a course. Um, okay. And where's the book? So many fucking books here.

Um, uh, Matthew drones book. That's a good book. Um, that was dumb.

Uh, this is a great fucking book. Uh, if you want everyone to do financial asset investigations by Rundle by rock, Ronald Mendel, that was a great book. Another book by him.

Fifth edition. Let's see. I got the third edition for it up with one, uh, Michael Bozell.

Here it is. Here it is. You guys won't learn or skip tracing or whatever.

Um, another good book by, uh, my friend, uh, Matthew Jordan retire cop actually, but, uh, extreme privacy. This is something I teach in consoles. Again, not advertising any services here.

I'm just telling you, you know, like, no, this is not my book. This is Michael Bozell's book. Looking jelly on book.

I'm so careless. This is a good book. Teach you how to hide yourself.

Well, by Michael Mazzel Bozell, great author. This is an older one. There's newer ones, but, um,

open source intelligence techniques.

Michael Bozell is like a God in the ocean world. Um, and he taught methods like this. So he's teaching in a box, uh, Steve Rambam teaching Rambam, whatever.

Um, is it Rambam? Yeah. Okay. He's teaching it.

Um, but then if she does it, it's apparently account mocking. If she does it, it's completely legal. But if I do it while I'm trying to hack bank accounts or something, I'm going to jail.

Figure that one out for me. So we're going to end this soon guys. I promise.

Um, is anyone going to vote for Valerie? Yep. Vote for Valerie, please come in and vote for her. And again, I have invited Valerie into this live stream to show her evidence against me.

Something she will never fucking do. Um, like, don't be afraid. I won't swear at you.

I'll keep my voice calm. I mean, I got to go soon. I got to get flower or walk.

I got to get out of here. But like, just we'll take nice and easy. We'll just have a nice conversation.

I promise. Um, just come in here. We'll have a nice conversation.

Show me the evidence of when I contacted a 13 year old girl that you have all the police reports on. Because if she's lying about that, what else is she going to lie to you? Because nothing I've told you in this live stream is a lie. So like, if I'm lying about one thing, I might be lying about other things, right? Simple logic.

If she's lying about one thing or fucking a hundred things, she's probably lying about a hundred more. So she, at the beginning of this, she said that I was going into her, um, I know that I contacted a 13 year old girl and was inappropriate with her. That would be fucking horrible if I did that, right? Apparently this guy, Rob Hutter filed a police report.

Show the proof. I've asked for the proof multiple times. She refuses to show the fucking proof.

Um, let's put it up. That's what I said. Put up or shut up.

Right? So anyway, uh, first thing everyone should be doing is getting your info of, um, you know, bullshit. Like people find her. Yeah.

I mean, it's not a bad site. You got to watch out for things because you can, whatever you do, never like, there's always some good information there, but, um, uh, you know, always verify it. Always verify everything.

Do you verify everything I say? Verify everything. She does verify everything you find there. Cause sometimes things are wrong.

So just be careful. But, um, I think we're done. Um, I'm just agitated.

Uh, I have proof that Eric, dear Valerie, I approve that Eric's selling hack credit reports, um, to his wife's job ex-wife. But, um, yeah. So, oh yeah, that was, um, Colorado PI.

That was, um, uh, Christina. Fuck. Um, Colorado pro server.

Something was their business. Christina Ryan. Yeah.

She contacted her work. Contacted family members and she fucking admitted it. And then Valerie said it never happened.

Um, and more negative reviews of my business. I regained my respect for Matt. Again, Matt said he never left this review.

So I thought he condoned what Eric and William were doing. And I will not, I may never speak to Matt again, but this is a clear indication. Yep.

Um, oh yeah, here it is. Never once did I write that review or even again, I don't like Matt Beauchesne. Matt Beauchesne hates my guts, which is fine.

He can hate my guts all he wants. Um, I'm not even talking about him anymore. I don't want to say anything bad about him anymore.

Like as far as I'm concerned, the shit is done. Um, but, uh, if he wants to bring it back up, he can. But as far as I'm concerned, you know, he kept his word.

And I, for the most part, he hasn't said anything. I haven't said anything about him. So we don't like each other.

That's fine. But even he said that this is, and you can go verify this. This is on Twitter.

It's a skip 86. Um, you can go verify this. He said that he never wrote that.

Valerie saying he did write it. So which one's being honest? The person that it comes from that it comes from or her. So, um, he claims he never wrote that yet.

Another attempt to discredit skip report. So we were friends back in the day. We have a phone.

I don't want to bring it up because I don't want to rehash it. He's not saying anything about me. I've not said anything about him.

And I like to keep it that way. You know, um, he's at least he's been honest with that. So we'll, we'll keep it that way.

But, um, yeah, I wish I could. She says she doesn't leave me negative reviews, but then she forgets. Wish I could, uh, give it less than one star.

Valerie McGilvrey said. And then she deletes it and says, I never leave him bad reviews. I never do that shit.

So I think, is that it? Are we done? You know? Yeah, I think we're done. Like there's so many screenshots. I have so many fucking videos.

Like I don't even want to fucking do this shit. Um, let's see what she's saying on Twitter. Anything new and we're going to end this shit.

Um, thank you for everyone that stuck around. Hit that like button. You know, I appreciate it.

Let me refresh her Twitter. See if she's still going at it. She pinned that one, the one I had up three minutes ago.

He lied. He blocked me on YouTube. So I couldn't comment again.

Valerie, I didn't lie. You, I did block you on YouTube. I fucking said, I've blocked you on YouTube.

You have 10,000 fucking accounts. You don't have 10,000. You have a shit ton of accounts on Gmail.

If somebody tells me how to unblock her, I'll fucking unblock her right now. Like, fuck, like tell me how to do it. I'll unblock her and she can come on and show the proof.

Just tell me how, but she has other accounts for God's sakes. Like she has other accounts. Um, how the fuck do I do this? Uh, I'll unblock her and she can come on and say whatever she wants.

Like, I'm not going to inhibit what she says. Uh, I know she has other accounts though. Like there's no way she doesn't have other accounts unless she deletes them all, which I doubt.

But if someone tells me how to unblock her, I'll fucking unblock her right now. And she can say whatever she wants. Um, fuck.

Tired. I want to go home. Done with this shit.

You know, find the fucking, um, your videos live. I can't even see my fucking video here. Like, sorry, I'm just getting like fed up and tired.

And, um, give me one second. Uh, yeah. So if you channel, uh, videos, sure.

It's live. I don't even know if it's still going on fucking YouTube or whatever. I can't even fucking access it.

But, um, yeah, I don't know. Maybe it's still going, but whatever. If she use one of your other fucking accounts and come on, that's live like shit.

Maybe I can give her a little link or something. I don't know. Or maybe we'll do it another.

I'm so fucking tired. We'll do it another time. Like if she wants to organize a fucking back and forth debate, I'll fucking do it with her.

Okay. Like shit. Um, I know great lawyers and they're not free in Texas.

You cannot serve a document and say it's a summons. I don't know what the fucking process server did. I told him just do whatever's legal.

Um, I never said that about his wife. There's no, I don't have a wife anymore, but there's no divorce on file. Oh yeah.

Here we go. Yeah. Yeah.

You're not finding shit, but yeah. Last time I checked, you can look for yourself. So he, she's still telling people to go search my family or exes or whatever out.

I never told him to put his whatever in a blender. Yeah. You know, your son did that.

He created the fake text to bitch at me. The pretext book was for licensed private investigators, but you still said it was fucking illegal methods. So if it's still illegal, then it's still illegal.

Um, usually the profile, Eric, you did the same day you did this, not me. Yeah. So I created a fake profile of myself.

I know you guys can't see this, but I'm reading along on her Twitter. Um, I just don't want to expose the profile cause she'll block that too. Um, oh my God, Eric, you're lying about that too.

You asked me for truce one time on Twitter. Really? Cause I have the, I have the messages. I did not.

Um, I have the fucking emails. I asked you a dozen fucking times in this video. That's a lie.

Kenny Ringo sent me all your screenshots where he accused me. Should I post them? Well, do whatever you want, Valerie. Okay, Eric.

Um, now tell me what you did to me. Tell me the truth. Tell the truth about your accusations.

You fucking do anything to you. Uh, you did accuse me of stealing his content. Just keep fucking going.

It's post post post post post non fucking stop. Um, Eric, you have to go over to your Google account, but you should take a break. Yeah, no, I'm done.

I'm fucking done with this shit. Uh, fuck. Um, all right.

So 749 people right now watching my, like my journey into fucking madness. That's fucking

great. But, um, fuck me.

Like, um, you have to unblock from your Google account. I don't know how to fucking do that. If you guys want to watch this again, fucking late.

It's 10 p.m. Like I'm tired. Um, text my girl coming home soon. How's your day going? That's fucking great.

Um, I don't know how to fucking do that. I'll figure it out later. And then if she wants to do a mutual live stream, maybe we can have a moderator.

She wants to make sure we stay on track. Make sure we don't talk about family members or addresses or whatever. I will fucking do that.

Right now, 750 people watching. I will, and maybe I'll be a little more calm too. I'll get on.

Choose a moderator. This is my offer to Valerie, right? I'm not going to post anything else about her. I'm not going to share anything else.

This video will be up there. But choose a moderator. Some of them that we can both agree to be a fair moderator.

Um, you know, we'll do a fucking live stream. No talk about family. No talk about addresses.

Well, we'll choose the topics that we discuss. We'll choose the rules. We'll keep it calm.

We'll keep it peaceful. What we'll do the fucking, um, well, you can show the evidence of me going after a 13 year old girl. Like you claim you can show the evidence of me being on SSI.

Like you claim you can show the evidence of me being a pedal. Like you claim you can show all this. You show all your fucking evidence.

We'll put everything on the table and we'll do this, you know, fuck. Like we'll, we'll do it. So it was find a fucking moderator.

We'll do a live stream together. She'll never fucking do that. Well, I don't want to say she'll never, she might do it, but you know, we'll have a fucking moderator.

Well, we'll talk about this shit. I'm just being repetitive. I'm sorry.

I'm fucking done. Like we'll do, I never want to fucking deal with this like shit. Like we had a fucking truth.

And then she started talking all this shit. Um, I'm just putting this out there so you guys can see what she does. She fixed screenshots.

She says things that she doesn't say she doesn't, and she does them. And then she admits to it

and you fucking seen it for yourself. But you saw the fucking videos.

I'm sure she's going to put out some videos and some screenshots. Just ask for the metadata. Ask for the proof.

You can get that from me. I'll give it to you if you want. But like, uh, I can't even fucking deal with this shit.

Um, whatever. All right. I'm gonna, I'm gonna end the live stream guys.

Thank you for being here. Hit the like button, whatever, or don't like, um, thank you for the support. Thank you for the people watching, uh, messaging me.

If she wants to do the live stream, like if she wants to do that, find a good moderator. We'll agree to the rules. I'll do it and we can talk it out.

Um, like I said, no addresses, no family, no whatever. We'll talk it out, you know? So yeah. All right, guys.

Have a good one.