## PI SHARES DAMNING RECORDING!!

All right, looks like we're live. Guys, I am giddy, and maybe not for a great reason, but I am, I'm giddy because the woman that empowers Associates, let me give her her treat. This time I actually became prepared.

Here you go, sweetie. There you go. All right, I got my maple syrup liquor here to celebrate just a little bit.

I think she's drinking for after, and yeah, and I got the recording. You're back? I just gave you a treat, sweetie. Okay, so anyway, Valerie McGilvrey, the woman that has this PI out of Texas that has been saying every nasty thing in the book about me, she says, I support Jeffrey Sutton.

Has anyone seen what she says in the comments? Does she still support that great Jeffrey Sutton? Yes, she does. She says that she's actually gone as far as saying, as I support him, even though I wrote a book proving that he, what he told a bunch of people, okay, Peter, a bunch of other people, to his audience over and over again, proving that he actually did admit to, back in 2020, for years he's been lying, he did admit to his crimes, and then he said that it's like, oh, someone else wrote that and I approved it, but I didn't really mean it, but whatever. So she supports him.

She supports every single person that doesn't like me. As she said, your enemy is my friend or the enemy of my enemy is my friend, rather. So it doesn't matter who it is, the person could go shoot up a school, something damning, horrible, whatever, she would support that person.

She's made that clear. I mean, Sutton was caught with over 100 images of baby porn and accused by multiple different women of molesting their children, and Valerie supports him and says, I'm lying about him. The guy that admitted to it, the guy that was literally caught with babies on his computer, woodchipper material, I know he doesn't like it when I say that, but whatever, woodchipper material, if he did it, which he did it.

So, hey, not Haley Walbert and Cactus Jack. So what I'm going to do first, and this is what I did last time, and she didn't go for it, she claimed she did, but she didn't. Before I play this recording that is so fucking damning, I can't believe I never listened to it.

I was just never interested in listening to these weird-ass recordings she sent me. Back in like 2022, 2023, she sent me all these recordings, I guess trying to show off or something. I was never interested.

There was one recording that I was interested in listening to, this RMRI, Rick Gurley thing. In my opinion, not a good guy at all. So I was interested in listening to that one.

But she records a bunch of people in Texas, she can do it. She's, you know, she's recording from a one-party state, whatever, this person's in a one-party state. I don't necessarily think this

person's a good person either, by the way.

I think they're both countercrafting people from what I'm hearing. But I haven't even listened to the whole recording. And what I'm going to do is I'm going to give Valerie a chance, just like I did before.

She doesn't even need to apologize for all her bullshit. Hey, Nasty Nathaniel, she doesn't even need to apologize. I mean, this woman said, I traffic children in my office, you know, my office with my armory of guns here, you know, I mean, I got a car, but I traffic children and I molest them in my office.

And, you know, have an armory. I mean, like some guns, I wouldn't call it an armory. I don't know what is defined as an armory beds.

I do have a cot. Well, I don't really need my office anymore, but I had it for when it like came down really hard on the snow and I just didn't want to drive home. But I would usually just work overnight anyway, because I don't sleep as much as I should.

But anyway, though I have beds in my office, blackout curtains, an armory of weapons, tons of alcohol, a little alcohol in my red soul up here, but not tons. Not even on a good day, tons. But anyway, so she says I traffic and molest children.

Anyway, my point is, it doesn't matter. My point is that she doesn't even need to apologize for all that, saying I commit tax fraud. I mean, nothing compares to the traffic and molesting children thing.

But saying I commit tax fraud, saying all these things about me, all these horrible things about me and my family, my exes, my friends, everyone, probably someone that walks by my office while I make up shit about them. Who knows? All this crazy shit. She doesn't even have to apologize to it.

All she has to do is fucking go away. Go live her life. Delete all her bullshit on me.

I've already deleted most of my shit on her and she still keeps going, acting like a fucking scorned lover or something, even though never gone there. But just go live her life, you know? Go make love. I don't know.

Not with me. Again, scorned lover, not that. But go get out there.

You know, start dating. Start getting some friends going. Go write her books.

Go rewrite her books. Create second editions of them. I don't fucking care.

Go do some weed. A lot of weed. Like a really, really lot of weed I think you need.

The good shit, not the bad shit. I mean, I'll help sponsor that. But go do something that's not

me, you know? Stop obsessing about me.

Like, let me show you guys something right here. I'm going to show you this. Like I said, I'm going to give her the first five minutes of this recording before I play the actual recording that she sent me in case she wants to actually stop all this fucking bullshit.

Like non-fucking-stop every fucking day. All this bullshit. If she wants to stop it, delete it, and move on.

She doesn't even have to apologize. Just move the fuck on. Get a fucking life that's not me.

Like seriously. So let me bring this up. There's two separate profiles.

Actually, there's multiple profiles, but she blocks a lot of them. So let me show you this. Okay, here it's pinned.

Here is Eric's $1 million, or here's the $1 million lawsuit against Eric. Remember, Eric is the one who doxed people who believe Karen Reid is guilty. I don't think I did that.

Then he switched playing fields and began to dox FKR. I don't think I did that either. I pretty much just, you know, whether it be the Glarer or Antiquated Rogue, they're both on opposite sides.

I think they're both shit people. I got FOIA requests on them, put all their dirty shit out there. Glarer putting his hands on a woman, allegedly, but not allegedly, but allegedly, I guess.

And even through threats of violence, still put it out there. Antiquated Rogue, who likes to call women bitches and cunts and, oh, and hates anyone that's not white and straight, apparently, and even then. But yeah, I guess that's doxing, putting out FOIA requests.

Anyway, she puts out my home address again in these things, 13 pages to follow. And it's funny because you guys, the people in here, regular people that's seen my stuff, Nasty Nathaniel, not Hailey Walbert, Matthew the King, hey, Matthew the King, Cactus Jack, I think you've seen it, Hampstead Owners Jack Lincoln 78. All you guys have seen me talk about this lawsuit, put it out there.

You don't have to believe me. You don't have to believe her. I've gone straight into mass courts and I've shown you everything.

Plaintiff's claims, that's Santos, plaintiff's claims is thin, says the judge. And a lot of the stuff he brought to court didn't even pass. His claims are thin.

My claims, which was just ruling court, by the way, when they tried to get my counter suit thrown out and they failed miserably. And it wasn't just like most of it doesn't meet the standard, but this little part does and it's thin. No, that was their shit.

My shit though is plausible monetary relief or something to that matter. You can go look it up. It's mass courts.

It's a free search, just Google mass courts, whatever. Superior Court, Essex County, Eric Neal, you'll find everything. Go look at the docket.

Go look at the things the judge said. Again, don't take my word for it. Don't believe me.

I could be the biggest liar out there. Don't believe me. Don't believe her though.

Go see it for yourself. Always go to the source. I always say that.

You don't have to ever trust me. Just go to the source, but don't trust her either. Check out the source.

That's something she doesn't want to show you. She just wants to show a few things. Okay.

So where were we? So I think I've given her, have I given her five minutes to delete things? Seven minutes, 51 seconds. We're good. Yeah.

So I've given her more than five minutes. We'll up that to 10. So I'll show you a couple more things and we'll get on to the recording.

Okay. So am I sharing this tab yet? All right. So she shares a bunch of stuff here.

Here's a million dollar lawsuit where the guy Santos says I faked a screenshot that I absolutely didn't fake. And he has to prove like that. I don't even have to prove my innocence, although I can prove my innocence.

I have proved my innocence, including the 18 minutes worth of discovery that was sent to them that I had with Valerie, where she admitted that she saw everything and Santos definitely lied. And she even researched Santos where I didn't even ask him, talked about him and his girlfriend and buying a place in like Alvarado or something. Like I didn't even ask her to do that.

She did that. So thank you, but still fuck you. And then what'd she say here to some of these people? Antiquated rogue.

Oh, I want in, I'm sure you do. For real. Oh, an antiquated rogue who, as he's calling these women, the N word and you know, lesbian, like like crude things in regards to their sexuality and their skin color and whatnot.

As he's saying all this, found his porn, he's out there like jacking off to fucking like rough, hardcore incestual sex with people that weren't white. It was weird shit. So I'm sure he wants in.

For real. I gave the plaintiff everything I have on her. He's going down hard.

I'm here for it. Well-deserved says the racist guy that's in there jacking off to incest porn. That

was really hurtful from that guy who sued him.

James said a process server. Eric posted that he planned on charging $200 to serve papers, which by the way, I have at this point. And it's not as laughable as it wasn't by professionals in the group.

It was by a few people that laughed at me, but I have charged that because I don't want to go out there and fucking process over a process server. I don't want to go there and serve papers. I don't, I've done it a couple of times.

I don't want to do that. I've given discounts to some businesses that, you know, if it's just going in and serving like a corporation services type thing, which is just like a registered agent for a lot of businesses, you literally just go there, drop off the papers, leave. There's nothing to it.

There's not even usually a person there. So, you know, that's not a problem. That's easy.

I'll do it for $45. I'll do it for whatever. That doesn't matter.

This is super easy. But I don't want to go there and go on people's property and everyone's armed in a state. I mean, including me, but you still, you don't want to do that.

I don't want to do that. And it goes like, oh, hey, your wife's divorcing you. Here's your papers.

Have a great day. Fuck no. If I'm going to do that, you're going to pay me really good fucking money.

So I did charge that much and I still get business. Not much, but some. I mean, my rates are much higher than a lot of other people, but the thing is, I don't want to do it.

I'd rather just sit here and work. Weird. He's really stupid.

You should hear what most other private investigators say about him. Crazy, says JMM. It's the gun who, I'm not going to put out her identity, but she is a retired attorney in Newton.

She's like bookmarking to read tonight. Why couldn't you just go to mass courts? I mean, you're an attorney. Do you not have the simple brains to like log onto mass courts and just read it from the source? Or given the narrative that I frequently see on this woman's, I'm not going to say her name is in there, but I'm not going to say who she is.

Like given the, given the simple and it's just like go into mass courts and find it out from the source. But a lot of these people, some on the FKR side, some on the AKR side, they just rather listen to the narrative and not, some of you don't even know I'm talking about the FKR, AKR, but it's the whole Karen retrial. They don't even want to listen.

They don't want to go to the source and see the details. They just want to believe the narrative or the verdict. So that's one of the people right there.

All right. But let's see here. I think it's been enough time.

Hey, Sandy, nice to see you here. You know, Sandy is the one FKR, not the one FKR, but the one, sorry, I didn't mean to out your, I would say political views, true crime or crime views or something. I don't know, whatever.

But is the one person with the opposite opinion in some things, not everything, ketchup and eggs. We are on the polar opposites, whether it belongs on eggs. I think it does.

She thinks it doesn't. I think she's crazy in the head for not thinking ketchup goes on eggs, but also FKR. But we have polite discussions.

Well, these people unfortunately can't do that on both FKR and AKR. But I'm getting off track. I do that.

So did she delete anything yet? Let's see here. She has all this crap on me. She says I traffic children, this and that.

She goes crazy on her shit. And she just started recently doing it on her main profile, which is interesting. But yeah, she called me out for having a domestic, which was dismissed the very next day, which she conveniently leaves out of her narrative.

She did that to another person, that for a DUI thing or something like that, that I don't read the details and left the dismissal out of her narrative because it's a bitter narrative. Anyway, there's that. There's this other profile here, which talks about the domestic, which I've never hidden out there.

But this is a third party. Oh, three years ago. Wait.

OK, so this is third party disclosure to you. You didn't give me a chance to leave you alone when you gave... Wait, this is third party disclosure for you? What? You didn't give me a chance to leave you alone when you gave Jen Altman those docs and lied about them. What have I lied about, Valerie? Tell me, what have I lied about? I have shared everything from the source, which is what I'm about to do, right from the source, what you sent me.

How am I lying about anything? You told people I fucking traffic children in my office and molest them. So fuck you, bitch. I don't lie about shit.

And I didn't lie about anything here. You told people that I molest children. You call me a liar.

So she says, you're totally done. You have no idea what a bad thing you've done for yourself. OK, what's this? By the way, I blocked out this person's information, which she didn't do.

She sent me people's social security numbers. Oh, and maybe she's claiming that I shared with Jen Altman people's social security numbers. Never did that.

I gave her the blotched out version of whatever. Well, I made it open to her if she wanted it. But I have shared a few things.

And I said I was going to do that because, again, this woman is saying that I molest children and traffic them and calls the police on me every single fucking chance she gets. She's probably calling the police on me right now. Maybe another fake wellness check or something.

She says, oh, he has guns. Maybe something bad will happen. Like I don't ever pull my guns on the police or something.

She says when he goes to jail, I'm going to put money in the canteen of the guy that makes him his bitch. So essentially, she's going to pay some guy to rape me. That's that's who these people you know, that's who Valerie is.

She's going to pay a man to rape me. But I'm done. OK, we're going to listen to an interesting recording in a second.

We'll see if I'm done. We'll see what happens there. You're totally done.

You have no idea what a bad thing you've done for yourself. Fuck you. Thanks for tagging me.

Now, did I tag her? Now more people will find out about the mentally ill Eric Neal, too much intel. Maybe she's talking to someone else. The mentally ill Eric Neal, too much intel, who recently deleted all his tweets because they were mostly defamation harassment.

No, Valerie, that's not why I deleted it. It's because I didn't want to deal with this fucking shit over and over again. I thought if I deleted all my shit, I'd private all my fucking YouTube videos that had anything to do with you.

Deleted things off Facebook. You would move on with your fucking life. You wouldn't act like some fucking scorned lover.

It's insane. I think I thought you would move the fuck on, but you don't. You just stay on me over and over again.

I am your entire fucking life. And it's weird. You know, I deleted everything on you and you still are on me like I broke your fucking heart or something like it's fucking crazy.

But thanks for tagging me. Now more people kind of mentally ill, mentally ill. You won't leave me the fuck alone for fucking years.

But I'm mentally ill. Sure. All right.

Haley Tapper. OK, so not Haley Woolberg. I mean, not Haley Tapper, but I'm the fucking mentally ill one.

Sure thing. She can come on live right now and show everyone her evidence that I molest

children in my office, that I trap. OK, I'll be calm.

I'm sorry. But I molest children in my office. She's getting all worked up.

That I traffic. She's going to get a lot of treats for this. But I molest children in my office.

I traffic children in my office. But she calls me mentally ill. Right.

What is it, honey? So, all right, let's go on. So why is there a deleting this post? Because I'm tired of the bullshit. I didn't want to post this shit today.

I didn't want to do this today. You need another treat. I know.

I'll help you out. Give me a second. I didn't want to do this shit today.

But here we are. So, let's see here. There's more.

There's more. There's more. There's more.

All that shit over and over and over again. A whole fucking thing. 730 posts.

A lot of them having to do with me. What? I already took you out to me. I gave you treats.

I'll give you another treat. Hold on. OK, so I got me that ice cream.

Give me one second. You know, it doesn't matter. Even if I'm prepared, I still give her treats.

It's like she still needs all of them. But I also, you know, spoiled the hell out of her. There you go, sweetie.

There's your ice cream. Doggy ice cream, not real ice cream. But a little more healthy.

I mean, you know, to a point. Anyway, all right, let's just play this recording. I'm going to refresh this, see if she's, you know, got it in her head that maybe this recording that she recorded this guy Mark Aguirre or whatever is, or Gawire or whatever is, nope, she didn't.

Eric does not live at the Middleton address. The driveway is over. She's still fucking going.

She's still going. Eric does not live at the Middleton address. The driveway is overgrown because she knows I'll read it, but I'm not embarrassed to read this because you're lying about a bunch of things.

The driveway is. I don't mind doing a live video for my Middleton property, by the way. I've done it plenty of times in the past.

The driveway is overgrown. There's a huge trash pile in the yard. I can verify that by the amounts of power bills going back three years of the address.

Interesting statement, Valerie, because I don't know if you understand this in your dumb ass brain, but power bills going back three years, that is not public record information. Hmm. Did you not know that? Like you say the dumbest shit and you don't understand how fucking stupid you are.

Power bills, someone's utility bills. Now, utilities to a certain degree can be out there to a very, very small degree, but power bills going back three years of the address, that is not public record, you dumb fucking bitch. That's not public record.

So if you were to get power bills, first of all, you realize I do have power now and I pay it and it's fucking annoying because the bills in that town are really high, but that is not public record information. How fucking stupid are you that you just post that? God damn it. Like, yeah, the amounts of power bills, Sandy Hart.

So somehow like she'll probably claim that's public record, but she's so fucking stupid. She doesn't understand that's not public record information. So she's going to put my power bills.

I've been trying to conserve energy, but yes, I am not at my Middleton property every single day. I have a different place, which she has tried repeatedly to find, but now that it's in New Hampshire, I have a little more liberty on being private. There's a few things you can do that's a little easier with the trust.

She'll never fucking find it. I had private investigators try to find it, friends of mine that are far better than her, and they still couldn't find it. So I feel fairly secure, although still not completely.

So, oh, the marijuana cultivation. I wish I was operating a, not Haley Wahlberg says, Eric Neal is allegedly secretly operating a marijuana cultivation facility. Just kidding, FBI.

No, I won't. Soon enough, New Hampshire will, I hope, will make it like Massachusetts recreational, legally recreational, legally, legal and recreational, whatever. But yeah.

Oh, it's the power bills. Yeah. That's where all the power is going and into my marijuana cultivation thing.

So, you know, if you want the good shit, just come my office in Plaza. I'll hook you up with the good shit. But yeah, she's going to cook that.

I'll be like, oh my God, I recommend it and go to the police. So, all right. Okay.

So she's not stopping. She's still going. By the way, what she did was she, when she put my address out there, which she claims on Facebook, she never does, but she always does.

When she continually puts my address out there, which whatever, it's out there, but I don't like her posting it, but she does. I've redacted her address out of everything. Not going to do it anymore.

I mean, I'll do it in this video because she'll already try to get this down. She sends multiple different copyright complaints and privacy complaints in my video. She'll talk all this shit.

She'll put my address out there, but she'll try to get anything I say in defense to her, she'll try to get down. You know, I'm surprised she hasn't posted about my family yet because she does that a lot. Family, friends, exes, whatever, she goes after all of them.

Anything she can do to try to hurt me, because she knows I don't go after people's families. I don't make it a practice to go after people's families. I wouldn't go after her mom or something.

She knows this, but she goes after mine thinking she has the advantage. But believe me, it's tempting. She goes after my family all the time and it feels fair that I should be able to, but then again, her family didn't do shit against me.

So I don't know. I guess she does have the advantage there. All right.

So yeah, she saw a Google image of my driveway once when I was renovating and I got out, the water wasn't which she's posted a thing out there of that, a video I sent a friend of mine. I can't believe this shit. Everything's going the wrong right now.

I didn't have an extra 10 grand, excuse me, all the hell to fix it at the time, which I eventually did pay it and fix it. But yeah. So how do you get those power bills, Valerie? Because again, I don't, my power bills are perfectly fine and pricey, unfortunately, but how would you get that? Because you just admitted to, I believe, a felony acquiring private information on someone that you don't have the ability, so you would have to like fraudulently pretend to be me, which would be identity theft.

But how did you get those power bills, Valerie? Since you just published it on a profile that you admitted from your main profile that you pay for with your check mark, that is yours. So how did you get those power bills? Because that is not public record information. Good job admitting to a crime right there.

All right. Let's get on. We've wasted enough time, 20 minutes.

Let's get onto this recording. Now, hopefully you can hear this me playing. If not, I'll have to try to put it into a video real quick and then let you listen to it.

I probably should have thought of that prior. Sorry. But you know, I might be able to just like open MP3, and this might solve some of the problems right there, but MP3 to MPG.

Let's see online converter real quick. There's a bunch of free online converters. Let's just see real quick and see if I can do this.

That would make it easier and probably be less choppy. Convert. Let's see here.

Convert. Oh, fuck. Is it one of those? Oh, no, it is converting.

Okay. How long is it going to take? I mean, I could try listening to it. Well, how about while that's going, we try to listen to it.

And then if we have problems, that thing's still loading and, you know, whatever. That one's going really slow though. So, oh, no, no, it's, oh, no, it's speeding up.

It's speeding up a lot. Okay. Hold on a second.

I'd rather play it from the, from the video file, because I think it'd just be a little clearer that way. I should have done that before the video, but I was all like hyped up to do this video. So, allow me to download it.

Hopefully it won't have any like weird sound watermarks on it or whatever. You're on a roll, sweetie. You're on a roll with treats.

Okay. All right. So, is it downloading it? Okay.

Download as MPG file. So, I should be able to load this right into studio. Let's see here.

Present here. This girl acts like she's this like poor dog that never gets any walks, never gets any treats. Video file.

I just downloaded it. Where is it? Download. I'm not getting any more treats, buddy.

Of course, it's being slow loading. Come here, sweetie. Give me a second, guys.

Just bear with me a second. We're going to get this recording playing in a second. Whenever I try to open up a file, it just goes really, really slow.

I don't see this. What is your ish? Okay. So, let's see here.

Yeah, I don't see this is going. I don't know what your issue is. All right.

Give me one second here. Mm-hmm. I just downloaded it.

Where the hell is it? Oh, it's because it's an MPG and not an MP4. Fuck me. All right.

Hold on a second. MP3 to MP4 converter. That would give me video, right? Audio to video.

So, online converter free. Let's try this and just see if it does work. If not, I'll just try to play it from the original source.

Duration. What do I need the duration for? Image. Whatever.

Cyan. That's fine. Convert.

We'll see if that does it. But let's try to listen to this. Let's try to listen to see if it works.

I'm going to get out my phone here. And you guys tell me if you can't hear this. Clara, honey, can you move, sweetie? Clara, go.

Go, honey. Go. Come on.

All right. So, sweetie, get down, honey. Get down, honey.

I know. I know. Get down.

You're good. All right. So, let's see if I can play this and listen to it.

Wow. Talk about technical errors here. Okay.

Give me one second. This is converting. Let's see if this works.

36%. Fuck. 37%.

Sorry, guys. I thought I could play it from there or I could load an audio file. Just bear with me for a second and we'll do the video.

Let's see if Valerie has posted anything else that's interesting. Like, I've given her a solid chance to just, like, stop the shit. Right? And she won't.

She won't stop the shit. Like, keep going. Again, Eric does not live in the Middleton address.

How would you know? Are you at my address? Are you there? Like, where do I live if it's not the Middleton address? The driveway is overgrown. It's not fucking overgrown. I just fucking mowed the fucking driveway.

It's not overgrown. And it wasn't even grown before I mowed it. Like, we're not allowed.

There's a huge trash pile. There's not a huge trash pile in the yard. There's a renovation.

I'm sorry. You live in a dinky little fucking condo and that you pretend that you own the entire fucking premises because if one of your neighbors makes one little sound when you're sleeping during the day because you work at night, you say to the police, they make one little sound and your windows are shaken. You got to call the police on all your fucking neighbors.

You know how many neighbors I've called the police on, Valerie? In 42, well, I mean, 40, I was a baby, whatever. But in the, you know, 20 years that I've been having my own place, you know how many neighbors I called the police on? Fucking zero. Zero.

If I have a problem with my neighbor, I'd give them a call. I'd be like, hey, you know, as the light's kind of shining into the window, do you mind adjusting? Oh, yeah, no problem. No neighbors.

You know, I don't fucking call the police on them, you psycho. But again, right here, live videos,

so she can't delete this shit. I can verify the amounts of power bills.

By the way, you don't get, judging from someone that gets access to the data vendors like she used to, you don't get access to power bills. Some of the utilities report, you can find out addresses from that, but not power consumption. And power consumption is also not public record.

So there's no way that she could legally find out my, and she hasn't, because that's wrong, but there's no way she could legally find out my power bills without pretending to be me, calling the power company or emailing them from a fake email and saying it's me and getting that information. So the point is, she probably hasn't, but if she did, that is a crime that she's admitting to right now, because she's, again, very stupid. So she calls me stupid.

She literally just admitted to a crime right there. James Madison says, more annoying than my wife. Okay.

So let's see if this downloaded. Okay. It seems ready.

Download. Is that, no, converting, that's an ad. Converting 87%.

We're almost there. And hopefully we'll be able to listen to this damn thing. But this shit is crazy.

This recording that from, what? There's a, come here. This shit is recording crazy from Mark Aguirre. I'll give you one more treat, but don't get, don't blame me if you get that.

So I'll just take her out for a lot of walks after this. Okay. So let me get this girl one more treat.

Let me start the recording. There you go, sweetie. That's it.

That's all you get. No more begging. He's going to get you another one.

All right. So, is it done? Okay. This is done.

Hopefully this will work. Download now. I mean, no, worst case, I'll just upload this to a YouTube video and let you listen to it from there.

But it is downloading. So we'll see if this works. Mark Aguirre, Gui or whatever.

Now why she sent me this recording, I have no fucking clue. I don't like, there was no context to the email. Like, look at this.

Back in 2022, I know she'll do a privacy complaint. So I got to shade out the screen after, but whatever. Cause again, she will say all the nastiest shit in the world about me.

But if I ever say anything about her privacy complaint, copyright strike, whatever, like she goes fucking insane, call the police, fake wellness checks, like everything. She will try to silence you to

the max. If you ever say anything about her, look at Jen Altman.

She was talking all this crap. And then Jen Altman started to talk and she's like, oh, the hell fighters coming for you now. No one, no one can talk anything about her, but she can talk about everyone else apparently.

So, all right. So do I have this? Do I finally have this fucking thing? Present a video file. Okay.

I think I have it now. Let's see. Hey Mark, it's Valerie.

Okay. Can you guys hear that? Like right now? Oh, what are you doing? Nothing. I just decided to call you and check on you.

Can you guys, let me know if you guys could hear that. Um, I gotta go listen to it on my, uh, my thing here to see if I can hear it, but, um, someone let me know in the comments. I gotta go listen to it on my, uh, my thing here to see if I can hear it, but, um, someone let me know in the comments.

Um, I gotta go listen to my, uh, my thing here to see if I can hear it. So I also have something to tell you and ask you. Okay.

Oh, can't hear me. How could you guys listen to me talk? I hate hearing myself talk. Um, all right.

Uh, Sandy says I can hear it perfectly. Perfect. All right.

So I'm gonna start this from the beginning. This is 20 minutes long. Uh, there's no, unfortunately I can't put this at like 1.5 feet or something, but we're gonna listen to this and hear all this crazy shit.

And again, I'm gonna give her like, I'm gonna go back to the thing and see if she did anything, see if she is still talking shit or if she deleted everything or she's starting to. Nope. Nothing there.

Nothing at all there. So I gave her every chance in the world, right? I mean, we're fucking, what, 20 minutes into this live stream? 32 minutes into this live stream. She had every fucking chance to delete this shit and she's still going on, making up lies about me, admitting to breaking the law.

Like, fuck. Um, but all right, let's listen to this. Let's listen to this shit.

And by the way, I've only listened to about 10 minutes of this. So I'm gonna listen carefully. I don't know if she's gonna lay down some social, but I'll try to obviously, um, you know, pause if she does.

I haven't screened the entire thing. Let's listen to this. Nothing.

I just decided to call you and check on you. How are you doing? So I also have something to tell you. By the way, this, I checked out before I did this recording.

This is Texas. She's, uh, she's legally recording him. Although apparently if you say is the line recording, the other person says no.

Oh yeah. Okay. I unmuted myself.

Um, the other person says, no, you can't record it. Then you can't record, but she can legally record this guy. So she's not breaking the law here or anything.

Um, she is legally recording him. She's in Texas based on his number. He's in Texas.

So just putting that out there. I'm not putting out there. Someone's illegal recording or whatever.

It looks legit. Ask you. So I decided to go ahead and run for state rep in spring, you know? Oh, really? Yeah.

Which she miserably lost by the way. So I'll be coming against Valerie Swanson. And never submitted her tax returns, even though she claims that I don't pay my taxes, which I do painfully every year, um, including this past year, which is very painful.

But anyway, um, yeah, she claims I'm broken. I don't pay taxes, but anyway. Yeah.

Extortionist. Well, I hope that, you know, that you're not in favor of Swanson because she's, she's way fucked up, dude. So yeah.

Are you running as a Republican? Oh yeah. I'm a Republican. I can't pretend to be a Democrat.

I mean, that would fuck up. I would just not be good for my friends. I would, I would have no friends.

So really? Yeah. Yeah. You don't want to pretend to be anything.

I do. I have your email. And, uh, let's do lunch and we'll talk.

I'll introduce you to people that are pretty high powered that will help you with campaign funds and such. Oh my God. Thank you.

Really? That's, that's interesting. So listen. By the way, that never happened because she never even submitted her income or anything like that, including not paying her taxes.

And that's, that's public record. Unlike my utility bills, that's public record. This is what I need.

This is why I'm calling you. Valerie Swanson adopted two girls from CPS. Why would you be talking about a political opponent's children, Valerie? You fucked up piece of shit.

Why would you be doing that? She has never mentioned one of the girls. Her name is Tammy. Tammy, apparently just before she was old enough to live on her own, went out and got a tattoo and Valerie disowned her and kicked her out of the house.

First of all, if she did that, then she's a piece of shit too. But why are, like, why the fuck are you talking about some woman's children, your political opponent? Like this, this shit is crazy. I can't believe I've been sitting on this recording and I never fucking listened to it.

This is the relationship I want to bring to light. I wanted to see if I could get you to go knock on her door and, and appeal to her to go on record about her relationship and with Swanson and how, what a horrible mother she was. Okay, so Swanson is scared to death of me.

She actually thinks I'm a licensed PI, which I'm not. I need to get registered. Damn straight, you're not.

Although she used to tell everyone that she was and put it out there to the point where her political opponent thought she was a PI, other people thought she was a PI. By the way, she blames me for saying I'm a PI. I never say I'm a PI.

I always say I do investigation. I do asset-based, recovery-based investigation. I own a collection agency.

I'm not focusing on calling everyone every day, but I do the recovery-based investigation. So never once have I said she's a PI. Even when she goes into my Google, not into my Google, but she goes to Google and she, she and all her fake accounts go and switch it to like PI services.

But you can see right in it that this was like user-submitted information. And I changed, I have to change it back. But within that timeframe, she says, Oh, look, he pretends to be a PI.

Registered under somebody's license. But, um, I'm sorry, what was that? Which I'm not, I need to get registered under somebody's license. But, um.

What she did, cause she can't get it, uh, be a PI herself. So she has to get registered under someone's license. And she did one guy who ends up all the drama that she brought him.

You can go do, um, it's TOPS in Texas. So go do like TOPS for, um, private investigation license search. You can Google that.

You can find it. We can even bring it up if you want. And then she finally got licensed under a friend who's, in my opinion, from everything I've heard, just as vile as she is.

Uh, well, maybe not as vile, but right up there. But yeah, the guy seems like a pretty decent guy and he ends up booting her to the curb, uh, when she started bringing him massive amounts of drama. Uh, but I, I'm not.

So she's worried about me finding out dark details about her past. And I believe this is the one

thing that she's been hiding. Yeah.

And hey, no problem, uh, hurting the children in the, um, in the process, right? As long as you can get her, right? Not, not focus on what you have to bring to the table as a political opponent of her, but focus on getting her, focus on crushing your opponents. Debbie Riddle actually told me about this girl. Send me, send me all her stuff.

You know, I did, I did something similar to, uh, Dan Patrick. Did you? Patrick offered 50K for me to leave him alone. Fuckin' A. So like I said, I don't think this guy's a good guy either, by the way.

I still have a little package on hand. I found two illegitimate children. Wow.

What is with these people and going after kids or using them to their advantage? Yeah. Oh yeah. That's crazy.

Yeah. And one of them happened to be just a blazing, blazing homosexual. Oh no.

A homosexual? And it was exactly like him. And I had a big color photo of this kid kissing another boy on Facebook. Wow.

And he was giving a speech. Wow. Some, someone's child is a homosexual.

Oh my God. And he's at the dais and a reporter went and laid that in front of him. He couldn't, if I can give this.

You hear this? Like there's in there, like listening to this. They're out in some kid for being a homosexual or like putting it out there and trying to like fuck with them. Um, and they're Valerie and this guy's laughing and laughing it up and shit.

I know. Right. Sandy.

Like those tactics. Yes, yes, yes. Send me.

When she says she likes those tactics. Let me get back to that. Again, I've been sitting on this email because I didn't want to listen to all these stupid fucking emails she sent me with these recordings.

She sent me people's social security numbers. She sent me all this crazy shit. I didn't give a fuck about it.

Like she sent me one thing on this guy, RMRI or the company of Rick Gurley. And he's not a great guy either, in my opinion, but she sent me one thing that I was interested in. And she sent me all this shit on all these other people, people's social security information, their banking information.

I've been sitting on all this shit from 2000 to 2022, 2023. But now I'm going to put it out there. Now, obviously I'm going to redact the socials.

I'm like her, but I might actually keep people's private information private. Essentially her victims here by sharing their social and banking information with me, which I never asked for. But yeah, I can't believe I've been sitting on this shit.

Like those tactics. Is that what she said? I don't have a slowdown thing here, but she likes those tactics. Like those tactics.

She either likes those tactics or bites those tactics. I'm assuming likes those tactics. So she likes using children to hurt her political opponents.

Okay. Yes, yes, yes. Send me an email.

Let's do lunch, but it's got to be Monday or Tuesday because Wednesday I'm heading out to North Carolina. Okay. So you've heard about my little deal? No.

What happened? I was arrested. I do. I remember that.

That's actually what I said. Well, I wanted to check on you. I was curious to know what was going on.

Yeah. I've got my trial is February the 11th. So, uh, yeah, we were, we were trailing some guy.

Yeah. We were ballot harvesting. So listen, did I ever give you the photograph? Yeah.

So Valerie doesn't give a shit. She just wants to get on to her story. It was taken in Huntsville on the morning of the election of that blue suburban that was packed full of ballot boxes from California.

The vehicle had just been registered in California. It was registered. Oh, listen to this part.

Cause remember what she says? She's not a PI yet. So in collections and recovery, quick lesson here. We can do plate traces.

I have access. She used to have access. We can do certain things.

We have certain access, but we can't just do it because we feel like it. We can't do it on whatever. It has to be a recovery case, a debt recovery case for us to work it and then do things.

But we can't just release it to random people like her sending these people's and banking information. Unless I'm signed in as like a contractor or employee of hers or whatever. She can't send that to me, but she has.

But remember, she said this right in this recording. She's not a PI. So listen to this.

Just a week prior to. And also you might want to look up the fuck. I'm going to forget it.

Not the DMV. Fuck. I got it on the tip of my tongue.

Drivers something act the fuck. Prior. It's it's it's it was a. DPPA DPPA Drivers Privacy Protection Act.

She can't she can't do this. It's illegal. She can't just no one's hired her for a collection item.

She cannot do what she's about to say. And this is about the point where I stopped because I was like, holy shit. And the point where I stopped listening.

A teal colored suburban like you could see the ballot boxes. So somebody in traffic took this picture and sent it to someone else who's well known in politics, a political consultant. And she sent it to me.

I ran the tags and I ran. What was that, Valerie? You ran the tags? Not a PI yet. Not hired as a PI yet.

Only owning a collection agency like I did, like only only that. Not a collection thing. You ran the tags.

What do you say? Let's listen to that again. Which, by the way, felony. Well known in politics, a political consultant.

And she sent it to me. I ran the tags and I ran the history of the registered owner. Interesting.

You ran the tags and you ran the history. It's a federal based felony. But hey, what do I know? They just came here from California now for them to have this year's ballot boxes or that election year ballot boxes in the back of their truck.

And they were not Texas ballot boxes. They were California ballot boxes. It didn't look like they were packed full of personal items, that they were actually packed full of ballots.

I mean, it's right there. Oh, yeah. We started following this guy.

Remember, this is a casual conversation, right? Like, oh, yeah, we did all these illegal things. Oh, yeah, we're going to use some political opponent's children to hurt them. Whatever.

This is just a Tuesday. Because this illegal alien was working for the assistant, the personal assistant of Rodney Ellis, who's a criminal team. Wow.

And he was overheard. The assistant, I believe, is from California. And I think that's where your connection is.

And the guy's from Cali, and he was bragging to Rodney Ellis, and he was overheard by an assistant of another commissioner next door to him. Don't worry. We're going to get you 750,000 votes.

I guarantee it. Holy crap. They called me and my colleague, and they said, I don't know his name because he comes in and out.

So what we did was we got his financial report. Oh, did you? How did you do that? Found out this guy's name, and we went to his house, and we saw a box of Anna. Mm-hmm.

So we sat on it for two days, and it was registered to an illegal alien. So we go to the illegal alien, and we find it in a trailer park, and there's two of them, two box vans, and these people were working 20 hours a day. Wow.

And they had two kids, and I believe they were using the kids to sign the ballots, because that makes sense, pretty smart, because they wouldn't have any fingerprints on file. Oh, God, yeah. They're like six, seven, eight, and nine.

There were three of them, but two mainly, and they would start working at about seven in the morning until about one or two every night. By the way, I haven't heard any of this part. Like I said, I stopped listening to it earlier on the DMV thing.

Right. Wow. So I hit this guy.

They were on the move, and we wanted to follow them to see where they were going, and I fucked up. I hit the guy, and the police came. Why is Valerie laughing at this? That goes to show I'm getting fucking old for this.

I was so tired. We burnt out working 16, 17 hours a day for three months. Yeah.

And they called me at the hotel, and I went out there, and I hit the guy in the fucking back. I felt like an idiot. He jumps out here, and this fucker started swearing at me in Spanish.

He ran at me. Fuck, I'm an old man. I pulled out my pistol.

I laid him down. Nobody got hurt. I laid him down.

Thank God a policeman came by. Right. What the hell are you doing? I told him, hey, I had an accident.

This guy ran at me. Anyway, two months- Wait, what was that? You had an accident, but you hit the guy. I might be getting that wrong.

Hold on. Like I said, I don't think any of these people are good people. What the hell are you doing? I told him, hey, I had an accident.

This guy ran at me. Anyway, two months- State rep. Oh, fuck.

In the spring. Aggravated assault for pointing my way. Wait, hold on.

I laid him down. Thank God a policeman came by. Right.

What the hell are you doing? I told him, hey, I had an accident. This guy ran at me. Anyway, two months later- So he had an accident.

That guy ran at- No, you assaulted the guy. I mean, maybe the guy was a piece of shit. I don't know.

I wasn't there. I'm only hearing this from this recording, but they're talking like this shit. It's every day.

It's like, oh yeah, I told the police officer I had an accident, whatever. He charged me with aggravated assault for pointing my weapon at this guy. That's so dumb.

They went out on- But you assaulted the guy, and then you pointed your weapon at him when he reacted. The media and said he's a Trump fucking district attorney. He's a Trump conspiracy theorist.

He hit this poor wetback. He deliberately- Wetback. Okay.

That's nice. A car accident, you pull your weapon. Yeah.

Like I said, these people are just talking about this thing, like using people's children against them. That's how we're going to get- I wonder if Valerie Swanson heard this, what she would say, but they're using their kids against them. This guy's calling him a wetback and saying that he pointed his gun at him, car accident thing.

Again, I have not listened to this part yet. This shit is fucking sick, and I have multiple recordings I haven't even pre-listened to. Again, I feel like a fucking idiot because she sent me all this shit, and I was just like, yeah, whatever.

I don't want to listen to this stupid shit. That was three years ago, and I've been sitting on this fucking gold for this long when Valerie's been saying all these horrible fucking things about me. Again, I do keep checking back, by the way, into her fake Twitter thing on me.

I keep checking back to see if she's like, okay, yeah, let's have a truce. Again, I promise I won't violate it this time. I promise I won't call you a child molester, and I promise I won't attack your family and friends and put your address out there and all this other shit.

Again, she doesn't need to apologize. She just needs to fucking stop. Go live your fucking life and leave me alone.

She won't do that. Stop calling the fucking police on me. You want to call them on your neighbors, call them on your neighbors.

I can't do anything about that. Stop calling the police on me. Leave me the fuck alone, Valerie.

Again, I keep checking back. She's not taking them, so we're going to keep listening. ...and then pull the gun on them.

They know what's in my head. Well, we do know what's in your head. I mean, you know, all I

have to do is say I was in fear for my life, and that's it.

They can't fucking dispute that. Exactly. Well, they can now.

You know, I mean, it might be a little too late, but now that I am listening to the recording. ...know what's in my mind. That's the threshold.

Yeah, those damn wetbacks, as you said. And, you know, I'm a lawyer. My entire adult life has been spent as a law enforcement, or law enforcement... That's encouraging.

...activities. You think at my age I want to go to prison? For real? I know, right? I mean, it's so ridiculous. I know. So just lie your ass off about the damn wetback, as you put it.

But we find out that this guy that I hit, he might be wanted child molester at the Yakima, Washington. Wow. And I know for a fact that he stole a woman's social security number who died in 2014.

Of course. In North Carolina. And I'm going to see her husband.

That's why I told you he's going to North Carolina. Oh, nice. I'm going to get him a sign and affidavit saying he wants charges filed against this guy.

Good. Yeah, because I'm sure that affidavit will hold up without you going there. After you assaulted the guy, now you're saying he's a child... I don't know.

Maybe the guy is... I don't know anything of, like, what's going on. Maybe the guy is a child molester. Who the fuck knows? But, you know, he's admitting to this assault, not knowing, and then saying, oh, the police don't know what's going on in my head.

But I'm going to go do this thing. I'm sure that would have held up. Well, that's nice and perfect.

Oh, yeah, yeah. You know, if they're going to play the game, let's play the game. Well, I mean... Let's play the game.

And he might, the witness might be afraid to show up if he finds out, you know, that you got all this done. Well... And then it would be dismissed. He's undergoing a depo on Monday.

Now, here, I'm going to give you a little something. Last year, Rodney Ellis, they did a big exposé about him and some African art. And apparently, somebody ratted him out from the county, saying that he was spending money building up a warehouse like a security fortress.

And he was using county funds, which is an absolute felony. You can't divert funds like that. And he was doing that to make it safe to place tens of millions of dollars worth of African art.

I'm talking Spearsfield paintings. Wow. There's a bunch of weird shit.

I don't know what the fuck I'm listening to, but... Costumes, whatever. Some really high dollar collectible art. Channel 2 made a big story about it.

At the very least, they should have pulled him in front of the grand jury, because they never determined who owned that art. I remember that. County funds are still being used to pay for this.

And the district attorney won't do anything about it, because she's fucking corrupt. He used his ballot harvesting operation on her behalf. So she's beholden to him, and she hates his guts.

But he tells her to jump, and she says, how high? So she never put it in front of a grand jury. And she was telling all these people, anyone thinks ballot harvesting exists? The typical bullshit they say on the media, the big lie. These guys are cheating their fucking asses off.

I've got them on video, signing for old people, filling out, offering people... Oh yeah, I know. I love how this guy's pouring out his heart to Valerie. Valerie's recording the entire fucking thing.

But again, she's too stupid to understand. Like with the power bill thing, where she just admitted to a crime, and thinking she's so slick. But she's too stupid to understand, you've admitted to shit here too.

You've admitted to running a plate when you're not a private investigator, and when you own a collection agency, and running a plate when you can't legally do that. Again, that's a federal-based felony. Look it up, DPPA, Drivers Privacy Protection Act.

Also, state-based crimes as well. And I don't know what they are in Texas, but every state has their thing. So you can't do that shit.

And there's a bunch of civil penalties that can happen too. The DPPA doesn't say 100% it's a felony, but when it's combined with the stuff that makes it federal, with the local state stuff. So I just want to be clear on that.

It's not 100% this is a felony right here. But they outline certain federal-based laws. And then when it's combined, federal combined with the state.

I mean, you can look it up. It's different states, it gets messy. But either way, it's a felony.

So moving on. ...his assistant, the guy from Cali, who in turn, he used... She'll probably claim it's completely legal. But even when the thing with Aiden and what's-her-face, that woman, I forget her name offhand, she got fired for it.

But she was working at the 911 place. That name almost hit my tongue. But she, I covered her at one point.

But she did that and she ran it. Now, I don't think Aiden was actually in violation there. Maybe, it's questionable.

I don't know. But at the very least, she was in violation. And she got fired.

But of course, working with the police, nothing happened. She just got fired. Probably got a pat on the back on the way out too.

...this wetback to purchase... Another wetback comment, nice. ...the trucks. He was given $230,000... Hey, Bill Cavins, nice to see you here.

...thousand dollar amounts from the campaign... What's with this guy saying wetback every fucking sentence? ...the funds of Rodney Ellis. All of a sudden, these trucks appear. Wow.

And I believe that these wetbacks... Wait, what the fuck? ...moved that art into that fucking building. Right. So, all of this is going to come out.

We're going to get the laws, because you got to sign it over there. So, listen, you know that art is federally protected. How come nobody went to the FBI yet? Because look, the FBI, they're unbelievably corrupt.

They don't work for the American people. They manage crime. That means they cover up their fucking Democrat stooges.

Because that's what's going on. What's her name? Kim Ogg received over $50,000 from the Open Society. That's from George Soros.

And he's bought off dozens of district attorneys across the United States. And they refuse to prosecute. For example, we had over 800 during the height of the BLM hysteria last year.

800 of them blocked the Clinton Bridge right there over the Eastern Ship Channel. And 800 arrests were made. She let them all go.

Right. There was a man who was brandishing a gun at his wife and their 15-year-old son, threatening to kill her. They called the police.

All right, guys. Again, I don't know what this is about, but I don't want to fast forward through any parts, because she's already admitted to several things here that's very disturbing. One of them illegal.

And the illegal thing that we saw at the beginning of this video before I started playing this. So I'm letting it play, but I don't particularly want to listen to all this crappy thing. But again, she's been dropping little things throughout this.

So please go over there. They arrest him. They arrest him for what I'm charged with, aggravated assault.

District attorney. Michelle Littlefield, she's actually a very nice lady. OK.

Not the 911 person. There was a different one. Is that who you're referring to? I don't know the

name of the man, but that wasn't the name.

Charges. And gave him his freaking gun back. A week later, the police were called again.

Fucker's back, threatening his wife. HPD shows up. HPD sergeant.

The guy turned around and shot him in the fucking head and killed him. Oh my god. Wow.

OK, that's what they do. They're fucking criminals in office. They're occupying office and they're stone cold fucking criminals.

So I brought this shit out. I wrote affidavits to the Supreme Court. I became a fucking enemy.

Yeah. So now they're trying to say Mark doesn't know when to pull his weapon. Well, good luck trying to convince fucking people of that.

Well, we don't. More of these recordings. We don't have to.

You know, it's going to be very easy to convince people of certain things, isn't it? Yeah, right. It's all fun and games. She was calling me a trumper and whatever.

I mean, why would you need to do this? Isn't justice supposed to be blind? You know, I know people who were HPD officers under your. Leadership. The only negative thing I ever heard him say about you is that you are a micromanager.

And so that. Oh, Kim may have taken so much money, but he did put away serial rapists. Earl David, what? I remember that name.

I just I can't place in my head. But yeah. Alone allows me to know or allows me to believe that you do know when to draw your gun.

You have control over everything. I mean, the notion. Janelle Webb.

That was the police dispatcher that ran the plate. That I wouldn't. So what I'm going is I'm going to cover every base.

I've got some guy right now. I have to meet with him. And when I go to North Carolina, I'm going to stop and say it.

Fayetteville, Arkansas to meet with a law professor. Here's how he specializes in traffic stops and the danger that they pose. Oh, yes.

And he's got a Harvard law degree. He's got a UCL UCLA law degree. Here, you get a load of this.

He also specializes in LGBT issues. So I can't attack him. The fuck you just say? He specializes in LGBT issues.

So I can't attack him or something. What was that part again? He also specializes in LGBT issues. So I can't attack him.

He can't call him a fucking Republican. Weird shit. All right.

You know, they're going to really get a kick when they put me up there. And so he's a trumper. He's a fucking conspiracy theorist.

They say, Mark, have you ever voted Republican in your life? And I'll say, no, sir. You like that? Yes, I do. No, I bet you do.

Did you ever vote a Republican? No, sir. Have you ever voted Democrat in your life? No, sir. Why? Because I never want to be accused of the shit you motherfuckers are accusing me right now.

And have it stick. Fucking idiots. They don't have a clue what's coming for them.

That's so funny. Hilarious. Send me that stuff.

I will. And I'd like to do lunch with you Monday or Tuesday. Okay.

So I'll set you up with somebody to go meet. Okay. So Monday, I actually go register at the HQ, at the headquarters.

Or you can wait the following week when I come. Yeah, all these assholes are fucking corrupt. Not all of them, but a lot of them.

I'm back from my trip. That would work for me. Yes, because I have to get an affidavit from her husband.

I was just searching for him. I found him. I have all my documents.

I have to get records of affidavit or they won't accept it. Correct. So I was getting all my ducks in a row.

Good, good. I'm glad. Well, good.

Nice to hear from you. Yes, you too. Nice to hear your voice.

Well, good. Very nice to hear both your voices. Bless you.

How's your mom doing? I'm thinking, oh, she's wonderful. You know, she looks exactly like Betty White. I don't know if you know this or not.

And so, like, I went to the driver's license office yesterday and I had her with me. And she's just bitching and moaning and groaning about my driving and everything else. And I was just soaking it up saying, lady, you just bitched me out.

You just keep going. So even your mother thought you were a horrible driver. OK.

I love it, you know. Very good. She's 84.

Wow. Yeah. My dad, he's... By the way, nothing against her mother whatsoever.

Don't know her, you know. He's unbelievable. He's had stage four cancer for three and a half years.

Oh, Jesus, don't tell Valerie cancer. Because, I mean, she sat there and accused Beth Chapman of faking her cancer for months and then bitched that Beth Chapman's followers were making threats to her. Beth Chapman, God rest her soul, died of cancer.

And then Valerie tried to delete everything. But she didn't delete everything. She touched it.

Wow. That's wow. That's great.

Why the fuck is that funny? You know, bone cancer scares me. And I think that most cancers you can recover from. Yeah.

Yeah, not Haley Walbright. I agree. And I'm saying this only because I used to work for a doctor at the AMD Anderson Cancer Center.

I never know what's true with her work, because she's worked for everyone under the sun, because she knows everything under the sun. She's an expert at everything. She's worked for the best doctors in the world.

She's worked for this doctor here and there. She's worked for everyone under the sun and is an expert at everything. But bone cancer and pancreatic cancer scare me.

I'm not saying she hasn't. I'm just saying it's like I never know what to believe, because she's worked for everyone. Those are the ones you don't really... Oh, yeah.

I'll tell you what. I had almost died last year. Yeah.

The last April of 2020, right at the start of the COVID deal. And I didn't realize my gallbladder was shot. Oh, my God.

Yeah. I can attest. Oh, by the way, this recording was sent to me May 7, 2022, if you weren't here at the beginning.

And it says that it's an ACR phone recording. Excuse me. December 3, 2021, for context.

I mean, I've had those spasms where it puts you in the floor and you can't breathe and your body is like, oh, God, it's the worst. What it did was it started a chain reaction because it was so diseased, it inflamed my liver and then I got a disease of the liver. I forgot what the hell they call it.

But I was so screwed up. It also gave me pancreatitis. Oh, no.

Yeah. I had pancreatitis. Oh, and get a load of this.

So that was three things. The fourth thing, I had diverticulitis. Oh, no, that's miserable.

I know people who have that. And the sixth thing I had was potassium depletion. He told me.

Wow, and I thought I had problems on it. That your sister. You know, all that mental illness, apparently.

She used to be a hospice nurse for 25 years. If she hadn't come and gotten it, he said you wouldn't have woken up. Because it's amazing.

Oh, my God. You know, your potassium level, let's say all individuals are 100% within their blood if they're healthy. 50%, if you're at 50% potassium that your body needs, then you're subject to sudden cardiac arrest.

Wow. 25%. Mark.

Mark. I wonder how Mark would feel about Valerie recording this conversation and God knows how many other conversations. I wonder what his thoughts on that would be.

I think you might have to find out. Says Mark, you wouldn't have fucking made it. As soon as I got in there, they did the labs.

Oh, just FYI to my friends out there. I don't record you. I don't want to record you.

We talk about stupid shit that no one would give a fuck about anyway. Not scandalous shit like this. But yeah, I mean, she records everyone under the sun.

It's crazy. Two bags. They put one on the left arm and one on the right.

That's why she always wanted to talk to me. So we had signal conversations, right? And I won't get too far off track on this, but we had signal conversations. So first, the moment I knew, I always suspected it.

I wanted to believe the best in her. We had a truce. Everything was going good.

But then she wanted to not have the conversations disappearing. I think we had it on four-week disappearing messages. She wanted them not disappearing messages.

And, you know, I have a shit ton here. But, you know, all fucking Valerie. It just goes on and on and on and on and on and on.

I have tons and tons of messages here. And the second she was like, oh, we shouldn't have disappearing messages. I go, yeah, because I knew she wanted to save them.

So I was very careful on what I said. And she says, oh, yeah, I got so many incriminating voice clips from Eric. And he's tanked in his loss.

He shouldn't have shit. The second she said, I mean, like, I always suspected it. And I was always careful, not like I'm laying down like, oh, I ran this plate or whatever, because I don't do that shit on my car that admits to it on recording, thinking that she has him or something.

But, you know, but then when she said, I knew for sure when she was like, oh, yeah, let's not delete the messages. I'm like, yeah, you don't want those messages deleted. OK, sure.

I'm sure there's no hidden agenda behind that request. So we didn't record the messages. And, you know, she obviously she's collecting them, but I didn't delete the messages either.

So I was fine with them deleting, but I didn't know. She says that I'm going to get tanked in my lawsuit, even though this guy that claims I faked a screenshot, Michael Santos claims I faked a screenshot. I didn't fake a screenshot because I don't fake shit.

I bring right from the source, like when she puts it out there that I'm getting sued and she wants to give you the screenshots, but she wants to obscure other things and not say everything. She wants to obscure this and that. I say, hey, don't believe her.

Don't believe me. Go straight to the source. That's what I tell you guys.

Go straight to the source. Don't believe anything I say. Go straight to the source.

Don't believe her, though, either. So I don't know. Yeah, I'm getting off track.

But anyway, she she records everything under the sun, but she doesn't understand, like she doesn't have the mental capacity to understand that the things that she's saying extremely troubling him, too. Yeah, but yeah, it was freaking crazy. I had gall stones.

He said, if you could have a freaking Iraq fight with what you had. I didn't know if he listened to this guy's whole fucking medical history, but right. But there it is.

It's crazy. No, it's not. It's not your time.

I have to fight. I still have to fight Philistines. Philistines are still out there to be fought.

That's right. The Philistines. Okay.

But please, please do not forget. Email. I'll do it.

Promise me and leave your phone number there. Okay. And then I'll give you a buzz.

We'll go have lunch and then I'll introduce you to the doctor. Really? Yeah, I didn't know that he didn't like Swanson anymore. No, Dr. Hoetze.

Yeah, Dr. Hoetze. Dr. Hoetze. Okay, let me find out who this Dr. Hoetze is.

Yeah, so all these people don't like Swanson. By the way, she still lost to Swanson, even though she's sitting there applauding about her fucking, not fucking, but her kids and everything. She's like, oh, this guy's saying like, oh, this kid was gay.

And we embarrassed the guy here because we found out his kid was gay. And she's saying like, oh, yeah, there was some incident with a tattoo or something. We're going to use these kids against this person and those kids against this person.

Like, the fuck? See, he's been a big Valerie supporter. He's a dear friend of mine. Really? Yes.

Well, he's a Valerie supporter. There it is. There we have it.

Well, my dear, I'm going to take a nappy boot now. Okay. Nice to hear from you.

All right, I'll talk to you soon. I'll send you an email today. Okay, bye-bye.

Okay, bye-bye. Okay, so there you have it. You know, there's another recording if you guys want.

I don't even know how long it is. It's to this Rick Gurley guy who I think is a piece of shit. I have not pre-streamed the video at all.

Like I said, I'm going back into these things and I'm listening to them. But I probably should have downloaded that while I was talking. Maybe that's for another live.

Yeah, probably for another live because then I got to convert it and everything. It's a pain in the ass. So, yeah.

Okay, so Sandy says, I just don't understand why in the world she would share this with you. Maybe I missed the beginning. No, I don't understand either.

I don't understand that either. So, this was back. I'm sure there was a reason behind it.

But this was back in 2022. And I'm just going to leave this so I don't have to do a border out later. Leave this on screen.

But May 3rd, 2022, Mark Aguirre or Aguirre, however you pronounce it, ACR phone recording. Excuse me. There's nothing there.

There's like no context. So, I don't remember. I mean, you know what? Hold on.

I can search signal and maybe there's something in here about this Aguirre or Aguirre, whatever the fuck his name is. We'll just say Aguirre, this person. And maybe she told me.

I just like, I have no fucking clue. I don't recall. But maybe she told me.

So, A-G-U-I-R-R-E. There's fucking nothing there. Maybe there's one R because I think she... Nothing there.

Yeah, there's nothing. All signal. That's like the whole signal thing.

Yeah, go to hers. No, there's nothing here. So, I have no idea.

I'm sure, again, I'm sure there was a reason. Because she wouldn't just send it to me without a reason. I just, I don't know.

So, she sent me a bunch of stuff. Maybe she was just showing like... I honestly have no fucking clue. I don't know why she sent it to me.

No, there was something else. I have a bunch of emails from her. And like I said, I can't show all of these.

Because if I have... If I'm going to put some things out, I have to redact it. Because she sent me things that were... With people's social security numbers on it. And she claims I faked the emails.

But it's like, I got them all fucking here. Like, I have them all here. Like, this is... Look, I'm scrolling around.

You know, this is not fake. It's all right here. If I click on her email, you know, this is not a screenshot.

I click on her email, it brings up my email. So, we're not talking... These are all fucking emails. You can see the date, 2022.

I just have no idea why she sent this to me. Let me get off the screen. Because again, she did send me people's socials.

And I don't want to show that. Here we go. My huge pile of trash, apparently.

By the way, I love how this woman... She puts down my... Yeah, she puts down my address. Like, oh my god. But it's still... Okay.

It's not working. One second. She loves to body shame me too.

Like, oh, doesn't have enough teeth in your mouth. Or your bald head. Or your ugly beard or something.

Like, you know, she's body shaming me. By the way, I don't talk bad about her appearance. But like, damn.

Maybe you shouldn't be body shaming me. Just saying. So, why isn't this fucking sharing? Hold on.

There we go. All right, let me get rid of the recording here. Okay.

So, yeah. She's putting down my house. Well, at least I have a fucking house.

And more than one property. Well, you have this shitty little condo. That you've been trying to get out of for years.

You call the police on every single one of your fucking neighbors. You say you hate the place. And you say you're successful.

And I'm broke. And I'm not making money. And I'm shitty.

Skip choice. I don't know how to run a business. I'm not making it.

At least I have a fucking office. I have a fucking house. You're sitting in your shitty little condo.

And putting me down. And looking at your bankruptcies. Like, throughout the years.

Bouncing checks for $92.50 to your trustee. The one person you don't want to bounce a check to. Getting arrested for bouncing checks.

Like, you put me down for all this shit. When you have a hundred times worse than me. You say I have no money.

But then you file three separate bankruptcies. All dismissed. Because you don't fucking pay your bills.

And you don't pay your... I'm sure it's all claims. I'm like, song and dance. You're like, oh, he's putting me down for this or that.

No, I wouldn't even be putting you down for it. I've had money problems in my life. I'm not going to put someone down for money problems.

But you're putting me down. Saying that I'm broke. Saying all these stupid things to people.

And then you're sitting there with no fucking money. Living in this shitty little condo you can't get out of. Telling everyone that you're very successful.

And you're making all this money. I don't care that you have no money. I don't care that you're fucking broke.

I don't give two shits. I've been broke in my life. I understand.

I'm not putting you down for that. But don't put me down for all these things that are lies. All right, so we listened to the Rick Gurley one.

Tell me in the comments if I should end this or we should go on to the next shit show here. Because I'll put on the Rick Gurley one. I don't know how long that is.

It's a little shorter than the last one. I don't even know how long it is. Let me download that and see.

This one was, this guy she hates. And by the way, I think he's a piece of shit too. He did this fake GoFundMe thing on me.

And said I live in my office. Oh, and Kim Fair actually jumped on that one. Because Valerie, even though she claimed I didn't live in my office, when she didn't like me, she's like, oh yeah, he totally lives in his office.

But she, with all his beds and his armory and his children or something, whatever she says. But yeah, hold on a second. What was it? MP3 to MP4.

We'll see how long this is. If you want to stick around and listen to it, why not? I finished all my work for the day. So I mean, I never finished my work.

But I'm going to convert this. I'll show you what I'm working on if you want to stick around and see this. MP3 to MP4 from device.

Open up. Okay, so yeah, we'll do the Rick Gurley one. Again, Valerie can stop this anytime she wants.

I keep going back to her shit. Seeing if she's removing things. Seeing if she wants to stop calling me a fucking child molester and shit.

She doesn't even need to fucking apologize. Just go the fuck away, Valerie. Move on with your life.

Stop acting like a fucking scorned lover. Go write some fucking books. Go, you know, revise some of your books.

I will fucking help you. I'm sure you don't want my help, but whatever. Like, go live your fucking life and leave me the fuck alone.

Delete your fucking stupid profile on you. Stop talking about me all the time. Live your fucking life.

Like, why is that so fucking difficult? I don't want to be fucking here talking about this. You're all swearing a lot. But I don't want to be here talking about this shit.

Just move the fuck. You've been on me for fucking 2019, 2020, 2021, 2022. Skip a few years.

2024, 2025. Five fucking years. I'm not that fucking interesting.

Move the fuck on, Valerie. Like, god damn it. All right, convert to MP4.

Like, I'm really not that interesting. I have how many people in here? And I appreciate you guys

being here. 38 people in here.

I'm not that fucking interesting. No one gives a shit. Move on with your life.

You're still young, kind of. Like, move on with your life. Go revise your books.

Some of them weren't horrible. You know, I was going to read The Scar on the Heart one. But you removed that from publication.

But some of them are not horrible. You know, go revise your books. Make some money.

Fuck. I will fucking promote you if you move the hell on with your life. Like, I don't get it why you're so fucking obsessed with me after five years.

Like, this shit is weird. Move on. Like, but she won't move on.

She never moves on. She's obsessed with me. She's obsessed with my dog.

She's obsessed with my exes. She's obsessed with my friends, my family. Fucking everything.

I'm her whole fucking life. Just like that asshole out of Ohio, Richard Hines, who stalked Valerie. And I feel bad for Valerie, too, because he went after her kids.

Something I will never fucking do. He went after her kids and her family and everything. Her mom.

I will never, ever talk shit about Valerie's mother. Never. She didn't do shit to me, as far as I know.

You'll never hear one fucking bad word from me about anyone in her family. Now, believe me, I've been tempted. I've been tempted to go look into her family, because she's like, my family is perfect, and your family is horrible, and you've got family prejudice, and this and that.

Like, believe me, I've been fucking tempted. If she's going to go after my family, non-fucking-stop, I've been tempted. But I still haven't.

I haven't gone after her family. I haven't gone after her friends. I haven't gone after, except unless they've come after me.

But I haven't gone after anyone. And you'll never hear me talk shit about her, either. But not Valerie.

Just try to destroy everything you're associated with. Children! She's talking about fucking children in that recording. Let me get at Valerie Swanson as a political opponent, again, who she's still lost to, and let me try to go after her fucking kids.

Like, this is the shit we're hearing. All right, this thing's still converting. Oh, no, it's done.

Okay. I don't know what we're going to hear in this, but I'm downloading it. No, let's play this.

Why not? It's the man that went to the ACDC concert to have fun, so I have time to hang. Oh, that man. Okay, yeah.

Hey, if you want to come on and give me your opinion, you're more than welcome here, Sandy. I don't know. You might get targeted by Valerie.

She might go after your kids or your family. God knows. In fact, you guys would probably be better to just hate on me in the comments so Valerie won't target you.

But yeah, hold on a second. Yeah, if you want to come on, or if anyone wants to come on for that point, it doesn't have to be Sandy, like anyone wants to come on, then I'll put the thing in here. Yeah, there it is.

Anyone wants to come on and talk, including you. All right, so let me do the early one. Hopefully there won't be any socials or some shit mentioned, but let me play that.

Yeah, the link's in the comments if you guys want to check it out. There was one to come on. You know, hey, maybe you're like a Valerie follower or whatever.

You know, we'll have to get you in here soon, Bob Haley. But yeah, if you're a Valerie follower, come here, talk your shit, you know, whatever. You're not a Valerie follower or whatever.

You don't like people going after people's children. What, what, what? I take you on so many walks. I give you so many treats.

What do you want? Probably the attention isn't giving all your attention on her. So spoiled. Okay, what? So, all right.

Let's see, where was I? Oh boy, okay. Let's see here. I mean, we talk almost daily and I get sick of... See, he says, I mean, we talk almost daily and I get sick of you.

Yeah, she does. This obsession with you saying I'm actually serapis. Serapis, I'm not sure what you mean there.

But I'm serious, maybe. But yeah, I don't get the obsession. I mean, I'm flattered.

It's like all these women flock into my attention. Not really. But, and this one right here too.

But yeah, I'm flattered in a weird sort of psycho-stalker way. I wish I wasn't, you know, obsessed over. But this woman is obsessed over me.

I'm sure it's not for that, but you know. Oh yeah, she likes those ear rubs. Give her those ear rubs.

Oh yeah, okay. Okay, so where were we? Yeah, let's play this. Let's present this.

Yeah, come on, Sandy. Talk to me. Come on the live.

I know I don't have the charisma of Dave25 or anything. But what? I'll go take this girl out and you can talk about this shit for a while. Let everyone know about my fascination with ketchup and eggs.

Okay, present. Let's see if I can do this. Present video file, I think it was.

I don't usually present things in this way. Rick Gurley. I do it with you too, so.

Hello. Hello, how are you doing? I'm good, how's it going? I'm tired today. Norm wants to talk to you for a bit, so I wanted to call you.

Norm wants to talk to you for a minute, so I wanted to call you and he's going to probably call you. Let me solve that right there, aside from the nose job thing. Valerie should come on your live and let us know.

Valerie should come on the live and bring her evidence to the table. She says that I'm a child molester, right? She says that I molest children. I traffic children in my office all day long.

Just blackout curtains, my armory, my alcohol, you know. I'm trafficking children in my office. Somehow, I'm able to get past the FFL guys.

I'm able to get past his cameras that he has on every single entrance. We have motion detection here. I have motion detection.

I have a camera there. I have a camera up there. I have full motion detection.

And by the way, I'm not in charge of the recordings. 30-day recording. Oh, Sandy, shit.

I finally got you in my live. This is a monumentous occasion. Hey.

Yo. Are you sure you want to be in here with a guy that traffics, you know, kids? Yeah. And pours ketchup on his eggs? Well, you know, the ketchup thing.

You know I can't get past that one. Yeah. Hey, can you talk to the audience for a second? Because I have to pee so bad.

Sure. Tell them all about my ketchup and eggs thing. It'll be scandalous, guys.

I promise. Oh, yeah. And you won't be here to hear it.

So maybe I'll share some photos, too. Hello, everybody. So yes, Eric is a ketchup freak.

He sends me pictures and videos with his ketchup craziness. And it is disgusting. Disgusting.

So I was actually like a minute behind. So I didn't know Eric was going to run out for a minute. Because it's kind of awkward being here by myself.

I feel like I should introduce myself and give like three sentences. But I'll spare you all. Don't listen to her.

She's lying about everything. What happened? What do you tell them? I was kind of just sitting there awkwardly. Sorry.

Oh, all right. Although I did tell them. I did just say that, you know, I touched a little on the ketchup stuff, which is disgusting.

Yeah. So, you know, Sandy and I had a dispute about something. And, you know, she was like, fuck you, Eric, you're gonna die.

And I was like, fuck you, Sandy. And something like that. And then so to like troll her, I sent her a video of me like pouring ketchup on eggs.

And then we were friends again. Not just pouring ketchup on eggs. There was a mountain of ketchup on those eggs.

I actually had to scrape the ketchup off because I was like, holy shit, this is way too much ketchup. That actually made me sit back and go, no, I can't be his friend. I just can't.

I know. Plus, you know, you're like an FKR and stuff. So, you know.

Well, you know. We're one of those people. You know, that's because I live in the real world with, you know, real stuff.

Yes. And the dog, the dog did it. Okay.

So, all right. Excuse you. So now I'm talking to an audience.

Now I'm talking to another woman and not her. Hey, Bill. Nice to see you here.

Okay. So should we listen and kind of like give our opinion on this Rick Gurley thing? Well, I don't know anything about that person. But sure, I'm just hanging out here.

So I'll give it a listen. All right. Yeah.

So what I know about Rick Gurley is he's this guy with RMRI. He did a GoFundMe on me, which was very sweet of him, except I didn't want it. And he did this GoFundMe.

Let me see if I can pull something up here. Yeah. He did this GoFundMe on me because he claimed that I slept in my... Wait.

It's not sharing. Hold on. Bad stage.

Yeah. I suck at this shit. Yeah.

He did this before presenting a screen, remove other media. Well, what other media do I... Oh,

the Rick Gurley thing. Fuck.

Okay. There we go. Okay.

So yeah, he did this thing on me where he claimed I lived in my office and I slept on crates. Hey, Altman. Nice to see you here.

Oh, yeah. You're here late. So yeah, he did this thing on me where I slept in my office and he needed to get donations.

So I actually complained to the Missouri PI board because he was soliciting donations to get me a hotel to sleep in because... But he would have kept the money. So it was like 100% fraud. And the PI board spoke to him, spoke to this guy, Cayotano Lasoya, that he worked with.

So Valerie doesn't like him either. And I think, I want to look it up real quick before I say it, but I think this is the guy... I could be wrong here. So I kind of want to look it up.

That shot a guy because... Now you're really happy you joined my live. Shot a guy because there was some dispute, but it might have been planned, but he got pinched for having weapons illegally when he was a felon or something. But let me just see.

I'll tell you this now after you're here. So RMRI, felony murder. Let's see here.

PI sentenced... Oh, yeah. So I think that was him. Gurley.

Yeah. So friends and family of victim Cameron Caruthers said Gurley shot and killed him during an argument. Yeah.

So there's this weird thing where there was a dispute and it was one of those things where I think, in my opinion, it was one of those things where like, you know, some kids are coming to egg your house. They're breaking. Like, you know, it's going to happen.

So you sit there with a gun and you shoot them. Like there was something and then the guy got convicted. But anyway, that's how I took it.

But maybe he was completely innocent. Anyway, he had guns as a felon. He wasn't allowed to when he went to.

He got into a lot of trouble for that. But then he becomes a PI, but he doesn't become a PI because Valerie probably likes me talking about this because she hates guns. But he doesn't become a PI because... Then again, she said my enemy and my enemy is my friend or something.

So she probably loves him now. But he basically went and... Oh, yeah, Bill Hampton, you know what I'm talking about. The idiot Rick Gurley.

Yeah, Rick did shoot someone. Yeah, so he... But then he's not supposed to because he's a felon

or something in Missouri. So he's not supposed to become a PI.

So he's going through this other guy, Keitano Lasoya, who owns RMRI. But really, Rick runs it from behind the scenes. Everyone knows that.

But no one does anything, including the PI board. Maybe they don't want to be shot. I don't know.

But anyway, so that's him. So Valerie hates him. I hate him.

We all hate him. But I'm curious what is said in the recording, because clearly if she's having a conversation, she's friendly with him. So let's find out.

Again, I've never listened to these recordings. I just... I had no fucking interest in them whatsoever. We're on, too, but I'm going to put him on the phone.

He wants to talk to you about a project we want you to help him out on. OK. All right.

And if you want to interject or just, you know, tell me to pause it or whatever. OK. Mark, those are two of the heavy hitters for giving the seminar on the DP class.

Right. The dates you're looking at right now would be in September, from the 10th through the 17th of September. How's that for your schedule? Yeah, that's fine.

OK. I'll be honest with you. I need all the help I can get on my phone.

This thing's like 32 minutes long. Listen to this whole thing. I mean, that's my weak point, as I've said before.

Right. Yeah. Nathalie says, pro tip, don't talk to Valerie on the phone.

See, that's good advice, Sandy. Right there. Don't talk to Valerie on the phone.

Well, I tried. She didn't want to talk to me. Yeah, you did try.

And see, the thing is, Sandy would have went in there as my friend, but still would have went in there. Sandy is the type of woman that if I'm doing something wrong, she'll smack me off the top of my head. She would have went in there fair, but Valerie still didn't want to talk to her.

Where do we start? How do we start? I remember you had mentioned something about a webpage or another webpage. This recording was 4-21-2022. Yeah, you need a website.

You need a domain name for the event and build an event website where people can buy tickets online. And then you have to find a ticket sales place. I mean, I would find a ticket.

Like, I use Eventbrite, and there's other ones that sell tickets. Like, they print the tickets and keep track of everything for you. I wish I could put this on, like, 1.5 speed or two.

They charge a minimal fee, but, you know, I find it's worth it. So, like Eventbrite, they provide an app where you can scan the barcode on the ticket whenever people are entering the event. I mean, she's my friend, so that proves her level of patience right there.

Oh, yeah. We might be on what I call a railroad track, but I think we're on two different trains here. Why? You want to sell tickets, right? No.

I'm assuming we're going to get to something good. Maybe if I stop interrupting every two seconds. But I'm assuming we're going to get to something good here, because she obviously shared it for a reason.

Probably because I didn't like Rick early, and there's something going to be in here, I'm sure. We're not selling tickets. The individual would be the one that she paid for.

I know that's like a ticket. You're having one big event with multiple speakers, correct? Wait a minute. What, Rick? What is it all that she wants to put on a seminar? Well, it's not really a seminar.

Why is it not really a seminar? A seminar is what you see now. No, it's actually a class structure. It's still called a seminar.

Oh, okay. But you're having multiple speakers, correct? In one event. Well, they're instructors.

But it's in one event. Yeah, they're not speakers. They're instructors, like I'd be one of the instructors.

It's the same difference. Instructor, facilitator, educator. Hey, fun fact.

Valerie is back at the Texas PI conference after she started saying a bunch of illegal shit and they kicked her out mid-speech. Just, you know, food for thought there. They're all the same.

Fuck, I hit the wrong button. Can I speed this up a little bit and just like get to something interesting? To maintain an air of professionalism, you should too. You can check out Eventbrite and then you can Google sites like Eventbrite.

But Eventbrite connects with a website real easily. They have API that you can just, or, you know, code that you just put on your page. And whenever people buy a ticket, it goes through the Eventbrite and stays all in one place.

You get an email for each ticket sales. Plus, they don't give refunds like three days to a week. Should I keep listening to Sandy or try to speed up to something interesting? I don't know.

I think maybe it should have been reviewed. If they're going to be talking about an event for 32 minutes. I know, but I'm figuring there has to be something interesting in here because she's- I get what you're saying, yeah.

I just never listened to it back then. So I'll try to speed up a little bit. We'll try to just like listen to different parts as I punch it up.

Prior to the event. Well, I've used Eventbrite since they came forward. I mean, so, I mean, I've used them for a long time.

Date or before the date for tickets for events. So I didn't mind paying the couple of dollars, three dollars, five dollars, whatever. I bet you didn't.

You can afford that. You can't afford your bankruptcy trustee payments, but. Pretty much.

I rented a 150 person room at the Marriott closest to me and I sold tickets on Eventbrite. Is she getting paid every time she says Eventbrite? I mean, I've used Eventbrite. I'm from the non-profit world.

So there's events. I don't know. Yeah, I mean, but I mean, she's saying it every 10 seconds.

Yeah, I don't know. Maybe she's getting paid per time she says it. Yeah, exactly.

But yeah, I just, Hampton says these two, the only thing these two are going to be talking about nothing. Thanks Hampton, that's encouraging. Um, the, um, but no, the, uh, uh, her saying that she rented out.

Now this recording was back in 2022, 421, but we don't know when she rented it. But per her bankruptcy, which again, I am not giving anyone shade for being broke. Most of my early on life before, even into my twenties, I was, I was the guy that was looking at my bank account before I filled up my gas tank and be like halfway, or do I have enough money? Am I rolling this week? Do I get enough money filled up all the way? I was that guy.

Can I take this girl out to dinner or at 99? Or should I maybe do McDonald's and just be like, Hey baby. Yeah. Um, those, those big Macs are really good.

You know, like, uh, they, they undersell them, but they're really good. It'll it's, it's forget the lobster dinner. Like, you know, this is the shit here.

Um, but that was me looking at my bank account. Like, can I do this? Can I do that? And I got sick of it. And people say that I don't get attracted.

People say like always, always visualize all the great things in your future. No, I visualize not taking a girl out and having to look at my bank account and see if I could take her out to dinner. Not, um, having to like go to bed every night, wondering where I could even fill up my gas tank.

I visualize not doing that. And then I started to make some money. It took a little while, but I started to make some money.

So in my mid twenties, early thirties, I started to like get on track and actually be a little more

responsible or shit. Valerie, on the other hand, never seemed to do that. Um, so did she rent out 115 rooms? I kind of doubt it, but you know, maybe we'll give her the benefit of the doubt.

That's what my structure was. A lot of people showed up and paid cash. I had just about on every seminar I've ever had.

I've had people who showed up and paid cash and they didn't mind standing. They stood for eight hours or until a seat came. Just to listen to you talk.

Oh yeah. Available because somebody had to leave early. So all these people went to a seminar.

They, I mean, okay. We are going to do some comedy here. They went to a seminar.

They paid cash because she rented out 150 page room, even though her bankruptcies completely refused all this. But, uh, she, she had all this money. She rented these places.

They pay cash and they stood there for eight hours to listen to her talk during her seminars. Um, because she was that interesting. Well, you said that she was giving out illegal information and telling people how to do things illegally.

So maybe it was worth it. That is interesting. Actually.

Yeah. So I might stand just to hear that. The legal ways are boring.

Like I teach courses on this shit and it's fucking boring too. Why bother following rules and doing things legally and ethically? What fun is that? Why bother following rules and doing things legally and ethically? What fun is that? I know you could be one of those PIs that, uh, call the bank and I've, I've literally had PIs tell me thinking the conversation is perfectly fine. By the way, I have not recorded them, but PIs tell me that it's like, like matter of day.

Like this is everyday thing. This is a completely normal. Tell me that.

Oh yeah. I just called the bank. I pretend to be John Doe, whatever.

And I just say, Hey, I'm, I'm calling in regards to, um, my account. I want to, I'm here. I'm teaching illegal shit, but most banks don't like fall for this these days.

So I'm calling because, uh, I want to go buy this big screen TV. I don't know how much is my account. Um, I don't remember my phone pin, but I mean, I have my social and that's the thing.

Like we have access. We can get your social. We have access to, I mean, some illegally, some not.

We are, some do it legally, some not. But, um, you know, I have my social, I have my DOB and like, okay, give us your social. What's your DOB.

Do you remember your last deposit? Uh, no. But I mean, I was at the ATM. Okay.

Yes, sir. You have this much amount of money in your, like completely illegal, but I've had PIs tell me there's like, oh, this is, oh, then they say this is completely legal. I'm like, no, it's not.

It's not even remotely legal. Like you're admitting to felonies here. This is not illegal.

Oh, this is, this is actually the problem that I first had with Valerie. She'll get multiple different stories of how we had a falling out, but she was telling all these PIs illegal. She had a bigger voice than me back in the day.

I don't even know why she got offended by me. I just had really little voice. No one really followed me.

Don't follow me. He followed me all the way back in the Yahoo group. So I barely even remember, but doing like newsletters and shit, but, um, um, I barely even remember those days, but his mind's like a fucking fault.

My mind's like a fucking leaky faucet, but, um, the, uh, he, uh, running eggs and ketchup or something, but, um, yeah. So, but back then, like, um, you know, she said, uh, she was giving all this advice to PIs and some of it was okay. A lot of it wasn't.

Now I will never blame someone for making their own way. Cause I mean, I've done that too. I've never blamed someone for doing that.

But I started offering the collections in 2005. I worked at law firms. I built my way up to management, kept on going, started managing different offices, multiple teams, almost all the litigation department, but in collections, they drill in your head, at least if you're working at a legitimate agency, which luckily I did, but they, um, they drill in your head cause they don't want lawsuits because you, and the, the collection based lawsuits, they start off around 50,000 with the, with the AG's office, the attorney general.

Then they go up in increments of like 25 K. That's how it usually goes, uh, with, uh, AG complaints and AG lawsuits and everything. So, um, you don't want to fuck up basically. And these attorneys drill the law into your head.

I mean, they will force you to go to seminars. I went to this seminar with a guy, Manny Neuberger, Neuberger, the one hand guy. He literally had one hand and he, and he made jokes about it too.

He's a cool guy, but he, he like drilled the FTCPA in your head, drilled all these different laws in your head. So she worked at a bar and again, I'm not giving her any shade for this, but she should have gotten some formal training before she started teaching. That's all I'm saying.

She worked at a bar, she opened up a collection agency because she wanted to do the BI stuff, but she's like, okay, this is my way to it. Cause Texas only requires like a $10,000 bond or something, which is only like a hundred to $125 a year. I have a bond that's how much it costs a

year.

So I'm assuming there, but anyway, she, then she, but then the problem is that she started teaching and she didn't have any formal training whatsoever. And then she's given out all this bad advice. Like, oh, you can do all this shit.

You can't do this shit. Like you, do you see the thing? Yeah. You were here when she admitted to like, oh, I've gone your power bills.

Like the fuck? Yeah. That's the weirdest thing. Power bills are not public record.

So like, first of all, she hasn't, cause she'd realized I pay electric up to the, you know, a crazy, it's not, it's not cheap in Middlesex. You know, um, the taxes are hard, which, you know, you know, what is public that she could have got is my taxes. My, my, not my tax taxes, but like, like my property taxes.

And I pay my property taxes every single year. It's like around 7k a year or something. It's, I mean, they're, they're pricey.

They're not the most pricey out there, but the pricey, but I mean, Milton's a great town. Um, but do I lay my head down there every single night? No, I'm usually laying my head down in Southern Maine. Not saying where, but it's Southern Maine.

Um, but, uh, I mean, I don't know what to say, but anyway, let's go back to the recording. Anyway, she should have got some form stuttering out, but she should have gotten some formal training. Um, she should have got some sort of training before she started teaching PIs, but she was teaching them illegal shit.

And I countered that. And then I'm like her enemy for life because I counter that. I wasn't even putting her down.

I was just saying that it's like, no, you can't do that shit. But then I became, I started teaching some things, but again, not even putting her down. And then she hates me for life because I'm teaching things that are basically saying that she's wrong, even though I'm not putting her down.

And then from there, then she hates me for life. I start getting all these weird threats. I started getting all this defamation on me.

It's like, what the fuck did I do here? Like, I'm giving my opinion, but listen to her if you want, like, fuck, but it's too late at that point. Well, it doesn't matter if you're not wanting to pay fees, then you're going to have to find another way of selling tickets so that you can give them a printed ticket. You'll have to just get on the internet and Google sites like Eventbrite, see if you can find something that's free.

The fuck is this guy doing behind the scenes? Well, you know, if you're charging five grand per

ticket, then that all kind of goes in. Let's see. What's the hotel rate for a week? Okay, let's move on.

And started because if you cut it off any sooner than three or four days before the event, you're going to miss out on sales. I really want to know what's going on behind the scenes with this call. Yeah.

Just because people wait for the last minute to decide. All right. Come on.

Talk about something interesting. Only in my events. That's what I do.

I've never lower the price ticket and let them cover their own hotel room and food that lets them be able to budget out expense. That's what I do. I've never had a problem.

Like I told you before, there's always standing room only in my events. I would love to see evidence of this. Rather than worry about my power bills, I would love to see evidence of this where she's charged $5,000 tickets or whatever.

And she rented out entire rooms where people are standing up just listening to her talk. Because I've seen a couple of events and they weren't there for her. And she went up and she spoke and people were falling asleep at one of them.

I don't even want to mention the guy's name, but at one of them in Texas. And one place in Texas, she was kicked out of it. And she wasn't kicked out, but she was made to stop talking and not invited back.

But I'd love to see these events where she... I'll publicly apologize. Show me that I'm wrong. Post something where you got... I'm sure you got pictures or something where people are standing around an event hall.

They rent out, they're charging $5,000 a ticket, but they don't even have fucking chairs. And you're charging them $5,000 or something. And they're standing around listening to you talk.

Just please, anything, show me. Because I'll stop my evil vile ways and follow the way of valor. I can charge $5,000 a ticket, make people stay at their own hotels and pay their own expenses.

And then stand around without chairs to listen to me talk. I mean, hell, like I said, I'll just stop my evil vile ways and take a course by valor or something. I gotta learn how to do this shit.

I mean, if she's got these events, she's got books, right? What is she doing? What is she doing right now? That's what... I don't understand how you get to a point where you're online. I mean, you know all of this is new to me anyways. You create a fake account just to go after somebody.

Why? I mean, how many times have I just said, I don't understand it. I don't get it. I mean, shit.

We know I have a whole ton of time on my hands. I can't imagine going this deep. And there

are people... I mean, you know, just because of all this stuff, there are people that I've got big issues with right now.

I can't imagine doing this. Oh, well, she's not going after me for a second. She's going after Altman now.

Well, yeah, I have missed the last... Apparently, it was a very busy weekend and I've missed a lot of it. Yeah, well, Altman's been saying some things on her. And I don't mind, you know, Valerie thinks I'm sharing a few things.

I'm sharing a few things. But I mean, again, I don't feel bad about this because it's all public stuff. It's all things that she sent me like this.

And I am redacting socials and everything. But I mean, frankly, I don't feel bad about really anything when you say I'm molesting children in my office. I was just going to say that.

You know, once that was done with the whole children in your office, all bets are fucking off. I mean, you know, people are jokingly say, you know, I'm very patient and stuff. You know what? There's a line.

You're going to cross that line. All bets are frigging off. Yeah, I mean, and here's my question, too.

So we had a truce for a couple of years. And so she's known, apparently, that I've been trafficking children in my office and molesting them, all this crap, with my black helpers and shit. Probably luring them in with Clara, right? So she's known that I've been doing this for years.

Well, why hasn't she called the police? Like, why hasn't she done anything? But we had a truce. So she's perfectly OK with children being, like, terrorized. Yeah, Eric and I aren't fighting.

That's OK. He's got the kids and, you know, he's trafficking them out of his office. I was in your chat that night.

Everybody in the chat that night was going crazy. And that was the exact point. You're such a predator and doing all this stuff.

But no phone call was made. Right. What woman, actually, what human is going to sit back and go, hey, so-and-so is doing this out of their office.

I'll put it on social media, but I won't do anything else with it. I mean, it speaks for itself. Exactly.

Call the fucking police. I'm in the office right now. 91 Main Street, Placido, New Hampshire.

I'm here right now. Like, fuck, I will disarm. I will go, you know, Santa, call the police.

I will let them search my office. They don't need a fucking warrant. Go look in my fucking bin.

Office up in there. Go look around. I will disarm.

Go in my office. Search my office for the children. Anytime you want.

I mean, to a point. But, you know, my point is, if a police officer suspects a child is in my office, please search my office. Search my home.

Whatever. I'm good. I want to be beyond reproach when it comes to anything like that.

Um, so, you know, it's just like. But yeah, she, she has a truce with me. I'm doing all these illegal things.

I'm committing fraud. I'm doing this and that. Children and everything.

But hey, what she cares. And then suddenly when the truce is over, Eric is on the Epstein list. Eric is one of P. Diddy's East Coast contacts.

Um, I think I'd have more money in that case. But that's a horrible joke. Sorry.

It's, um, Eric is, um, Eric is all these things. I mix it up with the politicians and all these, like, people out there. And part of the, uh, trafficking children and all this.

Um, you know, I do all these things. But, but apparently I didn't do all these things back when we were okay. And then now I do.

And, but apparently I did. I don't know. You know what I'm saying.

I'm just getting off track. Yeah. I mean, Eric, you know, we, we know that she's called the police on you because you supposedly put out her address.

So that was such a big deal that she had to get people involved. But Hey, you're trafficking kids and just put it on Twitter. That's a good point.

Yeah. Yeah. Call the police because I'm putting out a person's address by trafficking kids.

Yeah. I mean, you know, everybody that, that was one of the most outrageous things I've ever seen. And, and we all know what a cesspool Twitter is.

See that there's, there's absolutely, you can't sit back and see that and just go, eh, that's just Valerie being Valerie. Cause it's fucking disgusting. Yep.

By the way, it's dangerous. It's dangerous. You could have somebody showing up at your door because they read that from this rando who just wants to fucking stir trouble.

Sorry. I mean, I'm getting pissed all over again. Antiquated rogue.

Maybe. So my daughter, um, yeah. He can tell me if Joe shows up at your door, I'd love to have a little chat with Joe.

Yeah. Um, but yeah, no, that's the thing too. Like what if some asshole shows up my door and guess I have the means to protect myself, but that doesn't mean shit.

I could, you know, there could be people that like, I'm not going to be looking over my shoulder every single moment, just because I have the means to protect myself. It doesn't mean someone couldn't like drive by and shoot me or something or my, you know, anything. So it's like, now I have to be afraid that some asshole is going to hurt me because she's saying that I molest children around.

She's saying I traffic children. So when I go over the bill, I am going to use my attorney for that. That's why it's taking a little time.

I could go do it myself, but I, he specializes in that. So I wouldn't, she said I can't afford it, but she knows I can. Like I'm, I'm literally counter suing the guy that, that costs $1,500 to cash on my wallet.

She knows I can, but, um, he can't afford it, whatever. Um, no, I can afford it. But it's, uh, it's, um, you know, the only thing I'm questioning back and forth is actually suing her because she has no money.

So it's like, what's the point at this point? But I will go for the HBO. I might say, right. I don't know.

But anyway, it's, um, yeah, I don't know. Let's go back to the recording. It's getting the, um, you still there.

Okay. Even when I go do and travel to do skip trace classes for, I don't know about criminal charges. She's in Texas ham sandwiches.

Um, but yeah, I don't know. Professional private investigator association events, standing room only. The last one I did was so hot in that room because there were like 30 people standing around the walls.

They had fudged in as many people they could at each table. And there were people even standing in the hallway trying to hear what I said. Wow.

I don't even say this. $5,000 a ticket, 30 people standing around. It's hot in there, but everyone's just struggling to hear everything.

Valerie says $5,000. She says it's charging for a ticket. I'd be holding hosting at least once a month, one month, right? I'm going to start hosting daily.

Shit. Um, so, um, so you have to, you have to think about um, packing your room. That's a priority in cutting out my class.

I wasn't doing the class online and you know, this is pre COVID. So, so there you go. There you

go.

I mean, you know, I was making $10,000 per seminar. Oh, okay. But how, but there's 30 people and you charge $5,000 a ticket.

Maybe my, I just suck at math. I don't know. That was, that stuck, jumped out at me.

If they were, if they were standing out in the hallway, how are you only walking away with $10,000? I mean, I guess there was a lot of expenses, you know, we charged a lot. There must have been. Yeah.

Yeah. And uh. You did say she had it at the Marriott.

Yeah, that's true. Just me all day. I gave away a workbook and a CD full of documents.

Oh, well, there you go. That's the expense. A CD and a workbook.

Yeah, but the inkjet, the ink costs a whole lot of money. Yep. I don't know.

I really think you need to sit down and, and talk about the affordability of the class because while the big draw, the big names will draw people. Yeah, that's absolutely correct. But you're going to miss.

Rick Early is a big name. Valerie is a big name. The sales because you're.

I mean, I'm not a big name. Ticket price is too high. Hello? Me? No.

Yeah. I think it's falling asleep on her. We're doing fine.

I am. Yeah. We're on two different trains.

They were railroad tracks. Yeah. I have never been an instructor.

All right, we're now moving forward. Whatever. And they want the education or they want the continuing education credits.

Whatever they want. They can stay at a cheaper hotel. And the police department signed off on it.

You have to just sit down and think about it. I'm just telling you to consider it. Okay.

Because you know what? You should have a lot more people in each class than 10. Your class should be like 30 to 50 bare minimum. And you're not going to get that.

You need to pause this for a minute. Yeah. So here's okay.

She supposedly hates this guy. Yep. Why is she giving him such detailed advice on how to hold the seminar? Because she hates this guy.

Maybe because she has bad advice and she's trying to set him up for failure. I don't know. But maybe she believes what she's saying.

I don't know. You know, she tried to give me advice on a few different things. She tried to give me YouTube advice.

And it's like, okay, not all my videos are good. But like my channels, you know, at the time when she was giving me advice, probably like 5,000, 6,000 subscribers. Now it's like over 9,000.

And it's like, you're okay. Her videos are getting double digits, maybe a few, you know, maybe a couple hundred here and there. And she's not monetized.

Like, why are you giving me advice? You know, it's like, again, I'm not a YouTube star. Like my channels have 43 people in here. And I appreciate all of you here.

But I'm not some YouTube star, you know. But at the same time, why are you giving me advice? Right. But you guys had a truce for a little bit.

So at least that, you know, whether she was successful or not, giving you advice makes more sense than if she hates this guy who killed somebody. But she's spending 30 minutes talking to him about ticket prices. Yeah, I don't know.

Or maybe, I mean, well, she is recording it. So maybe she's hoping for something illegal to be said here by him. So far, I haven't heard anything.

I've just heard that she sucks at math and a few things I don't believe. Yeah, I'm still stuck on why she's sending these to you. Like, did she think you have so much free time that you're gonna listen to her daily phone calls? Like, what's up with that? I do have messages in here.

I didn't have the Mark of Wire thing in here. So I don't know why she sent me that. But I do have things about Gurley, because he was harassing both of us.

So Hines Jail, that's beautiful, she says. Santos is his tool. He's using him.

And probably like I said, this is the things that she said I'm screwed on in the lawsuit. Again, I sent them 18 minutes worth of discovery, including all this stuff. And I'm probably gonna put it out there because it's discovery.

So I can put it out there. And it's discovery I turned over. Makes her look very, very bad.

But okay, thanks. So I'm just like looking at things. There's like nine instances of Gurley.

Oh, Rick Gurley, good information. Oh, she claims that she'd be suing Keitano Lasoya, not Gurley. And that's the guy that owns RMRI, but Gurley kind of operates behind him.

Because he can't legally get his license. Damn, I wish I could sue Gurley. That makes me sad because I'm walking away with about 50k.

What was the date on this? She sent me, excuse me, she sent me April 16th, 2024. Um, I can't afford to sue Gurley. And my statute of limitations runs out on May 23rd.

It's so dumb to not sue because the company's insurance to get paid from their E&O insurance coverage. She says, uh, same with HRN. I mean, does Gurley and Lasoya on and on.

So I got the zero hundred number on a site called Unreach, but they shut down. And I don't know what the fuck she's saying. I have to go back and everything here.

Um, let's see. I'm glad to hear that, but never know. My target is Momi, which I do have a recording by too, but M-O-H-M-E, Lasoya and Gurley, not Hampton.

Oh, Bill Hampton. You, you weren't, uh, you weren't targeted, Bill. Oh, geez.

Yeah. Um, so focus. There we go.

Yeah. Not, not Hampton. So there you go, Bill.

You're not, you're not important enough to sue. Sorry. Um, but, uh, yeah, the, um, I met Monday with the Travis County Sheriff's office to make a report on Cayetano.

This was November 23rd, 2023. I met Monday with the Travis County Sheriff's office to make the report on Cayetano, Lasoya, Rick, Momi. And I don't, I don't remember who Momi is.

Maybe Bill knows. Like I said, his mind's a vault. My mind's a leaky faucet, but, um, uh, Rick Gurley.

I know Bill hates me, but please tell him to go through his texts and his social media to delete the image of my car registration. Cause I told the captain I wanted to press anyone who sent it or whatever. Um, the, uh, yeah.

So there's a bunch of things, even when I shared a few things on, uh, Valerie, there's a few things that I still redacted. Like there was a bond document when she got arrested and she didn't show up to court. So they put a warrant out for her.

There was a bond. It was for something stupid. Like I'm not going to judge her for that.

It was like an unpaid bill or something, whatever. But there was a bond document, had her full social on it. Um, I redacted that all over the place.

And she's like, he's putting out my personal information. It's like, no, I'm not. And frankly, like I said, I haven't put anything out there.

She's put far more out there on me, my family, everything. She goes after my family, friends, exes. Um, but she still hasn't found a, well, you know who I'm talking about.

Um, uh, but yeah, so, uh, she's looked for her. She's, but she has, she has a first name to work

with and she has the state of Maine. So you know who she is.

There you go. There you go. Um, Valerie, if you can, maybe you can befriend Sandy and she can tell you who my girl is.

Torture me. Maybe you can get it out of me. There's very few people that know who she is.

Sandy knows who she is. Uh, Bill knows who she is. Maybe you can get them with your $5,000 of seminar money.

Maybe you can get them to flip for something, but then you can finally find out who my girl is. Now you can go after this girl. She went after my ex.

Now she can go after this one. Um, but yeah, try to get Sandy. That's your mission is Valerie.

Get Sandy, get Bill to flip. One of them flip either one of them. You can find out who my girl is.

So, you know, um, yeah, so all right. There's nothing really interesting here. Um, Rick Gurley.

Okay. So whatever. I don't know why she sent me the damn recording.

Let's, I'll skip through some parts cause we're getting onto two hours here, but people to sit in your class. Should I, and when I started out giving seminars, I gave seats away for free because they went and told people how great I was. So the next class was packed.

That's marketing. Anything and everything that you do is marketing. I agree with that.

And so here's what you should do. Everything and everything. Anything and everything you do is marketing.

Cause I market myself. People don't even know my company name. Um, I market myself, which they should know because Valerie markets for me.

Cause she puts on the fake Twitter PIF solutions, 91 main street. And she would sell that. And then she's like, oh yeah, this is where he traffics children.

Um, but you know what? I wouldn't even, I don't even think I would be, you know, five minutes ago, I wouldn't have been able to say what your company name was. Isn't that funny? No. I mean, I, I try to market myself and I know the occasional drama like this, but I try to like mark myself.

I try to share value with people. I try to, you know, do some articles and some guides and hunt predators and this and that write books and whatever, and share some value with people, teach people for you. And you know, like I'll help anyone that they don't have to, they don't have to purchase the book.

I hope they will. But you know, the Foy advantage on Amazon, they don't, they don't have four

of them. Yeah, you do.

They're gifts. But, uh, you know, I, I, if you come to me needing help, I'll help you. You know, it's like, I'm not going to charge you for everything.

Like I'll, I'll say, Hey, I got a book, but you know, I'll still help you for free. Like I try to, but I market myself and it's like, I want to help people too. It's not just marketing, but like, but that's the thing I agree with her on that.

Anything and everything you do is marketing. So she's marketing herself right now. I'm marketing myself by doing this video for better or for worse.

She's marketing herself by saying I traffic children and doesn't do anything except posted on Twitter. But, um, you know, we're all marketing ourselves. You start advertising or you start putting the feelers out or go ask other PIs.

Let me ask you a question. Could you afford to take this class? Would you want to take it with hotel and food? Or would you rather pay the reduced rate, a reduced ticket rate and pay for your own hotel and food? Let them tell you and give you their best advice. Let them tell you what they would prefer.

And, and then consider all of their comments. I don't disagree with her. Because my goal was just to have two options, Mike, every seat pack, every seat.

That's why I was making 10, 11, $12,000. Where are you now? I, by the way, I still don't believe anything she's saying right now, but in six and eight hours every month with every month, but you don't have the money to move out of your condo, which you fucking hate. You don't have the money to do that.

You don't have, why are you spending your time on me when you're sitting there making all this money every single month? That's another question. Like, why are you obsessing about me? Like you're my scorned lover or something. Why are you spending all your time on me when you could be out there making five, $10,000 a month and making a bunch of men not have chairs and sit around the hallway straight in to hear your words? Like, damn, like go do that.

You know, like, fuck. I did a class every month. I made that much money.

I hardly did anything else. I only took skip trace cases just so that I can stay up on the trends and, and actually be skip tracing and asking questions and learning things. Because you have to continue to be able to stay up to date on your, on your curriculum, you know, your CV.

So there you have it. But other than that, you need a platform to be able to sell tickets. Eventbrite is moving on.

Lots of silence. I didn't do anything the past couple of days. I have to go to sleep early and wake

up early and start getting shit done.

And be careful of all those people at your, uh, condo that are like doing shit during the day and making noise. You got to call the police on because your windows are shaking. No, I haven't been on Facebook.

By the way, you know, I can still sit here, even like talking shit and stuff, talking about this, giving my opinion. I can still sit here and say that I am nowhere near as a horrible person as she is. I've never accused her of anything she hasn't done.

I've never said like, oh, she's out there, like, you know, hurting children or whatever. I would never say that. I would say that she's out there bothering kids at the pool and shit.

Like, I would never say that she's out there doing this horrible things. Like, I don't need to, she does enough shit that I don't have to make anything up about her, nor would I, like, I wouldn't have ever accused her of doing something she didn't do. And that's, what's so outrageous.

I mean, what you've got, you're actually showing where you got the information from. Right from her. To sit back and say the things she's saying.

To what end? Like, to what, what, what do you hope to gain from it? And you can only come to the conclusion. She wants you to get hurt. She wants me to get hurt.

She wants, she wants me to go to jail. Like I said, where she will pay a man to make me his bench, which I assume is rape, make me his bench, and put money in his canteen. So she will pay a man to rape me.

I've never had anyone fucking threatened to rape me until, well, one, there was a couple Turtle Rise, not even blaming Turtle Boy on that. There was just fans of his that said that. And two, her.

And she's offering to put money. I mean, unless you think make, make me some man's bench in jail means something that's not rape. I think that means rape.

But yeah. But yeah, she will put money in the canteen of the man that rapes me. She says I molest children in my office.

She gives my address out. She gives my home address out, my work address out. And then she tells people, people with itchy trigger fingers, fucking these, not saying they're all bad, but these fucking repo guys that have made threats based on what she has said.

Chris Martinez is going to come down there and beat the shit out of me. Things like that. I mean, the guy's a fucking pussy.

I'll never do that. But things like that, you know, people that have actually threatened me. That she's said, hey, here's his home address.

Here's your work address. He molested children in his office. Go do something about it.

A fucking cop in New Hampshire, not a cop, a guy that got fired for some drug shit that she said that he said, well, put up or he should get a bullet in his fucking head or something like that. And then she said in a perfect world. And then allegedly, although she claims she didn't, I have good word that she did.

Give us my address. Luckily, I called the New Hampshire police. I said, is this one of your cops? And they're like, they were like, no.

He's not. We will deal with it. You'll never just give us the day.

We'll deal with it. You'll never hear from him again. And I didn't get an apology from the guy.

But apparently I learned later he was a terminated cop from I was like half an hour away from here. Philip Dow or something, a terminated cop. I think it was his name.

And you remember that bill, right? Where the guy was like, it's like, oh, he said, put a bullet in his head and solve the problem. She was like in a perfect world. And then she and we heard from several different people.

She gave him my address, you know, and I was on the phone with that local police station right away. And they went down there and spoke to him. It's like, yeah, you'll never hear from him again.

He's just being a keyboard asshole or whatever. So but, you know, this is what she wants. She wants me to get raped.

She wants me to get killed. And I'm still fucking here. And I'm not going to I'm not going to let her do this.

I'm not going to not put this out there. I'm not going to call this shit out. I'm not going to not call this shit out.

And I will go for the HBO. And this is all going to be played. Every single bit of this where she's trying to get me raped.

She's trying to get me fucking murdered. This is all going to be put out there. And you can say that I'm being somebody you can say that I'm being paranoid, but I'm not being fucking paranoid, because if you say to someone, this person is molesting children, this person is trafficking children.

This is where they live. This is where they work. I will pay some guy to make you a bitch in prison.

What the fuck are you trying to do? And by the way, I've never fucking done anything like that

to Valerie. I've never said this woman's hurting children. Here's her address.

I've never done that. I never will fucking do that. Fuck, I'm getting heated now.

Let's go back to the book. No, it's just that, yeah, the lines that get crossed, I will never understand this. I just won't.

I can't. Yeah, I don't know. Even, like, fuck, even Steve Coat was buying her shit for a while when she was, and he was saying he comes to my office.

Remember him? He kept trying to get me to say something about guns where he was like, oh, what are you going to do? What are you going to pull out? What are you going to do? I wouldn't fall for a shit. I just saw him. I was like, Steve, I have the means to protect myself.

Do not come to my office. And he's like, oh, I'm going to stand on the curb outside and stop your customers from coming in. This was, like, in the dead of winter.

I'm like, okay, and stop my customers from coming in? You mean my customers in other states? Yeah, go for it. That's around the time when the stuff started with me. So I think that's when I saw how he was coming at you as well.

Yeah, I mean, he's never going to fucking come over my office or whatever. And he was like, oh, I'm going to go harass your next door neighbor. I mean, you mean the gun dealer? You're going to go harass him? Go for it, buddy.

See how that works out for you. I'm not saying the guy would do anything. He'd probably just call the police or something.

But I was like, yeah, go. The guy has, like, you know, whatever. Go for it.

Then he's like, oh, how about I still have that message somewhere. How about I go harass the building manager? I'm like, dude, you're putting all this in writing. Yeah.

Now he's where he should be, right? He is where he should be. And there'll be some updates coming. But several times he said he was going to plaster flyers, like, in my complex and at my cancer centers.

And I'm like, go for it. My people around here, they won't take too kindly to that. And neither will I. And, you know, if you're going to come to my door.

Yeah, yeah. Make sure you step over the threshold, darling. And by the way, this is New Hampshire, too.

I'm not saying that masks will put up with shit because they won't, especially in some areas. But, you know, this is New Hampshire, too. He's going to go stand out on the side road in front of all these people's houses here and yell a bunch of obscenities across the street.

Like, yeah, it's not going to work out for you. But I'm not saying people are going to do anything. I'm just saying that's not going to work out for you.

But yeah, he was like, what are you going to pull out of your pocket? What do you have on you that's going to stop me? Obviously, he was trying to get me to say something stupid. But again, I just was like, dude, I have the means. Don't come here.

All right, let's move on. Oh, OK. I think I did see one.

But is there a point to this fucking recording? I know. We have a fucking website. A grand jury hearing in Syracuse, New York.

And I thought, what the shit is this about? So there was a company named Finders. Finders Information, I think. You could have given me a timestamp in this.

Oh, fuck. Did I just hit the thing again? Oh, let's go back to it. False something with a social security number.

Wait, I want to hear this part. I went and did some more searching. And then.

Wait, there's a beginning of this. I can't remember what state the guy lived. California.

He lived in California. I think his last name was Anderson. If I'm not mistaken, the guy's name is Leo Anderson.

And that's how I found out that case existed. I went into Pacer and searched for all of PDJ's company. Oh, this is the thing with Patrick Baird, who, God rest his soul, passed away.

Good guy, I think. Not his assistant, Sabrina. She went to Federal Trail for trying to go to the IRS and pretend to be the business when they weren't the business and get EINs.

But I like Patrick. He's always cool with me. He's a good guy.

And she has so much shit. After this guy died, after Patrick Baird died, you can go look him up, PDJ. He owned this big skip tracing investigative company, whatever.

So after he died, she went into public areas where his family was. Altman's caught up. She went into public areas where his family was right after he died and started talking shit about him.

Like, again, this is one of those things that even, like the Beth Chapman thing, where she was saying Beth Chapman was faking her cancer and then Beth died of cancer. Again, God rest her soul. But then she's like, oh, Beth, that's a felon.

And this guy's like, who the fuck cares? Saying that she's faking her cancer. She's not. I remember, you know, a little track, but I remember one of the things that she told me about Beth Chapman was that Beth was, and I didn't really speak to the Chapmans much, Leland a little bit.

And kind of the, I don't know if people know this. I don't even know if I should say this actually, but the woman behind the skip tracing, which I think Valerie secretly wanted to do and that's why she was a little jealous. That's just my opinion.

But the woman behind all of that was a woman named Rainey Robinson. And she was like the skip tracer behind the scenes. She did the real, I'm saying they didn't do any skip tracing, but you know, she did the real skip tracing work.

Rainey Robinson, a good woman. And anyway, so I think Valerie wanted to be her though. And that's why she's kind of jealous.

That's just, again, my opinion. I don't have any proof of that. So, but where was I? Yeah, she, oh yeah.

She was saying that Beth, cause she had a scar here that Beth was faking her scar on her throat. Keep in mind, she died of lung cancer. And she was faking it.

And there was something where she was like, this was this huge gut feel moment for Valerie, where she was like, oh, Beth claims that she went on this five mile hike or whatever. And she can't do that with this stage, lung cancer, whatever. Now, look, I'm gonna tell you, I don't believe Beth went on the hike.

I think that Beth was trying to put out like an image that she's still capable, that she still can be out there. I think that's what she was trying to do. I don't think she went on a five mile hike, 10 mile hike, whatever.

I think she was trying to show people, it's like, I'm still strong. She doesn't wanna be feeble or whatever. I'm still strong, I can do this.

I don't believe she went on that walk, but that was Valerie's big gut you moment that she's saying this. So she must be faking her cancer. But I think if I had got something, I don't want people to, I mean, I understand maybe I shouldn't think that way, but I wanna be strong.

I wanna be like, no, I can do this shit. But I think that's all it was. But that was her big gut you moment.

And then she passed. And then Valerie went around and deleted everything. Not everything, clearly, because I still have things.

But deleted a lot of things, showing us like, oh, I never said that. And I never said that, even though we have things that she was like, oh, her followers are harassing me. Yeah, because you're saying that she's faking her cancer and calling her all these horrible things.

I wonder why. All right, I'm getting super off track. Where was I? PGJ, yeah.

So she was putting out there when this guy Patrick Baird, he died. And she was putting things

directly, like on his page where he couldn't control it. He couldn't control his comments anymore.

And even her own followers were pissed off at her. Let the guy rest, let him, whatever. His family didn't do shit.

And you're sitting there, like I guarantee you, if I die tomorrow, then she would be still harassing my family and be like, oh yeah, you had a piece of shit. Skip whatever guy in your family. Oh, and he probably got whacked by the people that he was trafficking children.

Like she would do this whole big thing to my family. She would not leave them alone. She'd harass the fuck out of them, I guarantee you.

She's done this to everyone else. Company names, there's so many, you know. I need a lot.

And a few other details, right? And then I went and did some more searching. Then I figured out that it's about that particular case for sure. So Leo Thompson, that's his name.

Leo Thompson sued Patrick Baird for giving out his personal information to an adversary. Like Valerie has given people's social security numbers and banking information to me? And then he filed a complaint. I think his deal was filed in federal court.

Baird settled, gave him- Which by the way, those people will be informed. Ten grand. And then he was indicted by a grand jury for posing as that person, impersonation, false something with a social security number.

Maybe. I don't know. I know that the woman, I mean, you can look it up.

PGJ, Sabrina, EIN, Feds, whatever. I mean, I'm sure I can find it. But anyway, she got busted.

He did not. Well, he died. So I mean, I don't know if he would have got busted actually.

All I know is that he always treated me good. He was a nice guy to me. I don't know if he did these things or not.

So I don't know. But she's still talking shit. And she still sued him and was very upset over his mean tweets or his mean messages when she was doing all these things behind his back and talking all this shit and all that.

And then when he died, talking shit in front of his family. Like, oh. I used to have all of these written down.

I don't think I do anymore. But in it. It's a pretext to get the information, basically.

Basically, yeah. He used a pretext. He said he was that.

He said he was Leo Thompson. Which Valerie has taught people to do. Just saying.

Well. It's like a violation on God. It's just like a banking violation under Gramm-Leach-Bliley.

He used a pretext. And that's illegal. Yeah.

I almost like Gurley here. He's saying it like it is. Like, this is the things that I have taught.

Like, I almost like him here. I don't. But, you know, at least he's telling her what it is.

And she's like, yeah, it's not like I've taught people how to do that or anything. Well, there was no violation until the congressional hearings in 2006. No, there's still violations.

It's still identity fraud. You're still predicting. Like, see, showing her knowledge right here.

It's still violations. The Gramm-Leach-Bliley Act was created with the Clinton administration in 1999. I think.

You can Google me, correct me if I'm wrong. But it was 1999. But they made it illegal to pretext the bank.

Legal to pretend to be the person to call the bank. Now, I teach a way to do it. I'm not going to give away the secret.

But I have a teacher way to do it in my bank course on Udemy, too. You basically call the bank. And you know the lingo.

You know how they talk. You know different terms to use. So they actually take you seriously and that you're calling in regards to a bank levy.

You're wording things correctly, but there's no deception. You can't pretend to be the person to call the bank. But yeah, it was still illegal before 2006.

Like, you kidding me? Then after his, he pled the fifth 55 times, right? Everybody pled the fifth. He pled the fifth over and over and over again. So then what happened was Judy told me she couldn't talk about it.

But she told me some details because she was tipsy. And I'm like, oh, hell yeah, he's going to jail finally. I never want to hear that again.

So what happened was on the date that they actually went to fly to Syracuse, they put her on the plane with another girl that used to work for Patrick. There was only one vacant seat between the two of them. And I'm like, wow, so they told you not to discuss the case with anybody, but they seat you right next to your former coworker.

Now that's intriguing. Hey, she used to work for Patrick there? Judy Shavian? Oh yeah, for years. That's before my time.

I mean, not before my time, but yeah. There's this woman, Sabrina. I don't know who this Judy

is.

That's where I saw her fucking name. I knew her name, but for a long time, it was a case I was working in Florida. Yeah, there was another lawsuit.

He sued her for breach of contract or something. But he purported that his company was in Colorado. And she signed the non-compete disclosure in Texas.

So the judge threw it out saying that, you know, obviously there's some fraud afoot. And he just threw the whole case out. So anyway.

We're getting towards the end. There better be something awesome at the end of this recording. Yeah, I'm still not getting the point of this.

Neither am I. So back to the Syracuse, New York. She sent it to me for a reason. Probably because I didn't like her early.

Maybe because of the GoFundMe thing, but I think she was in on that. I don't remember. It could have been, I don't want to say 100% because I don't remember.

I'd have to go back. Again, my memory is not like Bill Hampton's memory. But she's not sharing anything good.

Like there is no gotcha moment. At least not yet. So if she wanted you to, like, why share it with you if she's just giving him advice on how to hold the seminar? I mean, right.

Well, we got, we got like five, 10 more minutes left. So hopefully there's like, oh gosh. Sorry.

So in front of the grand jury, they were all allowed to be in the same room testifying and telling their stories. And the other girl, I can't think of her name right now, she just really, really wanted me to hear her talk. Cause you know, be one of those men without the chairs and the pain, I don't know, whatever.

I'm tired. She testified that every time someone called Liza, someone called with a questionable request for information, she would walk into his office and say, do we want to do this? And he would say, hell yeah, money's money. And she testified that he said that like a thousand times and she gave instances on calls for specific types of information, who the client was, who the information was given to, to find the illicit information being requested.

And that every single time he would say money's money, regardless of it violated the law or not. So every person that agreed to testify against Patrick Baird got immunity from the same charges, except for one girl named Sabrina. Sabrina refused to testify against Patrick.

She was like his second mother, supposedly, you know, worked for him for many years and all this. So Sabrina... I actually don't know about that. I know that she was... So Sabrina, I won't put too much... Yeah, like right now, sorry.

Like right now, sorry, I'm gonna get messages here. But yeah, Sabrina was rude. She's very rude.

So the one point where I was going to do some work, I'm glad I never did any bank skips for Patrick Baird, but there was one point where I was talking to them and was possibly gonna do some things here. But again, luckily, I never hit the bank skips. Anyway, I wasn't really doing bank skips that much back then.

It was more just like POE, placement employment skips and everything. But yeah, she spoke to people so rudely. And then Patrick was like, oh, I'm sorry, no, we can work together.

She's just, you know, whatever. I was like, yeah, no, I'm not anyone's employee. I don't, you know, I run a business here.

And it's like, I'm not gonna be spoken to like, you know, she's my, I don't know, like my boss or my evil boss or whatever. But yeah, that one was really, really rude. And then she went to federal jail.

So anyway, but again, Patrick was cool. Whenever Patrick, we all got the word Patrick died. So I went into Pacer and right there it was, Sabrina took a plea deal that like same week, very same week.

So what happened was he did commit suicide. I verified that. What? I don't think so.

Forehand, but he. I'm not saying it didn't happen, but everything I heard, he died of a heart attack. So I can't say that's 100% false, but I don't think so, but I don't know.

He got his indictment here. He was told to take. But you know, Valerie loves it.

Bill Hampton, you tell me, did Patrick Bear die of a heart attack or did he kill himself? Like, I mean, this is kind of morbid shit here, but like I don't, I don't know. I just, I don't, I thought he, I thought it was a heart attack, but yeah, I don't know. This plea agreement, plea agreement or nothing, that they're going to unseal the indictment or and go to trial if he does.

But either way, Bill, you remember when she went into Facebook and started talking mad shit about him right in front of his family just to like put them through more pain as she gets off on that shit. And accept the agreement and he committed. I hope I don't die before she does because, you know, she's going to harass the fuck out of my family.

He did suicide instead of having to face it. I don't think that was true. I don't think that's true at all.

Because it was so embarrassing to him. That's incredible. Yeah, it's incredible, all right.

I don't think it's true. But no, he got a lot of people to block me because I. Oh, so that's it. OK.

Wrote about it on Facebook that he had been indicted or he was under a sealed indictment or a secret indictment. And then I verified it. So wait a second.

It was a sealed indictment. You verified it? Because I don't know if you guys know this, but so PACER public access to court electronic records. Anyone can get it.

You don't have to be an investigator. You don't have to be licensed. Anyone can get it.

Anyone under the sun in the US. Anyone can get it. And it's free up to like $30 per quarter.

Then I always get billed because I do a lot of PACER stuff. But anyway, federal criminal records, federal court records and bankruptcies. Clearly bankruptcies.

So yeah, that's but it's but you don't get access to sealed shit. You don't. So she's saying, did you all hear that? It was sealed.

Let's play that part again. Wrote about it on Facebook that he had been indicted or he was under a sealed indictment or a secret indictment. And then I verified it.

You verified it? Really? No, she's verifying your electric bills. My power bill. How much wattage? I, you know, put whatever it's called.

But yeah, she verified a sealed indictment. How did you do that, Valerie? Same thing with the power thing. How do you do that? They used him a long time ago.

I think it was 2005, 2006. And everyone in the industry has used P2J. Not me because I do my own bank skips.

But like everyone has used his services. Which kind of sucked for me because he was cheaper than me. I charged a little more money.

So it's, I know, but I didn't hate the guy, you know. Now that's the FBI though. This is the Treasury Department.

I wasn't aware that he ever testified because in the 2006 congressional hearings that was based on an investigation or a sting operation performed on his own company. He pled the fifth. Constantly through the whole thing.

Because I think I kept the transcripts when he testified. And if I find them, I'll send them to you. But I can't remember.

I've got Google documents under. I've got three different Google documents. One of them goes back all the way to 2005, 2001, 2000.

What the fuck? Maybe that's a dog. I don't know. Someone's breathing hard on the other end.

Is that you Sandy? It's not me. 2002 when Google documents first came out. Really? And it's got

everything.

It's got literally terabytes and terabytes and terabytes of documents. I've got one document in it. I received from anonymous that has almost 70% of the police officer's social security numbers, dates and births.

Oh, really? There's a banger at the end. Let's play that part again right there. Terabytes of documents.

I've got one document in it that I received from anonymous that has almost 70% of the police officer's social security numbers, dates and births, and NCIC logins. Oh, oh, fuck me. So social security numbers, DOBs, and NCIC logins.

Really? And Valerie's like, oh, yeah. And again, keep in mind, she doesn't go to the police. She sends me the recording.

She doesn't go to the police. This guy has police officer social security numbers, date of birth. He's releasing this information to her.

She's recording this. NCIC logins for 70%. I mean, who knows if he's telling the truth or not.

But he claims he has this. I'm going to lose my voice here. Insanely illegal.

But she's, just like a supposed children thing, she's sitting on it. She sends me the recording. She posts things on Twitter.

Like, why the fuck are you not going to the police with this? Why the fuck are you not going to the feds with this? You know, you have this guy who's a felon that's gone to jail. He has police officer socials and logins. Like, goddamn, I can't wrap my head.

So that's the banger. She could have given me a timestamp, you know, Jesus. But yeah.

Hey, Eric, how long was that guy in? How long was he away? Bill, how long was that guy away? I don't remember things. Let's see here. Um, Rick Gurley, felony murder sentence.

So he didn't get sentenced on the murder. He got sentenced on the, um, what was it? On the, uh, I'm trying to exit this in. He got sentenced on the, um, the having the gun thing.

But Columbine, or no, Columbia. Columbine, fuck. Yeah.

Columbia Daily Tribune reports that 54-year-old Ricky Gurley was sentenced Tuesday for being a felon in possession of the gun. He used to shoot Cameron Caruthers at Gurley's home in Columbia. Federal prosecutors said Gurley was barred from possessing the weapon because of a 1997 conviction for felonious restraint and being an unlicensed bail runner in Martin County, North Carolina.

After the sentencing, the Boone County prosecutor announced that Gurley wouldn't be charged

in Caruthers' death. A wrongful death lawsuit is pending against Gurley and his business. Risk management investigations.

Now he has a thing, RMRI. But, yeah, that's the end of it. Maybe Bill can tell me how long he went away for, because I do not remember.

It wasn't, like, insanely long, but, um, bop.gov, inmate search. I think you can search past inmates. But I'm going to try to give you this information in almost a second.

Um, so Rick, might be Ricky, but, uh, Gurley. Last name, nothing found. Maybe Ricky? Uh, or maybe it's only Karen.

I guess it's Karen. I don't know. Um, yeah, I don't know.

Um, maybe Bill can tell me, but I don't know. It was wild. It was, yeah, it was just more of a background question with, you know, this guy telling her that he's got 70% of the police officer's information, and she's just like, oh.

Whatever. Yeah. Yeah, I'm, Ricky, oh, wait, I think I got something.

20, okay, here it is. I got another article, um, that's, uh, oh, can I share this? Hold on a second. Um, share this tab.

Hold on a second. Um, is it sharing? No, because I have the, okay, well, listen to the video, then I'll just show you the article right after, because that'll be quick. This one's almost over.

Yeah. Wait, did he just, did he just say for you to see? Oh, my God. Now we know the point of sitting on the phone for a half hour with this dude.

At least it has some kind of ending. Let's listen to that part again. Hold on.

I've got one document in it that I'm receiving from anonymous that has almost 70% of the police officer's social security numbers, dates of birth, and NCIC logins. Yeah. For you to see.

Wow. This is why she didn't, uh, this is why she didn't want to go to the police. Oh, my God.

Again, this, I don't even, I don't even know what to say anymore. Like we've heard so much shit at this point. I don't even know what to say.

Um. You're only two messages in. You have to go back and listen to these things.

I know, and again, the thing is, I've been, she's been saying so much shit about me and yeah, okay. I show that she does this. I show that she does that.

She breaks the law here. She breaks the law there, whatever. But fuck, because I've been sitting on this shit.

Not even because again, back in 2022, it's like, okay, she's sending me these recordings. I don't fucking care. I don't want to listen to this shit.

20 minute long recordings. I don't have the fucking attention. Clearly I do at this point, but Sandy's helping me out.

I don't have the attention span to listen for 22 minutes, 32 minutes of something I don't want to hear. Um, and it's like, I, but now I'm listening to it and now like, holy shit again. But yeah, so Valerie can see that.

Now, do I know that she saw it? No. But do I know that she didn't turn this recording over to the police? Yeah, right. She turned over to me.

Why are you turning this over to me? Yep. Oh, I think you, I think you told me about that before a long time. Oh, it keeps getting better.

All right. Um, it's playing. Oh, wait, did it freeze? Oh, I think you, I think you told me about that before.

A long time ago, it went silent because she had cut the audio. I don't know if it's still going. It's still going, but I guess the recording may be end or maybe she decided to end it there.

Now she was like, Hey, can you send me that stuff? But she didn't want herself saying it. So there's more to the recording, but it's muted out. I didn't mute the shit out.

It's muted out. Um, so that's the end of it. Let me share the thing, the girly article before we end the shit.

Like, I, I'm glad there was at least something at the end of it. So it wasn't as boring, but, um, and then at stage, there we go. Okay.

So, um, updated Columbia man who says he killed in self-defense sentence on federal charge updated Tuesday, May 14th, 2019. Ricky B. Girley, who admittedly shot a man to death in East Columbia, 2017, in 2017 was sentenced Tuesday to 24 months. So two years in federal prison and three years of probation after pleading guilty to being a felon in possession of a firearm, according to a federal online documents.

Oh, you know, I can probably pay for this too, but that would be boring. Um, and his sentencing recommendation, us attorney, Timothy Garrison noted that currently has a lengthy criminal record, including 13 adult convictions, including carrying a concealed weapon, larceny, felonious restraint, and aiding and abetting assault by pointing a gun. He also noted that, I mean, 13, so that was just some of them.

He also noted that Girley's conduct while committing the crime and a felon in possession of a firearm resulted in the death of another human being. On May 22nd, 2017, Girley was at his home in East Columbia when Cameron Caruthers, with whom Girley had a disagreement,

attempted to enter. According to the government's sentencing recommendation documents, Girley warned Caruthers not to enter.

When he did, Girley shot one shotgun round into Caruthers' torso. Girley claimed self-defense. He was not charged for the homicide.

In the ruling handed down by the district judge, Brian T. Wimes, Girley will serve two years in federal prison, followed by three years of supervised release with standard, mandatory, and special conditions imposed. Shortly after Girley's sentencing, Boone County prosecutor, Dan Knight, released a statement explaining the shooting death of Caruthers, why Girley will not be charged with a homicide. It's available at showmeboone.com, which I'm not going to visit.

But yeah, that's Rick Girley right there. It looks like a lovely fellow. And apparently he had 70% of police officers, social security numbers, DOBs, and NCIC logins, which he wants to show Valerie.

4,000 of them. Or no, 70% of them. Was it 4,000? He followed up and said he had 4,000 of something, yeah.

Yeah, so what do you even say to this at this point? Like we've listened to nearly three hours of two recordings and my ADHD commentary here, but nearly three hours of this shit. We have her going from admitting to owning her collection agency, not being a PI, even though her political opponent thought she was, talking about her political opponent's children, laughing about the fact that, oh my God, they caught some kid being a homosexual. The horror.

Homosexual, Jesus. And then, oh, and then the other guy's favorite word of wetback. And then her laughing at it.

And then all the way to her, this guy, and again, not bringing this to the police, the fact that this felon is, this was 2019 and this recording was 2021. No, 2022. 4-21-2022.

So after the fact of being a felon, which just would land him in federal jail for a very long time, it still might, by the way, I don't know the statutory limitations on stealing police officers, social security numbers, DOBs, and NCIC logins, which we don't get access to as investigators. We don't get access to that. I don't, you know, this still might land him in federal jail.

Valerie's going to be on the phone with him. Eric Neal is releasing all your information. Here's his address.

I almost can guarantee you. I mean, it came from a phone call she sent you. So it's not like she can use this against you.

Yeah. She recorded them from a place that she could legally record them. So I'm not putting it, like I checked on this before I did this live video.

So I'm not doing anything illegal here. She sent it to me. There's no expectation of privacy.

She didn't say, Eric, by sending this to you, you have to agree to keep this private. Even though I don't think that would, I mean, it might be upheld for like a YouTube live or whatever, but I don't think it would be upheld for something criminal in that case. But I don't think I could not disclose to the police.

And I'm pretty sure I could might not be able to disclose. But the point is, I didn't agree to anything. This was unsolicited.

There was things about Gurley in my thing where she hated his guts. There was nothing about the other guy. I have no fucking clue why she sent that to me.

But again, maybe she's just like bragging or she's like, oh my God, look at this. I caught this guy doing this. But at the same time, she admitted to a bunch of shady shit.

And now this thing to top it off, that is a perfect place to end this shit. Yeah. Now, my question is, what is she going to say? I've been monitoring the Twitter, the fake profile and her real profile.

And she has not, she's still talking shit about people, but she has not. Yeah, just he doesn't live at his middle address or whatever. She's so concerned about where I live.

But yeah, thanks for tagging me. Now more people find out about mentally ill. Yeah, we did that one.

But yeah, and I haven't seen Twitter. I haven't seen what he's been doing on there. Yeah, I was in trafficking or children or we'll just put in molest.

And oh, wait, did she delete that shit? Or maybe she didn't use molest? Abuse? She didn't use molest. I think she did use. Children.

Yeah, children. Yeah, children. Okay, so here it is.

I believe Eric Neal is a pedophile. I believe he lures children, makes child porn. Oh, yeah, the child porn.

Apparently, I do that in my spare time. I forgot about that one. So apparently, I'm a pedophile, according to her.

She believes. And by the way, I spoke to my attorney. And her saying this while posting my home address, while posting my work address, while constantly saying my name, having my stuff in her header, just because she's saying believe, but saying it repeatedly does not absolve her.

Like if I kept saying, Sandy allegedly did this, Sandy allegedly did that. Sandy lives at this address. Allegedly, that doesn't protect me as much as a person thinks it protects them.

We had that recently where somebody said I was allegedly something or other and put my address and they got a nice little visit from the police. Oh, yeah. Yeah, that's true.

So yeah, allegedly doesn't... Like you can say allegedly, that does give you some protection. But the court can decide if what you're trying to do is to fame the person. When you keep saying their name, you keep posting their address.

You keep saying these things. You're obviously trying to cause harm and defamation of the person. Allegedly doesn't have as much weight as you think it does.

She thinks it does. So I believe Eric Neal is a pedophile. I believe he lures children, makes child born in his office where he has questionable things, including beds, which like I said, I didn't have that cot for the winter.

I don't have it anymore. I mean, the dog bed. So that is technically beds, plural.

What else? Blackout curtains. And just to name a few. Oh, alcoholic beverages.

Oh, she didn't mention my armory in this one? Damn. But I feel offended. What is wrong? Oh, she said this Jimmy Jabb person was me too, by the way.

But even though she has like tons of fake accounts. So this was... Did Eric Neal create baby rape porn? According to... This video is getting demonetized. According to eyewitnesses, he does.

Oh, so here we go again. According to eyewitnesses who... By the way, so according to these eyewitnesses, I make baby rape porn, they say. And they go to Valerie, who goes to Twitter.

And so there are eyewitnesses out there that say I make baby rape porn and they go to Valerie. Why the fuck are you not calling the police, you stupid, dumb fucking bitch? Call the police. If I'm out there molesting children, making baby rape porn, call the fucking police.

Yeah, this is the... That's the tweet that sent everybody into a fucking spin. Like that... What kind of fucking person are you to allow children to get hurt and not call the police and post on Twitter? What kind of person are you? Like, Jesus, fuck. Call the police, Valerie.

Call them right now. I will be in my office for another hour. Call the fucking police.

Sorry, I'm just gonna... Like, it just drives me insane. And people will listen like that fucking Kim Phair. Like she retweets this stuff.

She listens to this. Of course, she fucking believes everything. But like people like... Antiquated rogue, I don't expect him to have any brains.

But Jeffrey Sutton, we know and love him. But, you know, these are her followers. Call the police.

If you believe Valerie, if you're gonna sit here and like her shit and follow her shit and do it,

don't be a fucking piece of shit. If I'm out there doing this and you believe her, even 1% of you believes her, call the fucking police. If I questioned it, I would have called them in a second.

I actually would have driven over there, but I would have called them in a second. Yeah, you would have probably kicked my ass. Well, yeah.

According to eyewitnesses, he says and does questionable... Oh, so he does and says questionable things. So the eyewitnesses don't see me creating the big rape one. They see it.

But still, call the police. Big defamation incoming. How do you go... Oh, this is where she's protecting Jeffrey Sutton.

Hold on a second. Hold on. This... Yeah, this guy here.

She says I support this guy. By the way, a little promo for it. Don't get this on Amazon.

But I'm self-marketing here. But anyway, Jeffrey Sutton. I wrote a book on this fucking asshole.

He got really offended. I said people should... I didn't say people should throw him into the wood chipper. I said if there's a wood chipper there, he should toss himself into the wood chipper.

That's not bad, right? But I mean, he had 100 images of baby porn on his computer. But this asshole right here, Jeffrey Sutton. He says I wrote a book on this guy.

And what does Valerie do? She supports him. Then she says that I fucking support pedophilia and support this guy. Even though I wrote a book outing him.

And not to toot my own horn too much here. But I will give it to Kate Peter. She found some shit.

She had a great interview. So did Shez. Great interview on this guy.

Love her, hate her, whatever. She did a fantastic job outing this guy. And I'll tell you that I spoke to him.

I did a live video with him. It's still on my channel. But this guy, he took a plea deal.

And he admitted to having the baby porn on his computer. Of 100 plus images of babies nude in sexualized poses. He admitted to that.

And he took a plea deal. But then he said, oh, that was all bullshit. I had a bad attorney.

I had to take the deal. Whatever. But one of the things I discovered was a restraining order by his own father to him.

No one else found this. I found this thing. And he said, by the way, I'm out there finding this shit

while Valerie's out there making shit up and having police officers or social security numbers that the guy's going to send her or whatever.

So I found this guy's restraining order. And it's in the book. And it shows the restraining order from his father where he admits it again.

And when he admits it the second time, no one is holding a gun to his head. There's no bad attorney. He came in and he told me that a friend or someone wrote the response to the restraining order for him.

But then he approved it. But then he said, I shouldn't have done that. But he still claims that he didn't have the baby born.

He just says, oh yeah, I shouldn't have done that. But then I found that this guy has multiple women who don't know each other, by the way, multiple women accusing him of raping their children. He's going to make the white stuff come out.

That's what one kid reported to the mother. Sick fucking shit. And Valerie's out there supporting.

You know what Valerie says when I accuse her of supporting this guy? I may, let's see if I can find this. A white straight woman or no, she says like white woman or something, it's weird that she said white. But how do you go from a conviction of having CB on a computer raping children? Looks like our kid rock bottom.

What a fucking loser. So I don't know, Valerie, why don't you be a fucking investigator for once? Investigating shit is all public record. You can investigate this and find the shit Go out some fucking predators yourself.

Don't be making up shit about people. Go out some real predators, Valerie. But yeah, it's all in here where he had a sudden verse sudden where his brother who's now a sister went and accused him of shit.

His father accused him of shit. Everyone accused him of shit. But yeah, the nail in the coffin.

You can't even fucking see this, but the nail in the coffin right there is chapter eight. All right, where it was. Yeah, where he was.

So yeah, so and he told me to find this, by the way. He told me to find this because this is all the evidence that proves his innocence. What it really is, is on a legal notepad.

He wrote down a bunch of shit, submitted to the court and said, that's the evidence that proves him innocent. So anyway, that's it. Oh, by the way, everything I might even extend it.

I might do another thing, but all the profits I got it wasn't a lot. It's like 150, but that's royalties or whatever. I know it was less than that, but I matched it.

Everything I gave to the Zero Abuse Project, really good organization. I did my research on them, but it was the Zero Abuse Project. I'll show you right here.

I don't wanna, that's not really putting my card out there. So it should be fine. Yeah, so $103.72 to the Zero Abuse Project, all book sales.

I might even extend it again, but all book sales on that went to the Zero Abuse Project. And then there was another one that I did before then. No, what was it? Zero Abuse, it was two emails there.

And then there was, I took the previous month royalties and gave it to them as well. The $103.72 and then the, sorry, I find it. Here it is, yeah, the $50 beforehand.

So 153, again, we're not talking a lot of money here, but still I might extend that again. We're all book sales for that. I'll post it on Twitter or YouTube if I do.

All book sales on this book, everything, 100%. And then I'll match it up to, I don't have tons of money, but I'll match it up to, I don't have like $10,000 seminar things, but I'll match it up to like $100 or $200 or something like that. You know, something I can afford, you know, whatever.

But I'll do like 100% matching up to like 150 bucks or something like that. But anyway. I'll match it as well.

Sandy, Sandy will match it as well. So you had two matching. Okay, let's do that then.

I'm gonna put this out there. All Jeffrey, who Valerie supports clearly and a big defamation suit coming to me on this guy. All, everything, up to 150, I'll match it.

Everything that's on royalties, on Dark Patterns, I get like 60% royalties. Dark Patterns right here. There's a serving case of Jeffrey Sutton.

You can find it on the Amazon. I'll put the link in the description after I publish this. If Valerie doesn't take it down, but I'll put it on Twitter and shit too.

But we'll do another month. See, it's the beginning of May. So yeah, we'll just do the rest of the month.

Hey, True Crime and Some Wine. Nice to see you here. But yeah, so all donations up to 100, or not donations, but all purchases on the royalties I get.

I'm gonna write this down because I'll forget shit. Up to $150 for the month of May. I'll donate to the Zero Abuse Project, up to 150.

And Sandy said she'll match it too. What, up to 10,000? He said, what was that? Sure. So Sandy will give a matching donation too.

Amount yet to be determined, but she'll give a matching donation too. So you got two matching

donations coming in. All you gotta do, I made this book super cheap too.

I get like 60% of it in royalties. I think I have it on Amazon for like, by the way, Karen says, hi, Sandy. Oh, hello.

So yeah, I'm gonna look it up on Amazon right now before we end this video. But I'll tell you what it costs and I'll show you the book, hold on a second. Dark Patterns.

I'll just type in Jeffrey Sutton. Jeffrey Sutton. Hey, Jeffrey, if you're watching this, I haven't forgotten about you, darling.

I hope you get your money. I hope you get your May check because I don't, if I say something, I mean it. So while we haven't had our little side chats, you're not off the table, darling.

Yeah, he was very offended. Fucking scumbag. He was very excited that you subscribed to him, which I know it was just like pretty much see when he publishes something new.

Of course it was. Everything the guy does is kids in a fucking school, schoolyard or kids in jail. The guy is fucking the biggest creep around you, sick fuck.

Sorry, Eric. No, that's fine. Believe me, this video's already well demonetized.

The second I said baby porn, I'm not getting paid on this video. So the 100% matching donations, me and Sandy. I'm just putting this into the chat.

Month of May and then the book on screen. So there it is right there. Let me publish this so people see it because I don't publish live chat either.

So 100% matching donations, me and Sandy. We'll do that month of May and there's the link. There's the book right there.

I mean, that's an affiliate link, but you can go in and get the book. You don't have to go through the affiliate or whatever. Although I did take my affiliate income, which is very, very small, you know, 10 cents, 20 cents a book or whatever.

I did take that affiliate income and I matched that as well. So, you know, you can use the link. I'm still matching that.

But right here, I purchased it. I actually had to purchase this to send it to a couple of people because you go through Amazon, they send you author copies. It takes like three fucking weeks.

You buy it and you get it the next day or something because, you know, it goes through. But anyway, I made it super cheap. Kindle is $7.95, paperback is $12.95. It goes over the shocking 2020 legal filing where he admits full responsibility for his crimes, everything.

He wanted me to find the person that helped him with that 2020 filing. I did a quick search. I

didn't find the person.

Maybe his friend Valerie can help him. But he said, oh, find that person. That proves everything.

And I don't think it proves anything. But yeah, he wanted me to keep searching. It's like, you're not paying me.

I'm not, I don't have, I did a quick search. I didn't find it. Like you're not paying me money.

But yeah, so yeah, get that book. Short read, 118 pages. It goes over all the evidence, everything under the sun.

And, you know, and I get 65, 60% of the royalties, 70% of the royalties on Amazon. I mean, on the Kindle. Well, if you get the Kindle, it's barely anything because that's like a membership.

And I get like 20 cents off that or whatever. But if you get the ebook, that's $8. I get 70% of that, 60% off the book itself.

And then I'll match it. And St. Jude will match it as well for the month of May. I'll put that out there, Facebook and everything too.

So yeah, there you go. I don't want to make a profit on this. I'll make a profit.

I get the FOIA advantage. I get decent sales on that. I got a few other books, okay sales on that.

I'll make a profit on this. I don't want to make a profit off this comeback. Everything that, I mean, I'm not saying I won't make a profit off it.

Like every single month, I'm not going to do that. But I don't care that much. Like everything I want to go to, and I'll make my own donations on other months on this.

I don't want to fucking profit off writing about this guy. You were very upfront about that. I mean, he, you know, he tried to make it about you making a profit.

But you were very upfront that you weren't looking for anything on this. And, you know, of course he followed up and said that he was going to be doing his own book to tell his side of it. Even though he was telling his side of it on your live, and he was getting crucified.

Yeah, he was saying his side of it. He wasn't making any sense. No, he's literally dumber than a bag of rocks.

He should be like some of those characters that Chris Hansen catches, disappear. Like, don't put yourself out there anymore. Just disappear.

You'll have some semblance of a life. You get the family support or whatever. He has his support for his wife.

I mean, not initially during their initial divorce when she said, oh, he needs to clear up the criminal stuff before he sees the children. Kind of telling. But anyway, the, you know, he has, and not from his ex because there's accusations of molesting the children there.

And not from the neighbor because there's accusations from a lot of women. But, you know, there's, yeah, he tried to say that I was making money from my videos. Like, dude, if you saw my fucking revenue on YouTube, I don't make money from YouTube.

I like, it's $100 a month, maybe $150 on a good month. I'm not saying, like, ad revenue used to be a lot better. But on matters of predators, let me show you guys one thing real quick before we end this video.

I know I keep saying that. One thing, let me show you just one thing in here where it goes in content. I want to show you these yellow marks here.

So, yeah, let me see. On my huge views here and everything, some of the videos I privated. But let me show you this.

And some I put into members only. The ones that was making me money, I still put into members only because I just want to focus on, maybe other than the live here, but I just want to focus on predators and everything. But right there, those yellow marks right there, that's no revenue.

Or that's, like, very diminished revenue. And, yeah. Yeah.

So, $136. It was a decent month on YouTube, I guess. You know, $2.30 this month.

Guys, I'm not making money on YouTube. I mean, if you want to call that money, I guess. It might be money for some people.

But I'm not making money on YouTube. I'm not making money from the book. I'll go in and show.

In fact, I did show everything. I did show my earnings and everything. All right.

I'm just rambling. Sandy, do you have anything else to say? I don't. This was interesting.

Clara has given up on me. She's not even trying to. Oh, no.

I said her name. Never mind. Scratch that.

Clara, come here. Come here. Big everything.

Big pee. Big poop. Big stretch.

So, big yawn. Everything's big. But, all right.

So, I think we'll end it there. I got to get home to the girlfriends. It's not in Middleton tonight.

Sorry. I guess we're always worried on that. Tomorrow, though.

But, anyway. All right. I'll leave it at that.

Thanks, guys, for being here. Really appreciate everyone being kind to each other and good. And, you know, if you have any questions, let me know in the comments, I'm sure.

I am very interested to see what Valerie posts about. I mean, I stopped looking at her stuff for a little while. But then I got to see what she posts about this.

You know, I'm very interested to see what she posts. Maybe I faked the live. Maybe I faked the recording.

I entered into a parallel universe. Who knows what the fuck she's going to say. Maybe she said all that stuff.

But, again, the question becomes, and this is what I want you to leave. This is what I want you to leave with tonight. The question becomes, if I'm doing all these horrible things, there's eyewitnesses, there's everything.

I'm this horrible, horrible person hurting the children, all this and that. Why is she not on the phone with police? Why is she not going to Twitter? Secondly, if she has, if she's aware that this felon who has 13 prior convictions for all sorts of stuff, where this felon has logins on NCIC for a police officer, 70% of them, 4,000 police officers, social security numbers, Clara, socials and DLDs, everything. Why did she not go to the police? Clara, why? You don't know.

You're just staring at me like, she doesn't know either. So why did she not go to the police? Why is she not going? I'm apparently hurting children here. Why is she not going to the police? Why is she going to Twitter? So, anyway, there you go.

Leave it at that. Sandy, thank you for being here. Thank you for listening to me rant forever.

Now that you're here, I'm going to be asking you to come on every single live from now on. So I appreciate it. I'll see you guys.

Have a great, well, the weekend's almost over. But anyway, have a great rest of the night and I'll see you on the next one.