**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| ERIC NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-11777-IT |
| | ) | |
| VALERIE MCGILVREY | ) | |
| a/k/a VALERIE GOOD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MARC STOUT'S MOTION TO FILE AMICUS CURIAE BRIEF
## IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Marc Stout, a third-party non-attorney, hereby moves this court for leave to submit Stout's Amicus Curiae Brief in Support of Defendant's Motion to Dismiss (Dkt. 36), and states as follows in support:

### I.    STANDARD OF REVIEW

While there is no Federal Rule of Civil Procedure that applies to amicus briefs at the district court level, federal district courts possess the inherent authority to accept amicus briefs. *See, e.g., Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970) ("the acceptance of amicus briefs is within the sound discretion of the court"); *In re Bayshore Ford Truck Sales, Inc.*, 471 F.3d 1233, 1249n.34 (11th Cir. 2006) ("[D]istrict courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings."); *Jin v. Ministry of State Security*, 557 F. Supp. 2d 131, 136 (D.D.C. 2008) ("[D]istrict courts have inherent authority to appoint or deny amici which is derived from Rule 29 of the Federal Rules of Appellate Procedure"); *Bos. Gas Co. v. Century Indem. Co.*, No. CIVA 02-12062-RWZ, 2006 WL 1738312, at *1 n.1 (D. Mass.

1

June 21, 2006) ("Although . . . no procedural rule provides for filing of amicus briefs in federal district court, courts have inherent authority and discretion to appoint amici.").

## II.    STOUT'S INTEREST IN THE CASE

Stout makes Youtube videos exposing Earl David Worden impersonators, or "First Amendment auditors," or "frauditors," as liars and frauds, and exposes them as registered, convicted, or accused sex-offenders. Plaintiff in this case is a self-proclaimed frauditor.[1]

---

[1] Frauditing's History

Earl David Worden conceived "First Amendment auditing," or "frauditing," in the early 2000s. Worden is a serial rapist and lifelong registered sex-offender. In the 1980s, Worden impersonated police officers, stopped women in their vehicles, and raped them in their back seats (the details are brutally graphic). Worden was convicted of and sentenced to prison for one of the 1980's rapes after one of Worden's victims identified Worden in a photo lineup. Worden has been a registered sex-offender ever since. In the 1990s, Worden was again arrested for raping a woman, but the charge was reduced and Worden was freed.

In the early 2000s, Worden, a raging misogynist and narcissist, began openly filming women working in government buildings, in purposeful violation of building policies prohibiting filming. Worden attempted to groom the women while filming them. Worden refused to stop filming, refused to leave the buildings, refused to leave the women alone, and engaged in trespassing, disorderly conduct, harassment, stalking, etc. Worden published the videos of his confrontations with the women, and published the women's contact information, to his website. Worden's followers then contacted, harassed and sexually harassed, and threatened with violence and sexual violence, the women in Worden's videos. Worden cultivated a massive and loyal audience of like minds and became a millionaire from advertising revenue on his website.

In response to public criticism and negative publicity, Worden coined a term for his video confrontations - "First Amendment auditing." Worden invoked the term "auditing" because auditing sounds better than trespassing, disorderly conduct, or some other crime. Worden invoked the term "First Amendment" because Worden professed that if he filmed his crimes while committing them, the crimes became "free press," and any criminal laws he was violating were an "abridgment" of his First Amendment rights. In response to Worden's new term, the public coined its own term - frauditing.

After Youtube was founded, Worden created a Youtube channel. After smart phones were invented, Worden's followers began impersonating Worden, creating their own Youtube channels and frauditing. Plaintiff discovered Worden's channel, and that Worden was a registered sex-offender, and was attracted to Worden's content, becoming a Worden impersonator, or frauditor, himself.

In fact, Plaintiff appears with "Nasty Nathaniel," a Worden *loyalist* and Plaintiff's close friend and ally, in several of Plaintiff's frauditing videos on Plaintiff's Youtube channel, "The Skip Tracer." It is widely suspected that Nasty Nathaniel's prison sentence in the Philippines was for molesting children after traveling to the country with that intention. The Plaintiff himself has defended the possession of child sexual abuse material as nothing more serious than "peeing next to a school or something after hours." Plaintiff has stated that all individuals "under 18-years-old are not children." Plaintiff stated about children who are "post pubescent, like 16-years-old or whatever," that "16 is even legal in Maine." Plaintiff has characterized child sexual abuse material as just "cheerleader stuff." Plaintiff published a blog article defending an individual convicted of possessing child sexual abuse material, claiming that the individual was using "Tor" to download "legal porn in bulk," but that "illegal images" were accidentally included "in the mix." As this court is highly aware, those are the hallmark denials of the guilty. Plaintiff's blog post claimed that the distribution of child sexual abuse material problem is caused, not by the violators themselves, but

Frauditors enter into administrative areas of limited- or non-public forums (city halls, social services buildings, courthouses, police stations, etc.), film women and other individuals, in purposeful violation of policies prohibiting filming, refuse to stop filming when commanded, refuse to leave when commanded, refuse to leave the women alone when commanded, and upload the videos of the confrontations and the women's personal contact information to Youtube. Youtube audiences then contact, harass, sexually harass, and threaten with violence and sexual violence the victims in the videos.

Frauditors are frequently found guilty of trespassing, disorderly conduct, harassment, stalking, etc. In retaliation for those convictions, frauditors frequently file wholly frivolous federal lawsuits against the victims, law-enforcement, prosecutors, judges, and even their own attorneys. Frauditors also often file, in retaliation, wholly frivolous and malicious lawsuits, and even criminal charges, against their critics and individuals who expose them.

Stout also submits amicus curiae briefs in frauditors' federal lawsuits, in support of the defendants to those lawsuits. For example, while Stout has been inactive for over a year, Stout submitted amicus briefs in a frauditor's civil action against the City of New York. On August 7, 2023, the Southern District of New York accepted and docketed Stout's amicus brief:

| 12 | Aug 7, 2023 | MARC STOUT'S AMICUS CURIAE BRIEF IN SUPPORT OF CITY OF NEW YORK. Document filed by Marc Joseph Stout.(sc) Modified on 8/9/2023 (nb) (Entered: 08/09/2023) | ◄ |
| | | Main Document          Brief                                      Download PDF ▼ | |

*See Reyes v. The City of New York*, U.S. Dist., S.D.N.Y, No. 1:23-cv-06369 (Dkt. 12). The District Court then cited the cases cited in Stout's brief, in support of the District Court's ruling

---

"from the torrent problem automatically sharing the files one downloads." Plaintiff later stated, "I wish I could remove that blog up there that I posted a while back."

In 2022, Worden was convicted of molesting his daughters in the early 2000s and sentenced to 20 years in prison, where Worden remains today.

dismissing Reyes's claims. On December 9, 2024, The Second Circuit Court of Appeals accepted and docketed Stout's amicus brief:

| 84 | Dec 9, 2024 | MOTION, for leave to file an amicus curiae brief, on behalf of Movant Marc Joseph Stout FILED. Service date 12/02/2024 by United States Mail. [Entered: 12/09/2024 04:31 PM] [Edited: 12/09/2024 04:37 PM] | ◄ |
| | | Main Document                                                          Buy on PACER       0 🔥 | |

*See Reyes v. City of New York*, Court of Appeals, 2nd Cir., No. 23-7640 (Dkt. 84). Stout is awaiting the appellate court's decision in that case.

Stout has appeared in countless Youtube videos as an expert on frauditors. Stout has been invited by national television networks to appear in television programs as an expert on frauditors. Stout has appeared in a documentary as an expert on frauditors. "Nasty Nathaniel," a frauditor, appeared in the documentary in defense of frauditors. It is widely suspected that Nasty Nathaniel's prison term in the Philippines was for child molestation after he traveled to the country to engage in sexual acts with children. Plaintiff and Nasty Nathaniel are close allies and friends, appearing together, and frauditing together, in Plaintiff's Youtube videos.

Plaintiff discovered the documentary, and in response to Stout's appearance and criticisms, published defamatory Youtube videos about Stout.[2] Stout discovered Plaintiff's defamatory videos and this lawsuit against Defendant.

Stout has an interest in eradicating frauditing and the frivolous and malicious civil and criminal cases frauditors file, and in encouraging others to challenge frauditors. Stout has an interest in robbing frauditors of all legitimacy, even the appearance of it, even for a moment, anytime, anywhere, with anyone.

This case arises out of Plaintiff's reputation as a frauditor and Plaintiff's character deficiencies synonymous with his reputation as a frauditor.

---

[2] In fact, Plaintiff is being sued in Massachusetts state court for defamation, harassment, IIED, etc. after Plaintiff targeted and attacked another individual for exposing Plaintiff. *See Santos v. Neal*, Mass. Superior Court, No. 2477CV00313.

## III.    ARGUMENT

Stout's other amicus briefs have already been accepted and docketed by other District Courts and by federal Courts of Appeals.

Stout's motion demonstrates that this case is not about defamation, but about frauditors attempting to frivolously gain reputational and character legitimacy through the courts by filing patently vexatious lawsuits against their victims and critics.

Frauditors are public menaces and domestic terrorists with a 20-year headstart on the fight against them. They are now realizing they have gotten as far as they are going to get as registered, convicted, or accused sex-offenders. To now further or advance their "movement," they have to start trying to scrub their reputations and character deficiencies. Plaintiff's lawsuit is the first in their attempt at rewriting history. Plaintiff's lawsuit attempts to overwrite the truth with a false narrative.

It is in the court's interest and public's interest to grant Stout's motion. As many people as possible must do as much as possible for as long as possible to keep frauditors against the ropes in a defensive position. Stout's amicus brief does just that.

## IV.    CONCLUSION

Stout hereby requests that this court grant Stout's motion and accept and docket Stout's brief. Stout requests that this court accept Stout's brief in furtherance of eradicating the frauditing plague that is negatively affecting even judges. Stout has an interest in the case and is an expert on frauditors.

Submitted,

Marc Joseph Stout

04/06/2026  Date

*Amicus Curiae, Pro Se*
30 Willow Branch Place
Fredericksburg, VA 22405
Phone: (540) 370-6980
Email: stoutstoutstoutproselitigation@gmail.com

6

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, I emailed a copy of this document to Plaintiff and Defendant at:

Eric Neal
*Plaintiff*
188 Boston Street
Middleton, MA 01949
enskiptracer@gmail.com

Valerie McGilvrey
*Defendant*
12100 Melville Dr #804
Montgomery, Texas 77356
281-671-4707
Valerie.good@protonmail.com

Submitted,

Marc Joseph Stout
*Amicus Curiae, Pro Se*
30 Willow Branch Place
Fredericksburg, VA 22405
Phone: (540) 370-6980
Email: stoutstoutstoutproselitigation@gmail.com

Date 04/06/2026